UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Plaintiff** Anne BRyant et aL
See Attached Rider

-v-

EUROPADISK, LTD et al
See Attached Rider

**Defendant**

Case No.

**BRIEANT**

Rule 7.1 Statement

**07 CIV. 3050**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Gloryvision LTD. _____ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None

FILED
U.S. DISTRICT COURT
S.D. OF N.Y. W.P.
2007 APR 16 P 1:23

Date: April 16, 2007

_____
**Signature of Attorney**

**Attorney Bar Code:**

Form Rule7_1.pdf

### RIDER TO BRYANT, et al v. EUROPADISK, et al.

**PLAINTIFFS:**

ANNE BRYANT
ELLEN BERNFELD
GLORYVISION

**DEFENDANTS:**

EUROPADISK, INC.
MEDIA RIGHT PRODUCTIONS, INC.
VERY COOL MEDIA, INC.
DOUGLAS MAXWELL
THE ORCHARD ENTERPRISES, INC.
RUSSELL J. PALLADINO
JOHN and JANE DOES 1-10

**PLAINTIFFS' ADDRESSES:**

ANNY BRYANT
990 Bogey Lane, P.O. Box 9018
Longboat Key, Florida

ELLEN BERNFELD
990 Bogey Lane, P.O. Box 9018
Longboat Key, Florida

GLORYVISION
21 Collaberg Road, P.O. Box 561
Stony Point, New York 10980 (ROCKLAND COUNTY)

**DEFENDANTS' ADDRESSES:**

EUROPADISK, INC.
75 Varick Street
New York, New York 10013 (NEW YORK COUNTY)

MEDIA RIGHT PRODUCTIONS, INC.
324 West 23rd Street, Suite 3B
New York, New York 10011 (NEW YORK COUNTY)

VERY COOL MEDIA, INC.
1666 Arden Avenue
Staten Island, New York 10312 (RICHMOND COUNTY)

RUSSELL J. PALLADINO
1666 Arden Avenue
Staten Island, New York 10312 (RICHMOND COUNTY)

DOUGLAS MAXWELL
40 West 27th Street, 4th Floor, Suite 400
New York, New York 10003 (NEW YORK COUNTY)

THE ORCHARD ENTERPRISES, INC.
133 5th Avenue, 7th Floor
New York, New York 10003 (NEW YORK COUNTY)