UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: MONAGHAN, MONAGHAN, LAMB & MARCHISIO, LLP

ANNE BRYANT, ETAL

Plaintiff(s)

- against -

EUROPADISK, LTD, ETANO

Defendant(s)

Index # 07 CIV 3050

Purchased April 16, 2007

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

BARRY F. GERMAN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on April 25, 2007 at 01:45 PM at

324 WEST 23RD STREET
SUITE 3B
NEW YORK, NY10011

deponent served the within SUMMONS & VERIFIED COMPLAINT on MEDIA RIGHT PRODUCTIONS, INC. therein named,

**CORPORATION** a DOMESTIC corporation by delivering thereat a true copy of each to LIZ CAPLAN personally, deponent knew said corporation so served to be the corporation described in said SUMMONS & VERIFIED COMPLAINT as said Defendant and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BLONDE | 40 | 5'7 | 155 |
| GLASSES | | | | | |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.



Sworn to me on: April 25, 2007

| JOEL GRABER | MICHAEL SMITH | JONATHAN GRABER | |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | BARRY F. GERMAN |
| No. 02GR4699723 | No. 01SM4997428 | No. 01GR6156780 | License #: 982866 |
| Qualified in New York County | Qualified in New York County | Qualified in New York County | Invoice #: 438718 |
| Comm. Expires February 10, 2010 | Comm. Expires June 8, 2010 | Comm. Expires December 4, 2010 | |

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728