ANNE BRYANT, ETAL

Plaintiff(s)

Index # 07 CIV 3050

- against -

EUROPADISK, LTD, ETANO

Purchased April 16, 2007

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

BARRY F. GERMAN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on May 2, 2007 at 04:30 PM at

C/O MEDIA RIGHT PRODUCTIONS
40 WEST 27TH STREET
SUITE 400
NEW YORK, NY 10003

deponent served the within SUMMONS & VERIFIED COMPLAINT on DOUGLAS M. MAXWELL therein named.

INDIVIDUAL   by delivering a true copy of each to said Defendant personally; deponent knew the person so served to be the person described as the Defendant therein and he identified himself as such.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BROWN | 45 | 6'4 | 240 |

MILITARY SERVICE   Person spoken to was asked whether the Defendant was in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the Defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: May 3, 2007

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Comm. Expires February 10, 2010

MICHAEL SMITH
Notary Public, State of New York
No. 01SM4997428
Qualified in New York County
Comm. Expires June 8, 2010

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Comm. Expires December 4, 2010

BARRY F. GERMAN
License #: 982866
Invoice #: 438716

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728

SUPREME COURT OF THE STATE OF NEW YORK
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
                                       :
ANNE BRYANT, et al,                    :INDEX NO. 07-CIV-3050
                                       :
            Plaintiff,                 :
                                       :
       vs.                             :
                                       :
EUROPADISK, LTD, et al,                :
                                       :
            Defendant.                 :
---------------------------------------X

## AFFIDAVIT OF SERVICE

MONAGHAN, MONAGHAN, LAMB
& MARCHISIO, LLP
Attorneys for Plaintiff

| New York Office: | New Jersey Office: |
|---|---|
| 150 W. 55TH Street, Suite IG | 28 West Grand Avenue |
| New York, NY 10019 | Montvale, New Jersey 07645 |
| Tel. (212) 541-6980 | Tel. (201) 802-9060 |
| Fax (212) 541-6994 | Fax. (201) 802-9066 |