# MONAGHAN, MONAGHAN, LAMB & MARCHISIO, LLP

ATTORNEYS AND COUNSELLORS AT LAW

PATRICK J. MONAGHAN, JR. *
RICHARD F. MONAGHAN ** †
EUGENE G. LAMB ** †
JUVENAL L. MARCHISIO **
JAMES P. O'NEILL *** †
MICHAEL KORIK *

28 WEST GRAND AVENUE
MONTVALE, NEW JERSEY 07645

TEL: (201) 802-9060
FAX: (201) 802-9066
E-Mail: mmlmlawyers@aol.com

**NEW YORK OFFICE.**
401 EAST 65TH STREET
SUITE 10C
NEW YORK, NEW YORK 10021

(212) 541-6980
FAX: (212) 541-6994

* ADMITTED IN NJ AND NY
** ADMITTED IN NY
*** ADMITTED IN FLA AND NY
† OF COUNSEL

June 12, 2007

**VIA FAX: (914) 390-4085**
Ms. Alice Cama
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

Re: Anne Bryant vs. Europdisk, et al.
    Index No. 07-CIV-3050
    Our File: 3838

Dear Ms. Cama:

Pursuant to our conversation this afternoon, with the consent of all counsel, the above-referenced matter currently scheduled for conference on Friday, June 15, 2007 before Honorable Judge Bricant is hereby adjourned to Friday, July 13, 2007 at 9:00 AM.

Sincerely,

Michael Korik

MK:mva
cc: Paul Millman, Esq.(Counsel for Media Right Productions, Orchard Enterprises, Inc., and Douglas Maxwell) via fax and regular mail
Pro Se Defendant, Russell J. Palladino, via regular mail
Pro Se Defendant, Very Cool Media, Inc. ·· via regular mail
Ms. Anne Bryant, via E-Mail