LAW OFFICES
**PAUL M. MILLMAN**
299 KNOLLWOOD RD.
WHITE PLAINS, NEW YORK 10603

(914) 684-0518
FAX: (914) 684-0196

PAUL M. MILLMAN•
SUSAN E. HERZOG

U.S. DISTRICT COURT
FILED
JUN 20 2007
S.D. W.P. OF N.Y.

May 15, 2007

Michael Korik, Esq.
28 West Grand Avenue
Montvale, New Jersey 07645

*Stipulation So Ord*

Re: Bryant v Media Right, Berlent, The Orchard, et. al.
Index # 07 CIV 3050

Dear Michael:

I have previously provided materials to you to attempt to resolve matter without litigation. As the time to answer for one of the above named defendants is growing short, it is duly requested that you consent to time to appear, answer or move be extended until July 15, 2007.

Please sign and return one copy of this letter so consenting so I may forward to court be "So Ordered."

Very truly yours,

PAUL M. MILLMAN

Agreed and Consented to
_____
Michael Korik, Esq.

SO ORDERED May 18, 2007
_____
HON. CHARLES L. BRIEANT
USDJ

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

berlent-bryant-korik-may15

MICROFILM
JUN 20 2007
USDC SDNY WP

13745 D FLORA PL.
DELRAY BEACH, FL 33484
(561) 499-8075
•N.Y. AND FLORIDA BAR