07/02/2007  14:16   2018029066        MONAGHAN & MONAGHAN                    PAGE  01/01
Case 7:07-cv-03050-CS-LMS    Document 11    Filed 07/02/2007    Page 1 of 1

Jun 29 2007 1:32PM    HP LASERJET 3330                                        P.4

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X          Index No. 07 CIV-3050

ANNE BRYANT, ELLEN BERNFELD AND
GLORYVISION, LTD.,
                                    Plaintiffs,

        --against--                                          **STIPULATION TO
                                                             EXTEND TIME TO ANSWER**

EUROPADISK, LTD.
MEDIA RIGHT PRODUCTIONS
VERY COOL MEDIA, INC.
DOUGLAS MAXWELL
THE ORCHARD ENTERPRISES AND
RUSSELL J. PALADINO,
                                    Defendants.
-------------------------------------------------------X

        IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs, ANNE BRYANT,

ELLEN BERNFELD and GLORYVISION, LTD, by their attorneys, Monaghan, Monaghan, Lamb &

Marchisio, LLP, and Defendants, VERY COOL MEDIA, INC., and RUSSELL J. PALADINO, by their

attorneys, Eric M. Berman, P.C., to extend the time for Defendants VERY COOL MEDIA, INC., and

RUSSELL J. PALADINO, to answer, appear or otherwise respond to the Complaint to and including

July 15, 2007.

        Facsimile signatures shall be deemed originals for the purposes of this Stipulation.   This

Stipulation may be filed with the Court without further notice.

Dated: June 29, 2007


X_____          X_____
MONAGHAN, MONAGHAN, LAMB &                  ERIC M. BERMAN, P.C.
MARCHISIO, LLP                              Attorneys for Defendants
Attorney for Plaintiffs                     Very Cool Media, Inc., and Russell J. Paladino
by: Michael Korik, Esq.                     By: Eric M. Berman, Esq.
28 West Grand Avenue                        500 West Main Street, Suite 212
Montvale, NJ 07645                          Babylon, New York 11702
201-802-9060                                631-486-4900
201-802-9066 Fax                            631-486-4997 Fax