# MONAGHAN, MONAGHAN, LAMB & MARCHISIO, LLP

ATTORNEYS AND COUNSELLORS AT LAW

PATRICK J. MONAGHAN, JR. *
RICHARD F. MONAGHAN ** †
EUGENE G. LAMB ** †
JUVENAL L. MARCHISIO **
JAMES P. O'NEILL *** †
MICHAEL KORIK *

* ADMITTED IN NJ AND NY
** ADMITTED IN NY
*** ADMITTED IN FLA AND NY
† OF COUNSEL

28 WEST GRAND AVENUE
MONTVALE, NEW JERSEY 07645

TEL: (201) 802-9060
FAX: (201) 802-9066
E-Mail: mmlmlawyers@aol.com

NEW YORK OFFICE:
401 EAST 65TH STREET
SUITE 10C
NEW YORK, NEW YORK 10021

(212) 541-6980
FAX: (212) 541-6994

July 13, 2007

**VIA FAX & REGULAR MAIL**

**Fax No. 914-684-0196**

Paul M. Millman, Esq.
399 Knollwood Road
White Plains, New York 10603

> Re: Anne Bryant vs. Europdisk, et al.
> Index No. 07-CIV-3050
> Our File: 3838

Dear Mr. Millman:

Pursuant to a telephone call from the Chambers of Hon. Charles L. Brieant received this afternoon, the Court has advised that the next appearance in this matter, scheduled for March 17, 2008, has been changed to March 14, 2008 at 9:00 a.m. Please update your calendar accordingly.

Sincerely,

Michael Korik

CC: Hon. Charles L. Brieant *via ECF and Regular Mail*