UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
ANNE BRYANT, ELLEN BERNFELD,
and GLORYVISION, LTD.,                    Index No. 07-CIV-3050

                  Plaintiffs,

  -against-                              STIPULATION OF
                                          DISCONTINUANCE AS TO
                                          RUSSELL J. PALADINO
                                          AND VERY COOL MEDIA,
EUROPADISK, LTD., MEDIA RIGHT             INC. WITHOUT PREJUDICE
PRODUCTIONS, INC., VERY COOL MEDIA,
INC., DOUGLAS MAXWELL, THE ORCHARD
ENTERPRISES, INC. and RUSSELL J.
PALLADINO,
                  Defendants.
----------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties that the within action is hereby discontinued against **RUSSELL J. PALADINO** and **VERY COOL MEDIA, INC.**, without prejudice and without costs to any party.


MONAGHAN, MONAGHAN, LAMB &          ERIC M. BERMAN, P.C.
MARCHISIO, LLP                      Attorney for Defendants
Attorney for Plaintiffs             **RUSSELL J. PALADINO and VERY**
**ANNE BRYANT, ELLEN BERNFELD &**   **COOL MEDIA, INC.**
**GLORYVISION, LTD.**

_____           _____
Michael Korik (MK0377)              Eric M. Berman (EMB-1262)
Office Address:                     Office Address:
28 West Grand Avenue                500 West Main Street, Suite 212
Montvale, NJ 07645                  Babylon, NY 11072
201-802-9060 (tel)                  631-486-4900 (tel)
201-802-9060 (fax)                  631-486-4997 (fax)


SO ORDERED THIS

_____ Day of August, 2007

_____