UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
ANNE BRYANT, ELLEN BERNFELD,
and GLORYVISION, LTD.,

Index No. 07-CIV-3050

       Plaintiffs,

*Partial*
STIPULATION OF
DISCONTINUANCE AS TO
RUSSELL J. PALADINO
AND VERY COOL MEDIA,
INC. WITHOUT PREJUDICE

-against-

EUROPADISK, LTD., MEDIA RIGHT
PRODUCTIONS, INC., VERY COOL MEDIA,
INC., DOUGLAS MAXWELL, THE ORCHARD
ENTERPRISES, INC. and RUSSELL J.
PALLADINO,

       Defendants.
------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties that the within action is hereby discontinued against **RUSSELL J. PALADINO** and **VERY COOL MEDIA, INC.**, without prejudice and without costs to any party.

| | |
|---|---|
| MONAGHAN, MONAGHAN, LAMB & MARCHISIO, LLP<br>Attorney for Plaintiffs<br>**ANNE BRYANT, ELLEN BERNFELD & GLORYVISION, LTD.** | ERIC M. BERMAN, P.C.<br>Attorney for Defendants<br>**RUSSELL J. PALADINO and VERY COOL MEDIA, INC.** |
| Michael Korik (MK0377)<br>Office Address:<br>28 West Grand Avenue<br>Montvale, NJ 07645<br>201-802-9060 (tel)<br>201-802-9060 (fax) | Eric M. Berman (EMB-1262)<br>Office Address:<br>500 West Main Street, Suite 212<br>Babylon, NY 11072<br>631-486-4900 (tel)<br>631-486-4997 (fax) |

SO ORDERED THIS

20th Day of August, 2007

*Charles Brieant*
USDJ

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
ANNE BRYANT, ELLEN BERNFELD,
and GLORYVISION, LTD.,                          Index No. 07-CIV-3050

                Plaintiffs,
                                          STIPULATION OF
-against-                                       DISCONTINUANCE AS TO
                                          RUSSELL J. PALADINO
                                          AND VERY COOL MEDIA,
EUROPADISK, LTD., MEDIA RIGHT                   INC. WITHOUT PREJUDICE
PRODUCTIONS, INC., VERY COOL MEDIA,
INC., DOUGLAS MAXWELL, THE ORCHARD
ENTERPRISES, INC. and RUSSELL J.
PALLADINO,
                Defendants.
----------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties that the within action is hereby discontinued against **RUSSELL J. PALADINO** and **VERY COOL MEDIA, INC.**, without prejudice and without costs to any party.


MONAGHAN, MONAGHAN, LAMB &          ERIC M. BERMAN, P.C.
MARCHISIO, LLP                      Attorney for Defendants
Attorney for Plaintiffs             **RUSSELL J. PALADINO and VERY**
**ANNE BRYANT, ELLEN BERNFELD &**   **COOL MEDIA, INC.**
**GLORYVISION, LTD.**

_____     _____
Michael Korik (MK0377)              Eric M. Berman (EMB-1262)
Office Address:                     Office Address:
28 West Grand Avenue                500 West Main Street, Suite 212
Montvale, NJ 07645                  Babylon, NY 11072
201-802-9060 (tel)                  631-486-4900 (tel)
201-802-9060 (fax)                  631-486-4997 (fax)


SO ORDERED THIS

_____ Day of August, 2007

_____

# ERIC M. BERMAN, P.C.
## ATTORNEYS AT LAW

| | | |
|---|---|---|
| **637 WYCKOFF AVENUE**<br>**WYCKOFF, NEW JERSEY 07481** | **500 WEST MAIN STREET, SUITE 212**<br>**BABYLON, NEW YORK 11702-3035** | **500 NORTH GULPH ROAD, SUITE 350**<br>**KING OF PRUSSIA, PENNSYLVANIA 19406** |
| **2990 BETHESDA PLACE, SUITE 603D**<br>**WINSTON-SALEM, NORTH CAROLINA 27103** | TEL: 631.486.4900<br>FAX: 631-486-4997<br>TOLL FREE: 888-294-4490<br>ERICBERMANPC.COM | **1482 BARBARA STREET**<br>**MOUNT PLEASANT, SOUTH CAROLINA 29464** |

PLEASE CONTACT OUR BABYLON OFFICE

Kevin M. Knab, Esq.
Direct Line: 631.486.4936

August 13, 2007

Hon. Charles L. Brieant, J.D.C.
United States District Court
Southern District of New York
300 Quarropas Street, Room 275
White Plains, New York 10601

        Re:    *Bryant v. Europadisk, Ltd. et al*
              United States District Court, Southern District of New York
              Index No.: 07 CIV-3050

Dear Honorable Sir.

    Enclosed please find an original and one copy of a signed stipulation discontinuing the above referenced matter with respect to Defendant Russell J. Paladino and Very Cool Media, Inc. The stipulation was filed via ECF on August 13, 2007.
    If acceptable to the Court, kindly sign and return a conformed copy to this office. If you require anything further, or if you have any questions, kindly contact me at (631) 486-4936.

                                  Very Truly Yours:

                                  Kevin M. Knab

KMK/bmh
enclosures