UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
BRYANT,

                    Plaintiff,                    07 Civ. 3050 (CLB)

    -against-

MEDIA RIGHT PRODUCTIONS, INC., et al.,    ORDER DECLARING WHITE PLAINS
                                                                         CASE ELIGIBLE FOR MEDIATION

                    Defendant.
-------------------------------------------------------------x
Brieant, J.

To the Clerk of Court:

1.     This case is determined to be eligible for mediation as to all issues.

2.     The entire mediation process is confidential. The parties and the Mediator may not disclose information regarding the process, including settlement terms, to the Court or to third persons unless all parties agree. The identity of the Mediator is not to be disclosed even to the Court. However, persons authorized by the Court to administer or evaluate the mediation program may have access to information necessary to administer or evaluate the program and parties, and counsel and mediators may respond to confidential inquiries or surveys by said persons authorized by the Court to administer or evaluate the mediation program.

3.     The mediation process shall be treated as a compromise negotiation for purposes of the Federal Rules of Evidence and state rules of evidence. The Mediator is disqualified as a witness, consultant, attorney, or expert in any pending or future action relation to the dispute, including actions between persons not parties to the mediation process.

4.     Entry of this case into the Court's mediation program shall not be deemed to change any timetable set by the Court contained in a scheduling order or otherwise governing the completion of discovery, motion practice or trial date.

       SO ORDERED.

Dated:  White Plains, New York
          September 4, 2007

                                                                                  _____
                                                                                  Charles L. Brieant, U.S.D.J.

LAW OFFICES
PAUL M. MILLMAN
399 KNOLLWOOD RD.
WHITE PLAINS, NEW YORK 10603

(914) 684-6518
FAX: (914) 684-0196

PAUL M. MILLMAN*
SUSAN E. HERZOG

via facsimile 390-4085

August 20, 2007

Honorable Charles Brieant
United States District Court
Southern District
300 Quarropas Street
White Plains, N. Y. 10601

Re: Bryant v. Media Right Productions, Inc. et. al.
Index # 07 CIV 3050

Dear Honorable Sir:

At court conference held on July 16, 2007 it was duly requested by counsel for Bryant et. al. and Mediaright et. al that matter be referred to mediation.

It is respectfully requested that matter be so referred.

Very truly yours,

PAUL M. MILLMAN (4705)
399 Knollwood Rd.
White Plains, NY 10603
914-684-6518
Counsel to Defendants
Mediaright Productions,
     Inc.
Douglas Maxwell
The Orchard Enterprises,
     Inc.

13745 D FLORA PL.
DELRAY BEACH, FL 33484
(561) 499-8075

*N.Y. AND FLORIDA BAR

Agreed and Confirmed

Michael Korik, Esq.
28 West Grand Avenue
Montvale, New Jersey 07645
Counsel to Plaintiffs
Bryant and Ellen Bernfeld

berlent-bryant-brieant-lt-aug20