UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------- x

ANNE BRYANT, ELLEN BERNFELD, AND          : Civil Action No.: 07-CV3050(CLB)
GLORYVISION, LTD.,

                                          :

                    Plaintiffs,

                                          :   **NOTICE OF APPEARANCE**

           - against –

                                          :

EUROPADISK, LTD., MEDIA RIGHT PRODUCTIONS,
INC., VERY COOL MEDIA, INC., DOUGLASS        :
MAXWELL, THE ORCHARD ENTERPRISES, INC., and
RUSSELL J. PALLADINO                         :

                    Defendants.

-------------------------------------------------------------------------- x

   PLEASE TAKE NOTICE that SHELOWITZ BRODER LLP, 11 Penn Plaza, 5th Floor,
New York, New York, 10001, will be appearing as Counsel of Record for Defendants MEDIA
RIGHT PRODUCTIONS, INC., DOUGLASS MAXWELL, and THE ORCHARD
ENTERPRISES, INC., and that all papers, Notices and Orders with regard to the proceedings in
this action, which otherwise would be required to be served on said defendants, are to be served
on the offices of the undersigned.

Dated:    New York, New York
          October 4, 2007


                              Respectfully Submitted,

                                    /s/

                              _____
                              Alana D. Mitnick (AM 9296)
                              Shelowitz Broder LLP
                              11 Penn Plaza, 5th Floor
                              New York, New York 10001
                              (212) 946-2613