10/05/2007 FRI 11:27 FAX 9146840196                                                         002/002
Oct 04 2007 4:24PM    Shelowitz Broder LLP              646-328-4569              p.2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
ANNE BRYANT, ELLEN BERNFELD, AND
GLORYVISION, LTD.,                                             :     Civil Action No.:
                                                               :     07-CV3050(CLB)
                        Plaintiffs,                            :
                                                               :
        - against -                                            :
                                                               :     NOTICE OF SUBSTITUTION
EUROPADISK, LTD., MEDIA RIGHT                                  :     OF COUNSEL
PRODUCTIONS, INC., VERY COOL MEDIA, INC.,                      :
DOUGLASS MAXWELL, THE ORCHARD                                  :
ENTERPRISES, INC. and RUSSELL J. PALLADINO                     :
                                                               :
                        Defendants.                            :
------------------------------------------------------------- x

Defendants Media Right Productions, Inc., Douglass Maxwell, and The Orchard Enterprises, Inc, hereby give notice that Alana D. Mitnick, Esq. of Shelowitz Broder LLP is being substituted as counsel, replacing Paul M. Millman, Esq. Facsimile signatures deemed as original.

Dated:    New York, New York
          October 4, 2007

                                                              Respectfully Submitted,

_____                                     _____
Paul M. Millman (PM 4705)                                     Alana D. Mitnick (AM 9296)
399 Knollwood Road                                            Shelowitz Broder LLP
White Plains, New York 10603                                  11 Penn Plaza, 5th Floor
(914) 684-6518                                                New York, New York 10001
                                                              (212) 946-2613

Certificate of Service

Alana D. Mitnick, Esq., hereby certifies that the foregoing was filed electronically and served by U.S. mail, upon Michael Korik, Esq. of Monaghan, Monaghan, Lamb & Marchisio, LLP, counsel for Plaintiffs, at 401 East 65th Street, Suite 102, New York, New York, 10065.

                                                              _____
                                                              Alana D. Mitnick, Esq.