UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
ANNE BRYANT, ELLEN BERNFELD, AND : Civil Action No.: 07-CV3050(CLB)
GLORYVISION, LTD.,
                                                    :
            Plaintiffs,
                                                    : **RULE 7.1 STATEMENT**
        - against –
                                                    :
EUROPADISK, LTD., MEDIA RIGHT PRODUCTIONS,
INC., VERY COOL MEDIA, INC., DOUGLASS     :
MAXWELL, THE ORCHARD ENTERPRISES, INC.,
and RUSSELL J. PALLADINO                          :

            Defendants.
------------------------------------------------------------------- x

    PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Media Right Productions, Inc., and The Orchard Enterprises, Inc., (both private non-governmental parties) certify that the following corporate parents, affiliates and or subsidiaries of said parties are publically held.

    NONE

Dated:   New York, New York
            October 30, 2007

                                                  Respectfully Submitted,

                                                  /s/
                                                  _____
                                                  Alana D. Mitnick (AM 9296)
                                                  Shelowitz Broder LLP
                                                  11 Penn Plaza, 5th Floor
                                                  New York, New York 10001
                                                  (212) 946-2613