Case 7:07-cv-03050-CS-LMS   Document 21   Filed 11/02/2007   Page 1 of 1

07/02/2007 14:15 2018029055   Case 7:07-cv-03050-CLB   Document 11   MONAGHAN & MONAGHAN   Filed 07/02/2007   Page 1 of 1   PAGE 01/01

Jun 29 2007 1:32PM   HP LASERJET 3330   P.4

MEMO ENDORSED

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X   Index No. 07 CIV-3050

ANNE BRYANT, ELLEN BERNFELD AND
GLORYVISION, LTD.,
                    Plaintiffs,

     -against-   **STIPULATION TO EXTEND TIME TO ANSWER**

EUROPADISK, LTD.
MEDIA RIGHT PRODUCTIONS
VERY COOL MEDIA, INC.
DOUGLAS MAXWELL
THE ORCHARD ENTERPRISES AND
RUSSELL J. PALADINO,
                    Defendants.
-----------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs, ANNE BRYANT, ELLEN BERNFELD and GLORYVISION, LTD, by their attorneys, Monaghan, Monaghan, Lamb & Marchisio, LLP, and Defendants, VERY COOL MEDIA, INC., and RUSSELL J. PALADINO, by their attorneys, Eric M. Berman, P.C., to extend the time for Defendants VERY COOL MEDIA, INC., and RUSSELL J. PALADINO, to answer, appear or otherwise respond to the Complaint to and including July 15, 2007.

Facsimile signatures shall be deemed originals for the purposes of this Stipulation. This Stipulation may be filed with the Court without further notice.

Dated: June 29, 2007

X _____   X _____
MONAGHAN, MONAGHAN, LAMB &   ERIC M. BERMAN, P.C.
MARCHISIO, LLP   Attorneys for Defendants
Attorney for Plaintiffs   Very Cool Media, Inc., and Russell J. Paladino
by: Michael Korik, Esq.   By: Eric M. Berman, Esq.
28 West Grand Avenue   500 West Main Street, Suite 212
Montvale, NJ 07645   Babylon, New York 11702
201-802-9060   631-486-4900
201-802-9066 Fax   631-486-4997 Fax

*[Handwritten margin notes:]* Scope motion Oct #11 as moot. / Charles L. Brieant / US DJ / November 2, 2007