# MONAGHAN, MONAGHAN, LAMB & MARCHISIO, LLP

ATTORNEYS AND COUNSELLORS AT LAW

PATRICK J. MONAGHAN, JR. *
RICHARD F. MONAGHAN * * †
EUGENE G. LAMB * * †
JUVENAL L. MARCHISIO * *
JAMES P. O'NEILL * * * †
MICHAEL KORIK *

* ADMITTED IN NJ AND NY
* * ADMITTED IN NY
* * * ADMITTED IN PA AND NY
† OF COUNSEL

28 WEST GRAND AVENUE
MONTVALE, NEW JERSEY 07645

TEL: **(201) 802-9060**
FAX: **(201) 802-9066**
E-Mail: mmlmlawyers@aol.com

**NEW YORK OFFICE:**
401 EAST 65TH STREET
SUITE 10C
NEW YORK, NEW YORK 10065

**(212) 541-6980**
FAX: (212) 541-6994

December 11, 2007

**VIA FAX & REGULAR MAIL:**
Mitchell C. Shelowitz, Esq.
Shelowitz Broder LLP
11 Penn Plaza 5th Floor
New York, NY 10001

> Re: Anne Bryant vs. Europadisk, *et al.*
> Index No. 07-CIV-3050
> Our File: 3838

Dear Mr. Shelowitz:

This letter is to advise you that there will be a Discovery Conference in this above-referenced matter on Friday, December 21, 2007 at 9:00 AM before the Honorable Charles L. Brieant, U.S.D.J. of the United States District Court, Southern District of New York located at 300 Quarropas Street, White Plains, New York, 10601.

Sincerely,

Michael Korik

MK:MVA
cc: Honorable Charles L. Brieant, U.S.D.J *via fax*