UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ANNE BRYANT, et al.,                                      :

                                    Plaintiff,            :

                - against -                               :          **ORDER OF REFERENCE**
                                                          :          **TO A MAGISTRATE JUDGE**

Media Right, et al.,                                      :
                                                          :          07 Civ. 3050 (CLB) (LMS)
                                    Defendants.           :

-------------------------------------------------------------X


    The above entitled action is referred to the Hon. Lisa Margaret Smith, United States Magistrate
Judge for the following purpose(s):


____  General Pretrial (includes scheduling,          ____  Social Security
      discovery, non-dispositive pretrial motions,
      and settlement)                                 _____  Consent under 28 U.S.C. §636(c) for all
                                                             purposes (including trial)
_X_   **All Purposes**

____  Specific Non-Dispositive Motion/Dispute:*       ____  Consent under 28 U.S.C. §636(c) for
                                                             limited purpose (e.g., dispositive motion,
_____                         preliminary injunction)

_____                         Purpose:_____

      If referral is for discovery disputes when        _____
      the District Judge is unavailable, the time
      period of the referral:_____

____  Settlement*                                     ____  Dispositive Motion (i.e., motion requiring
                                                             a Report and Recommendation)

                                                      Particular Motion:_____
____  Inquest After Default/Damages Hearing
                                                      _____

                                                      All such motions:_____
____  For jury selection


____  Habeas Corpus


* Do not check if already referred for general pretrial.

DATED:   White Plains, New York                       **SO ORDERED.**
         December 21, 2007

                                                      _Charles L. Brieant_
P:\CHAMBERS\ODREF2MAG                                  United States District Judge