# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of
**Hon. Lisa Margaret Smith**
Chief United States Magistrate Judge

January 2, 2008

## SCHEDULING ORDER
07CV3050(CLB) (LMS)

Michael Korik
Monaghan, Monaghan, Lamb & Marchiso
150 East 55 th Street
New York, NY 10019

Mitchell C. Shelowitz
Shelowitz Broder LLP
11 Penn Plaza 5th Flr
New York, NY 10001

The matter of **BRYANT-V-EUROPADISK** has been scheduled for a conference, before the Hon. Lisa Margaret Smith, Chief United States Magistrate Judge, on **January 18, 2007** at 2:00PM in Courtroom 420.

Notify all other parties of this schedule immediately.
*Any party seeking a reschedule shall telephone chambers with all other parties on the line.*

SO ORDERED:

Hon. Lisa Margaret Smith
U.S.M.J.