UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

February 4, 2008

### SCHEDULING ORDER
07CV3050(CLB)(LMS)

Michael Korik
Monaghan, Monaghan, Lamb & Marchiso
28 West Grand Avenue
Montvale, NJ 07645

Mitchell C. Shelowitz
Shelowitz Broder LLP
11 Penn Plaza  5th Flr
New York, NY 10001

The matter of    **BRYANT-V-MEDIA RIGHTS**    has been   **re- scheduled**

for *conference* before the Hon. Lisa Margaret Smith,  United States Magistrate Judge,

from   3/3/08      to      *February 11, 2008 at 12:00 Noon*

### NOTIFY ALL OTHER PARTIES OF THIS SCHEDULE IMMEDIATELY
*Any party seeking a reschedule shall telephone chambers with all other parties on the line*

So Ordered:

Lisa Margaret Smith
United States Magistrate Judge