UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

BRYANT, et al.,,                                 :

      Plaintiff,                               :         ORDER

      -against-                                :         07 Civ. 3050 (CLB)(LMS)

MEDIA RIGHT, et al.,,                            :

      Defendant.                               :

-----------------------------------------------------------x

      The parties have informed this Court that discovery has been completed.  The parties have each also informed the Court that they are considering dispositive motions.  Any dispositive motions would be heard by the undersigned, and a Report and Recommendation will thereafter be issued to Judge Brieant on those motions.  Although Defendants requested a settlement conference in order to try to save the cost of motion practice, Plaintiffs have expressed that they have no desire to participate in settlement discussions.[1]  Under these circumstances, the Court sets the following schedule for dispositive motions.

•Any and all dispositive motions are to be served and filed no later than June 6, 2008.

•Any opposition to such dispositive motions are to be served and filed no later than June 20, 2008.

---

[1] In a conference on April 18, 2008, after counsel for both sides agreed that discovery had been concluded, counsel for Defendants (Mr. Shelowitz) requested the Court's assistance in attempting to reach settlement.  Plaintiffs' counsel (Mr. Korik) responded "Your Honor, I have no objections to a settlement conference."  Despite this apparent acquiescence, today, when a settlement conference was attempted, Plaintiffs' counsel (Mr. Monaghan) refused to present a settlement demand, and when asked by the undersigned, "Then why are you here?" counsel responded "Because I believe Your Honor directed us to be here."  It can only be concluded that Plaintiffs are not interested in discussing settlement of this matter.

•Any replies to such opposition are to be served and filed no later than June 30, 2008.

     Counsel are directed to the page limits for motions set forth in the individual practices of the undersigned, available on the Court's website, www1.nysd.uscourts.gov.  The Court does not intend to take oral argument on the motions.  All motion papers are to be filed via ECF, with a courtesy copy delivered to Chambers.

Dated: May 16, 2008
       White Plains, New York

SO ORDERED

_____
Lisa Margaret Smith
United States Magistrate Judge
Southern District of New York