MONAGHAN, MONAGHAN, LAMB &
MARCHISIO, LLP
401 East 65th Street, Ste. 10C
New York, New York 10065
Tel: (212) 541-6080
Fax: (212) 541-6994
    -and-
28 W. Grand Avenue
Montvale, New Jersey 07645
Tel:  (201) 802-9060
Fax:  (201) 802-9066

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
ANNE BRYANT, ELLEN BERNFELD,
and GLORYVISION, LTD.,                              Doc. No. 07-Civ-3050 (CLB)

                         Plaintiffs,      **NOTICE OF MOTION FOR**
                                                    **PARTIAL SUMMARY**
  -against-                                        **JUDGMENT AS TO**
                                                    **LIABILITY FOR ALL**
                                                    **COUNTS AGAINST**
EUROPADISK, LTD., MEDIA RIGHT                       **DEFENDANTS PURSUANT TO**
PRODUCTIONS, INC., VERY COOL MEDIA,                 **F.R.C.P. RULE 56.**
INC., DOUGLAS MAXWELL, THE ORCHARD
ENTERPRISES, INC. and RUSSELL J.
PALLADINO,
                         Defendants.
----------------------------------------X

To:  Mitchell C. Shelowitz, Esq.
     Shelowitz Broder LLP
     11 Penn Plaza 5th Floor
     New York, NY 10001
     Counsel For Defendants


     **PLEASE TAKE NOTICE** that the Plaintiffs herein by their attorneys Monaghan, Monaghan, Lamb & Marchisio, LLP, respectfully move this Court as follows:

**TIME AND PLACE OF MOTION**

The Courtroom of Magistrate Lisa Margaret Smith in the United States Court, Southern District of New York, 300 Quarropas Street, Room 428, White Plains, NY 10601, at a date and time to be set by the Court.

**RELIEF SOUGHT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Plaintiffs seek Partial Summary Judgment against Defendants MEDIA RIGHT PRODUCTIONS, INC., DOUGLAS MAXWELL and THE ORCHARD ENTERPRISES, INC. granting Summary Judgment in their favor as to all counts in the Complaint as to liability only.

**SUPPORTING PAPERS**

Supporting papers in this Motion include the Declaration of Patrick J. Monaghan, Jr., Esq. dated June 6, 2008 with supporting exhibits; The Declarations of Anne Bryant and Ellen Bernfeld, dated June 6, 2008 with supporting exhibits, a Statement of Material Facts with a supporting exhibit; and a Memorandum of Law in Support of the Motion for Partial Summary Judgment.

DATED: Montvale, New Jersey
       June 6, 2008

MONAGHAN, MONAGHAN, LAMB &
MARCHISIO, LLP

By: _____
Patrick J. Monaghan, Jr. (PJM6297)
Attorneys for Plaintiffs
401 East 65th Street, Ste. 10C
New York, New York 10019
Tel: (212) 541-6980
Fax: (212) 541-6994

    -and-

28 West Grand Avenue
Montvale, New Jersey 07645
Tel: (201) 802-9060
Fax: (201) 802-9066