# CERTIFICATE OF REGISTRATION



UNITED STATES COPYRIGHT OFFICE
THE LIBRARY OF CONGRESS

**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

## FORM PA
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**PAu 2-090-397**

PA

EFFECTIVE DATE OF REGISTRATION

5 — Month    6 — Day    96 — Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**
SONGS for CATS ™ (and the people who love them)

**PREVIOUS OR ALTERNATIVE TITLES ▼**
SONGS for CATS (t.m.)

**NATURE OF THIS WORK ▼** See instructions
MUSIC, LYRICS, TEXT

---

**2**

**NOTE**

**a** **NAME OF AUTHOR ▼**
ELLEN BERNFELD

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1952    Year Died ▼ X

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
MUSIC, LYRICS, TEXT

**b** **NAME OF AUTHOR ▼**
ANNE BRYANT

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1950    Year Died ▼ X

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼
MUSIC, LYRICS, TEXT

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is Yes, see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

---

**3**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1996 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶    Day ▶    Year ▶    Nation

---

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼
ELLEN BERNFELD & ANNE BRYANT
C/O GLORYVISION LTD.
P.O. BOX 561, STONY POINT, NY 10980

APPLICATION RECEIVED
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE
OFFICE USE ONLY

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE

| EXAMINED BY | | **FORM PA** |
| CHECKED BY | | |

☐ CORRESPONDENCE
　Yes

☐ DEPOSIT ACCOUNT
　FUNDS USED

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**　Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes　☒ No　If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼　　　　**Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**　Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

**a.　Preexisting Material**　Identify any preexisting work or works that this work is based on or incorporates. ▼

**b.　Material Added to This Work**　Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.▼

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT**　If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼　　　　　　　　　　　　　　　　**Account Number** ▼

**7**

**CORRESPONDENCE**　Give name and address to which correspondence about this application should be sent.　Name/Address/Apt/City/State/Zip ▼

ANNE BRYANT
C/O GLORYVISION LTD
P.O. BOX 561
STONY POINT, NY 10980 0561
Area Code & Telephone Number ▶ 914 429 0053

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION\***　I, the undersigned, hereby certify that I am the

Check only one ▼

☒ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☐ authorized agent of _____
　　　　　Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this is a published work, this date must be the same as or later than the date of publication given in space 3.

ANNE BRYANT　　　　　　　　　　date ▶　4/20/96

Handwritten signature (X) ▼

Ann Bryant

**MAIL
CERTIFI-
CATE TO**

**Certificate
will be
mailed in
window
envelope**

| **Name** ▼ |
| ANNE BRYANT c/o GLORYVISION, LTD. |
| **Number/Street/Apartment Number** ▼ |
| P.O. BOX 561 |
| **City/State/ZIP** ▼ |
| STONY POINT, N.Y. 10980-0561 |

**Have you:**
● Completed all necessary
　spaces?
● Signed your application in space
　8?
● Enclosed check or money order
　for $10 payable to *Register of
　Copyrights*?
● Enclosed your deposit material
　with the application and fee?

**MAIL TO:** Register of Copyrights,
Library of Congress, Washington,
D.C. 20559.

**9**

\* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in

# CERTIFICATE OF REGISTRATION



**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**FORM SR**
For a Sound Recording
UNITED STATES COPYRIGHT OFFICE

**SR 188-735**

EFFECTIVE DATE OF REGISTRATION

6 · 30 · 97

Month    Day    Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

Songs for Cats ™ (and the people who love them)

**PREVIOUS OR ALTERNATIVE TITLES ▼**

Songs for Cats ™

**NATURE OF MATERIAL RECORDED ▼** See instructions

☐ Musical   ☒ Musical-Dramatic
☐ Dramatic   ☐ Literary
☐ Other

## 2

**NAME OF AUTHOR ▼** GloryVision, LTD. employer for hire

a ☑ Ellen Bernfeld

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

Performer · Arranger · Producer

**NOTE**
Under the law, the "author" of

**NAME OF AUTHOR ▼** GloryVision, LTD. employer for hire

☑ Anne Bryant

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

Performer · Arranger · Producer

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼      Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

death blank.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

a **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** 1997 ◀ Year in all cases.
This information must be given in all cases.

b **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ June   Day ▶ 3   Year ▶ 1997
USA ◀ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

GloryVision, LTD.
P. O. Box 561
Stony Point, NY 10980

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JUN 30 1997

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

**DO NOT WRITE HERE**

Page 1 of

| EXAMINED BY | | FORM SR |
|---|---|---|
| CHECKED BY | | |

CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼   _PENDING_   Year of Registration ▼   _1997_

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

_THE TEN SONGS THAT COMPRISE "SONGS FOR CATS" ALBUM HAVE BEEN_
_INDIVIDUALLY COPYRIGHTED BY THE (SAME) AUTHORS ON PA FORMS._

See instructions
before completing
this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

_FINAL ARRANGEMENTS / PERFORMANCES & PRODUCTION_
_THIS IS A FINAL, COMMERCIALLY-RELEASED RECORDING._

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                   Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

_ANNE BRYANT_
_GLORY VISION, LTD._
_P.O. BOX 561_
_STONY POINT, NY 10980_        Area Code and Telephone Number ▶  _914 429-0053_

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of   _GLORYVISION, LTD._

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

_ANNE BRYANT_                                   Date ▶ _6/10/97_

Handwritten signature (X) ▼

_A. B._

Mail
certificate
to:

Name ▼  _ANNE BRYANT c/o GLORYVISION, LTD._

Number/Street/Apartment Number ▼  _P.O. BOX 561_

City/State/ZIP ▼  _STONY POINT, NY 10980_

Certificate
will be
mailed in
window
envelope

• YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

March 1995—100,000      ☼ PRINTED ON RECYCLED PAPER      ☆U.S. GOVERNMENT PRINTING OFFICE: 1995–387-237/20

# CERTIFICATE OF REGISTRATION

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE
R

**TX 4-592-690**



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

UNITED STATES COPYRIGHT OFFICE
THE LIBRARY OF CONGRESS
OFFICIAL SEAL

EFFECTIVE DATE OF REGISTRATION

JUN 30 1997
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

TITLE OF THIS WORK ▼
Songs for Cats (tm) (and the people who love them)

PREVIOUS OR ALTERNATIVE TITLES ▼
Songs for Cats (tm)

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   Title of Collective Work ▼
Text of Cassette Jacket card for Songs for Cats (tm)

If published in a periodical or serial give:   Volume ▼ 1   Number ▼ Cassette 1   Issue Date ▼ 6/3/97   On Pages ▼ entire text

**2**

**a** NAME OF AUTHOR ▼
Anne Bryant

DATES OF BIRTH AND DEATH
Year Born ▼ 1950   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☒ No
Pseudonymous?   ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of material created by this author in which copyright is claimed. ▼

**b**
ELLEN BERNFELD

DATES OF BIRTH AND DEATH
Year Born ▼ 1950   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶ USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☒ No
Pseudonymous?   ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of material created by this author in which copyright is claimed. ▼
ENTIRE TEXT

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP   Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This information must be given in all cases.
1996 ◀ Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK   Complete this information ONLY if this work has been published.
Month ▶ June   Day ▶ 3   Year ▶ 1997
USA ◀ Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Anne Bryant & Ellen Bernfeld
P.O. Box 418
Stony Point, NY 10980

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JUN 30 1997
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JUN 30 1997
FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶
• Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 10.

DO NOT WRITE HERE

Page 1 of ____ pages

| EXAMINED BY | | FORM TX |
| --- | --- | --- |
| CHECKED BY | | |
| ☐ CORRESPONDENCE | | FOR COPYRIGHT OFFICE USE ONLY |
| Yes | | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
[✓] Yes [ ] No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. [ ] This is the first published edition of a work previously registered in unpublished form.
b. [ ] This is the first application submitted by this author as copyright claimant.
c. [ ] This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼ PENDING   **Year of Registration** ▼ 1997

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼
INCORPORATES LYRICS SEPARATELY COPYRIGHTED ON FORM PA (10 SONGS)

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
STORY/CREDITS/LINER NOTES

See instructions before completing this space.

**7**

—space deleted—

**8**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10 and a check in one of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.
a [✓] Copies and Phonorecords     b [ ] Copies Only     c [ ] Phonorecords Only

See instructions.

**9**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼     **Account Number** ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼
ANNE BRYANT   c/o GLORYVISION, LTD.
P.O. BOX 561
STONY POINT, NY 10980     Area Code and Telephone Number ▶ 914 429 1694

Be sure to give your daytime phone number

**10**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
[✓] author
[ ] other copyright claimant
[ ] owner of exclusive right(s)
[ ] authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
ANNE BRYANT     Date ▶ 6/10/97

✍ **Handwritten signature (X)** ▼

**11**

MAIL CERTIFI-CATE TO
**Name** ▼ ANNE BRYANT c/o GLORYVISION, LTD.
**Number/Street/Apt** ▼ P.O. BOX 561
**City/State/ZIP** ▼ STONY POINT, N.Y. 10980

Certificate will be mailed in window envelope

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 10
**SEND ALL ELEMENTS IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false statement of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

May 1995—300,000     ♻ PRINTED ON RECYCLED PAPER     ☆U.S. GOVERNMENT PRINTING OFFICE: 1995-387-237/47

# CERTIFICATE OF REGISTRATION

**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE

R

**TX 4-582-985**

*TX0004582985*

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

EFFECTIVE DATE OF REGISTRATION

7 / 1 / 97
Month / Day / Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**TITLE OF THIS WORK ▼**
Songs for Cats (tm) (and the people who love them)

**PREVIOUS OR ALTERNATIVE TITLES ▼**
Songs for Cats (tm)

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**
Text of CD Booklet  Songs for Cats

If published in a periodical or serial give: **Volume ▼** 1   **Number ▼** CD 1   **Issue Date ▼** 6/3/97   **On Pages ▼** inside cover to back cover

---

**2**

**a** **NAME OF AUTHOR ▼**
Anne Bryant

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1950   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶ USA }

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire Text

**NOTE**
Under the law...

**NAME OF AUTHOR ▼**
Ellen Bernfeld

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1952   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶ USA }

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire Text

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶ }

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Space of birth and death blank

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
1996 ◀ Year
This information must be given in all cases.

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ June   Day ▶ 3   Year ▶ 1997
USA ◀ Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Anne Bryant & Ellen Bernfeld
P.O. Box 418
Stony Point, NY 10980

**APPLICATION RECEIVED**
JUL. 01 1997
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
JUL. 01 1997

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**FUNDS RECEIVED**

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼  PENDING     **Year of Registration** ▼  1997

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼
INCORPORATES LYRICS SEPARATELY COPYRIGHTED ON FORM PA
(10 SONGS)
b **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
STORY (CREDITS) LINER NOTES

**6**

See instructions
before completing
this space.

**—space deleted—**

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10 and a check in one
of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically
handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office: (1) copies of the work identified in space 1 of this
application in Braille (or similar tactile symbols); or (2) phonorecords embodying a fixation of a reading of that work; or (3) both.

a ☑ Copies and Phonorecords       b ☐ Copies Only       c ☐ Phonorecords Only

**8**

See instructions.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                                        **Account Number** ▼

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼
ANNE BRYANT
6 GLORYVISION, LTD
P.O. BOX 561
STONY POINT, NY   Area Code and Telephone Number ▶  914 429 0053

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION** I, the undersigned, hereby certify that I am the
10980
Check only one ▶
☑ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of  ANNE BRYANT
       Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**10**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
ANNE BRYANT                                                    date ▶ 6/10/97

Handwritten signature (X) ▼

MAIL
CERTIFI-
CATE TO

**Name** ▼
ANNE Bryant c/o GLORYVISION, LTD.
Number/Street/Apartment Number ▼
P.O. BOX 561
City/State/ZIP ▼
STONY POINT, NY 10980

Certificate
will be
mailed in
window
envelope

**11**

• Complete all necessary spaces
• Sign your application in space 10

1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.
July 1995—400,000 ⊛ PRINTED ON RECYCLED PAPER

# CERTIFICATE OF REGISTRATION



**UNITED STATES COPYRIGHT OFFICE**
**THE LIBRARY OF CONGRESS**

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGI **VA 848-331**

EFFECTIVE DATE OF REGISTRATION

6    30    97
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**
Songs for Cats (and the people who love them) tm

**NATURE OF THIS WORK ▼** See Instructions

**PREVIOUS OR ALTERNATIVE TITLES ▼**
Songs for Cats tm

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**
Cover Art for Songs for Cats (tm)

If published in a periodical or serial give: **Volume ▼** Music Cassette 1 **Number ▼** **Issue Date ▼** 6-3-97 **On Pages ▼** Cover Art

## 2    a

**NAME OF AUTHOR ▼**
Gloryvision, LTD employer for hire of George McPherson

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a work made

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture  ☐ Map  ☐ Technical drawing
☑ 2-Dimensional artwork  ☐ Photograph  ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work
☐ Design on sheetlike material

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es) **See Instructions**
☐ 3-Dimensional sculpture  ☐ Map  ☐ Technical drawing
☐ 2-Dimensional artwork  ☐ Photograph  ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work
☐ Design on sheetlike material

## 3    a

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given 1997 ◄ Year in all cases.

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published. Month ▶ June Day ▶ 3 Year ▶ 1997 Nation ▶ USA

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Gloryvision, LTD
P.O. Box 561
Stony Point, NY 10980

APPLICATION RECEIVED
JUN 30 1997
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
JUN 30 1997

FUNDS RECEIVED

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

DO NOT WRITE HERE OFFICE USE ONLY

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions  • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of _____ pages

EXAMINED BY ___

CHECKED BY

☑ CORRESPONDENCE
Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

**a.** ☐ This is the first published edition of a work previously registered in unpublished form.

**b.** ☐ This is the first application submitted by this author as copyright claimant.

**c.** ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼         Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

**a. Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼

**b. Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT**  If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                     Account Number ▼

**7**

**CORRESPONDENCE**  Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

ANNE BRYANT
GLORYVISION, LTD
P.O. BOX 561
STONY POINT, NY 10980

Area Code and Telephone Number ▶   914 429 0053

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▼

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of ___ GLORYVISION, LTD.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date ▼** If this application gives a date of publication in space 3, do not sign and submit it before that date.

ANNE BRYANT                                     Date ▶

☞ Handwritten signature (X) ▼

**8**

YOU MUST
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**9**

Mail
certificate
to:

Certificate
will be
mailed in
window
envelope

Name ▼
ANNE BRYANT c/o GLORYVISION, LTD
Number/Street/Apt ▼
P.O. BOX 561
City/State/ZIP ▼
STONY POINT, NY 10980

*(a) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection ... shall be fined not more than $2,500.

J,000    ♻ PRINTED ON RECYCLED PAPER                    ☆U.S. GOVERNMENT PRINTING OFFICE: 1995-387-237/41

# CERTIFICATE OF REGISTRATION



UNITED STATES COPYRIGHT OFFICE ✦ THE LIBRARY OF CONGRESS

**OFFICIAL SEAL**

This Certificate issued under the seal of the Copyright Office in accordance with title 17. United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE



**VA 864-073**

**EFFECTIVE DATE OF REGISTRATION**

| Month | Day | Year |
|-------|-----|------|
| 6 | 30 | 97 |

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1
**TITLE OF THIS WORK ▼**
Songs for Cats (tm) (and the People who love them)

**NATURE OF THIS WORK ▼** See Instructions

**PREVIOUS OR ALTERNATIVE TITLES ▼** (tm)
Songs for Cats (tm)

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**
~~Cover art~~ illustration + graphics for Songs for Cats tm

If published in a periodical or serial give: **Volume ▼** CD1 **Number ▼** **Issue Date ▼** 6/8/97 **On Pages ▼** cover + inside

## 2
**NAME OF AUTHOR ▼** GLORYVISION, LTD — Employee
**a** for hire of TONY C. FATMIDIS

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
{ Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture
☒ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Design on sheetlike material
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

**NAME OF AUTHOR ▼**
**b**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture
☐ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Design on sheetlike material
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

## 3
**a** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1997 ◀ Year

**b** **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ June Day ▶ 8 Year ▶ 1997
USA ◀ Nation

## 4
**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
GLORYVISION, LTD
P.O. BOX 561
STONY POINT, NY 10980

**APPLICATION RECEIVED**
JUN 30 1997
**ONE DEPOSIT RECEIVED**

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**TWO DEPOSITS RECEIVED**
JUN 30 1997
**FUNDS RECEIVED**

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE

| EXAMINED BY _CB Bryant_ | FORM VA |
|---|---|
| CHECKED BY | |

☐ CORRESPONDENCE
Yes

**FOR COPYRIGHT OFFICE USE ONLY**

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**6**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions before completing this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**7**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼          Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

ANNE BRYANT
GLORYVISION, LTD
P.O. BOX 561
STONY POINT, NY 10980          Area Code and Telephone Number ▶ 914 429-6053

Be sure to give your daytime phone number

**8**

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of _GLORYVISION, LTD._
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
ANNE BRYANT                    Date ▶ 6/10/97

Handwritten signature (X) ▼
_Anne Bryant_

**9**

Mail certificate to:

Name ▼ ANNE BRYANT c/o GLORYVISION, LTD.
Number/Street/Apt ▼ P.O. BOX 561
City/State/ZIP ▼ STONY POINT, NY 10980

Certificate will be mailed in window envelope

- Complete all necessary spaces
- Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

PRINTED ON RECYCLED PAPER          ☆U.S. GOVERNMENT PRINTING OFFICE: 1995–387-237/41

# CERTIFICATE OF REGISTRATION



**UNITED STATES COPYRIGHT OFFICE**
**THE LIBRARY OF CONGRESS**
OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**VA 842-938**

EFFECTIVE DATE OF REGISTRATION

JUN 30 1997
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**TITLE OF THIS WORK ▼**
Songs for Cats (and the people who love them) ™

**NATURE OF THIS WORK ▼** See instructions

**PREVIOUS OR ALTERNATIVE TITLES ▼**
Songs for Cats ™

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**
Cover Art for Songs for Cats ™

If published in a periodical or serial give: **Volume ▼** 1    **Number ▼** Music CD    **Issue Date ▼** 6/3/97    **On Pages ▼** Cover Art

**2**

**a**

**NAME OF AUTHOR ▼** Gloryvision, LTD. Employer for Hire of George McPherson

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ USA
     Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of

**NATURE OF AUTHORSHIP** Check appropriate box(es) **See instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☒ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work
☐ Design on sheetlike material

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

**b**

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es) **See instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work
☐ Design on sheetlike material

**3**

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
1997    **Year** In all cases.
This information must be given

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information    Month ▶ June    Day ▶ 3    Year ▶ 1997
ONLY if this work has been published.    USA    ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Gloryvision, LTD.
P.O. Box 561
Stony Point, NY 10980

**APPLICATION RECEIVED**
JUN 30 1997
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions    • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ____ pages

\* Added by CO per authority granted by Anne Bryant
   in telephone conversation August 6, 1997.

EXAMINED BY ~*TH* 

CHECKED BY

☐ CORRESPONDENCE
   Yes

**FORM VA**

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ **Yes** ☒ **No** If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

**a.** ☐ This is the first published edition of a work previously registered in unpublished form

**b.** ☐ This is the first application submitted by this author as copyright claimant

**c.** ☐ This is a changed version of the work, as shown by space 6 on this application

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work, complete only 6b for a compilation

**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                    Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.    Name/Address/Apt/City/State/ZIP ▼

ANNE BRYANT
GLORYVISION, LTD.
P.O. BOX 561
STONY POINT, NY 10980

Area Code and Telephone Number ▶ 914 429 0053

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of GLORYVISION, LTD

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.     Date ▶ 6/10/97

ANNE BRYANT

👉 Handwritten signature (X) ▼

**MAIL
CERTIFICATE
TO:**

Certificate
will be
mailed in
window
envelope

Name ▼
ANNE BRYANT   c/o GLORYVISION, LTD.

Number/Street/Apt ▼
P.O. BOX 561

City/State/ZIP ▼
STONY POINT, NY 10980

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

March 1995—300,000   ♻ PRINTED ON RECYCLED PAPER     ☆U.S. GOVERNMENT PRINTING OFFICE: 1995-387-237/41

# CERTIFICATE OF REGISTRATION

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

**VA 862-840**



EFFECTIVE DATE OF REGISTRATION

**JUN 30 1997**
Month    Day    Year

OFFICIAL SEAL

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

**TITLE OF THIS WORK ▼**  Songs for Cats (tm) (and the people who love them)

**NATURE OF THIS WORK ▼** See instructions  *J-Card for cassette

**PREVIOUS OR ALTERNATIVE TITLES ▼**  Songs for Cats (tm)

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.  **Title of Collective Work ▼**  illustration + graphics for Songs for Cats (tm)

If published in a periodical or serial give:  **Volume ▼**    **Number ▼** Cassette 1   **Issue Date ▼** 6/3/97   **On Pages ▼** front cover through Back Cover

---

**NAME OF AUTHOR ▼**  Glory Vision, Ltd,  employee for hire of Tony C. Iatrias

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR ☐ Citizen of ▶ USA
☐ Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture
★ ☑ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Design on sheetlike material
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

---

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR ☐ Citizen of ▶
☐ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture
☐ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Design on sheetlike material
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

---

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.  1997 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ June  Day ▶ 3  Year ▶ 1997
USA ◀ Nation

---

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Glory Vision, Ltd,
P.O. Box 561
Stony Point, NY 10980

**APPLICATION RECEIVED**
JUN 30 1997
**ONE DEPOSIT RECEIVED**
**TWO DEPOSITS RECEIVED**
JUN 30 1997
**FUNDS RECEIVED**

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions.  • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of 2 pages

* Added by C.O. by authority of phone conversation on Dec. 4, 1997 with Ms. Ellen Bernfeld, authorized agent for Gloryvision Ltd.

| EXAMINED BY | | FORM VA |
| --- | --- | --- |
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
[ ] Yes [✓] No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. [ ] This is the first published edition of a work previously registered in unpublished form.
b. [ ] This is the first application submitted by this author as copyright claimant.
c. [ ] This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼          **Account Number** ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼
ANNE BRYANT
GLORYVISION, LTD
P.O. BOX 561
STONY POINT, NY 10980
Area Code and Telephone Number ▶ 914 429 0053

Be sure to give your daytime phone number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
[✓] authorized agent of   GLORYVISION, LTD
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.   Date▶ 6/10/97
ANNE BRYANT

Handwritten signature (X) ▼

**9**

| Mail certificate to: | Name ▼ ANNE BRYANT c/o GLORYVISION LTD |
| --- | --- |
| Certificate will be mailed in window envelope | Number/Street/Apt ▼ P.O. BOX 561 |
| | City/State/ZIP ▼ STONY POINT, NY 10580 |

• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

March 1995—300,000      ✪ PRINTED ON RECYCLED PAPER      ☆U.S. GOVERNMENT PRINTING OFFICE: 1995-387-237/41

3684

**Library of Congress** | ⊘ **Copyright Office** | **Copyright Search**

Registered Works Database (Author Search)
**Search For:** BRYANT, ANNE, 1950-
**Items 1 – 40 of 47**
Note the following codes that occur within listings:
**a=author  c=claimant  ac=author and claimant**

Conduct Another Search

---

**Check one or more and then** Submit **to see Full records.**

☐ **ITEM 1.** PA-484-890: The Mirror kids : a musical animated television concept for children / by Spencer Michlin and Anne Bryant. CLNA: Better Than Average Music, a division of Lulirama Ltd., Inc.

☐ **ITEM 2.** PA-854-685: I'm purrfect. CLNA: Ellen Bernfeld, Anne Bryant

☐ **ITEM 3.** PA-854-734: Where will I sleep tonight? CLNA: acEllen M. Bernfeld , 1952-, acAnne Bryant , 1950-

☐ **ITEM 4.** PA-854-831: Oh, my little sushi. CLNA: acEllen M. Bernfeld , 1952-, & acAnne Bryant , 1950-

☐ **ITEM 5.** PA-855-744: I'm Sweetie the gourmet. CLNA: acEllen F. Bernfeld , 1952-, & acAnne Bryant , 1950-

☐ **ITEM 6.** PAu-1-493-286: The Watkins and the Wassermanns : a television situation comedy series / by Anne Bryant. CLNA: Anne Bryant

☐ **ITEM 7.** PAu-1-509-048: Signal from Shekina. CLNA: Anne Bryant

☐ **ITEM 8.** PAu-1-509-055: The Adventures of "The Mirror kids" : a musical television concept for children / by Anne Bryant & Spencer Anne Bryant & Square Business Music Prod., Ltd.

☐ **ITEM 9.** PAu-1-606-864: What a piano can do. CLNA: acAn

☐ **ITEM 10.** PAu-1-606-870: Every little girl. CLNA: acAnn

☐ **ITEM 11.** PAu-1-606-872: Maybe you're the other si 1950-

☐ **ITEM 12.** PAu-1-606-873: Heavy tinsel. CLNA:

☐ **ITEM 13.** PAu-1-606-874: Shake your boot

Copyright Search

☐ **ITEM 14.** PAu-1-606-875: Two. CLNA: acAnne Bryant , 1950-

☐ **ITEM 15.** PAu-1-831-739: Songs for dogs. CLNA: acAnne Bryant , 1950-, & acEllen Bernfeld , 1952-

☐ **ITEM 16.** PAu-2-090-397: Songs for Cats (and the people who love them) CLNA: acEllen Bernfeld , 1952-, & acAnne Bryant , 1950-

☐ **ITEM 17.** PAu-2-334-594: Cuando te veo. CLNA: acAnne Bryant , 1950-

☐ **ITEM 18.** SRu-164-023: I can't get away from romance. CLNA: (c) (p) Ellen M. Bernfeld, Anne Bryant

☐ **ITEM 19.** SRu-168-616: Circle the world. CLNA: (c) (p) Ellen M. Bernfeld, Anne Bryant

☐ **ITEM 20.** SRu-168-617: Because of you. CLNA: (c) (p) Ellen M. Bernfeld, Anne Bryant

☐ **ITEM 21.** SRu-171-069: You make me feel so young. CLNA: (c) (p) Ellen M. Bernfeld & Anne Bryant

☐ **ITEM 22.** SRu-211-529: Music in the air. CLNA: (c) (p) acEllen M. Bernfeld , 1952-, acAnne Bryant , 1950-

☐ **ITEM 23.** SRu-212-160: I want you so bad. CLNA: (c) (p) acEllen M. Bernfeld , 1952-, acAnne Bryant , 1950-

☐ **ITEM 24.** SRu-212-330: A Woman in comfortable shoes. CLNA: (c) (p) Ellen Bernfeld, Anne Bryant

☐ **ITEM 25.** SRu-215-466: Idiot love. CLNA: (c) (p) Ellen M. Bernfeld, Anne Bryant

☐ **ITEM 26.** SRu-233-021: Rorrim eht otni kool = Look into the mirror. CLNA: (c) (p) Anne Bryant

☐ **ITEM 27.** SRu-233-022: The first & the bravest. CLNA: (c) (p) on music, performance, recording; acAnne Bryant , 1950-

☐ **ITEM 28.** SRu-233-048: Backtalk. CLNA: (c) (p) on words, music, performance, recording; acAnne Bryant , 1950-, & acEllen Bernfeld

☐ **ITEM 29.** SRu-233-049: The bugs & the rain & the pants dance. CLNA: (c) (p) on words, music, performance, recording; acAnne Bryant , 1950-

☐ **ITEM 30.** SRu-233-050: The voice of the shadow. CLNA: (c) (p) on words, music, performance, recording; acAnne Bryant , 1950-

☐ **ITEM 31.** SRu-233-051: A moment of reflection. CLNA: (c) (p) on words, music, performance, recording; acAnne Bryant , 1950-

⌐ **ITEM 32.** SRu-289-578: 4 songs for dogs. CLNA: (c) (p) acAnne Bryant , 1950-, & acEllen Marie Bernfeld , 1952-

⌐ **ITEM 33.** SRu-324-513: Songs For Dogs. CLNA: (c) (p) Anne Bryant, Ellen Bernfeld

⌐ **ITEM 34.** SRu-441-870: Sports hustle. CLNA: (c) (p) on music, arr., performance, production, recording; acAnne Bryant , 1950-

⌐ **ITEM 35.** SRu-441-871: Hudson River barge. CLNA: (c) (p) on music, arr., performance, production, recording; acAnne Bryant , 1950-

⌐ **ITEM 36.** SRu-441-873: One dream cafe. CLNA: (c) (p) on music, arr., performance, production, recording; acAnne Bryant , 1950-

⌐ **ITEM 37.** SRu-441-874: After the fire. CLNA: (c) (p) on music, arr., performance, recording; acAnne Bryant , 1950-

⌐ **ITEM 38.** SRu-441-875: Adagio for Anna. CLNA: (c) (p) on music, arr., performance, recording; acAnne Bryant , 1950-

⌐ **ITEM 39.** SRu-441-880: Wind up toy. CLNA: (c) (p) on music, arr., performance, production, recording; acAnne Bryant , 1950-

⌐ **ITEM 40.** SRu-441-881: campo de paz. CLNA: (c) (p) on music, arr., performance, production, recording; acAnne Bryant , 1950-

**Check one or more and then** [ Submit ] **to see Full records.**

[ More Items ]  **(Items 41 - 47 of 47)**.

Copyright Office Home - Library of Congress Home

Contact Us



**Copyright Search**

Registered Works Database (Author Search)
**Search For:** BRYANT, ANNE, 1950-
**Items 41 - 47 of 47**
Note the following codes that occur within listings:
**a=author  c=claimant  ac=author and claimant**

Conduct Another Search

---

**Check one or more and then** Submit **to see Full records.**

☐ **ITEM 41.** SRu-441-886: Halloween. CLNA: (c) (p) on music, performance, recording, production; acAnne Bryant , 1950-

☐ **ITEM 42.** TX-4-582-985: Songs for cats (and the people who love them) CLNA: acAnne Bryant , 1950-, & acEllen Bernfeld , 1952-

☐ **ITEM 43.** TX-4-592-690: Songs for Cats : (and the people who love them) CLNA: acAnne Bryant , 1950-, acEllen Bernfeld , 1952-

☐ **ITEM 44.** TXu-467-777: The Art of intimidation : a novel / by Bryant MacDougal pseud. of Anne Bryant CLNA: Anne Bryant

☐ **ITEM 45.** TXu-528-855: The adventures of the Mirror Kids : storybooks 1-3. CLNA: acAnne Bryant , 1950- (acJ. F. Mamj Jasond , )

☐ **ITEM 46.** TXu-536-600: Lesbians from space : the media stars of 2010 : a novel. CLNA: acAnne Bryant , 1950- (pseud.: acEF System)

☐ **ITEM 47.** TXu-920-579: mundo por tus ojos = The world through your eyes. CLNA: acAnne Bryant , 1950-

**Check one or more and then** Submit **to see Full records.**

Copyright Office Home - Library of Congress Home

Contact Us

# CERTIFICATE OF REGISTRATION



UNITED STATES COPYRIGHT OFFICE

THE LIBRARY OF CONGRESS

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

## FORM SR
For a Sound Recording
UNITED STATES COPYRIGHT OFFICE

REGI'

**SRu 324-513**

EFFECTIVE DATE OF REGISTRATION

**JUL 10 1995**

Month          Day          Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK ▼**

SONGS FOR DOGS™ and the people who love them

**PREVIOUS OR ALTERNATIVE TITLES ▼**

SONGS FOR DOGS™

**NATURE OF MATERIAL RECORDED ▼** See instructions
☑ Musical       ☐ Musical-Dramatic
☐ Dramatic      ☐ Literary
☐ Other _____

---

**2**

**a NAME OF AUTHOR ▼**

ANNE BRYANT

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1950    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?        ☐ Yes ☑ No
Pseudonymous?     ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author of

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
MUSIC · LYRICS · ARRANGEMENTS · SOUND RECORDING PRODUCTION

**NAME OF AUTHOR ▼**

ELLEN BERNFELD

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1952    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?        ☐ Yes ☑ No
Pseudonymous?     ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
MUSIC · LYRICS · PERFORMANCE · SOUND RECORDING PRODUCTION

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?        ☐ Yes ☐ No
Pseudonymous?     ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given Year in all cases.
1995

**b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶    Day ▶    Year ▶    ◀ Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

ANNE BRYANT and ELLEN BERNFELD
c/o GLORYVISION, LTD.
P.O. BOX 561, STONY POINT, NY 10980-0561

APPLICATION RECEIVED
**JUL 10 1995**
ONE DEPOSIT RECEIVED
**JUL 10 1995**
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.          • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ____ **2**

\* Titles not copyrightable.
37 CFR 202.1

EXAMINED BY ☒☒                    FORM SR

CHECKED BY

☐ CORRESPONDENCE
  Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼  SRU 289 578 and PA 1 831 739    **Year of Registration** ▼  1994

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

4 of the 10 songs included on this tape were copyrighted in rough form in 1994
on # SRU 289 578. (10 LYRICS were copyrighted in rough form on # PA 1 831 739.

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

6 more completed songs have been added. All of the 10 songs are now in final
polished form. (TM) has been added to title. \*

See instructions
before completing
this space.

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                        **Account Number** ▼

✗

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

ANNE BRYANT  or  ELLEN BERNFELD
c/o GLORYVISION, LTD.
P.O. Box 561
STONY POINT, NY 10980-0561

Be sure to
give your
daytime phone
number

**Area Code and Telephone Number** ▶  914-429-0053

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▼

☒ author(s)

☐ other copyright claimant

☐ owner of exclusive right(s)

☐ authorized agent of _____
                      Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

ANNE BRYANT and ELLEN BERNFELD        **Date** ▶ 7.4.95

☞ Handwritten signature (X) ▼

_Anne Bryant and Ellen Bernfeld_

**Mail
certificate
to:**

**Name** ▼
ANNE BRYANT c/o GLORYVISION, LTD.

**Number/Street/Apartment Number** ▼
P.O. Box 561

**City/State/ZIP** ▼
STONY POINT, NY 10980-0561

Certificate
will be
mailed in
window
envelope

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

March 1995—100,000    ♻ PRINTED ON RECYCLED PAPER    ☆U.S. GOVERNMENT PRINTING OFFICE: 1995-387-237/42

# CERTIFICATE OF REGISTRATION



THE UNITED STATES COPYRIGHT OFFICE · THE LIBRARY OF CONGRESS ·

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

# FORM VA
**For a Work of the Visual Arts**
UNITED STATES COPYRIGHT OFFICE
REG

**VA 735-719**

EFFECTIVE DATE OF REGISTRATION

JULY 17 1995
Month     Day     Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1
**TITLE OF THIS WORK ▼** Songs for Dogs (tm) (and the people who love them)

**NATURE OF THIS WORK ▼** See instructions   Artwork + Text

**PREVIOUS OR ALTERNATIVE TITLES ▼** Songs for Dogs

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**   **Number ▼**   **Issue Date ▼**   **On Pages ▼**

## 2
**NAME OF AUTHOR ▼**
a   Gloryvision, Ltd

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☒ 2-Dimensional artwork   ☐ Photograph   ☒ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work
☐ Design on sheetlike material

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**
b

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work
☐ Design on sheetlike material

## 3
a **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** 1995 ◀ Year This information must be given in all cases.

b **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published. Month ▶ 9 Day ▶ 28 Year ▶ 95   USA ◀ Nation

## 4
**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼ Gloryvision, Ltd.
P.O. Box 561
Stony Point, NY 10980-0561

See instructions before completing this space.

**APPLICATION RECEIVED**
Nov 27 1995
**ONE DEPOSIT RECEIVED**
July 17 1995  Nov 27 1995
**TWO DEPOSITS RECEIVED**
Nov 27 1995
**FUNDS RECEIVED**

DO NOT WRITE HERE
OFFICE USE ONLY

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of _____ pages

EXAMINED BY _____  FORM VA

CHECKED BY _____

☒ CORRESPONDENCE
  Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material**  Identify any preexisting work or works that this work is based on or incorporates. ▼

"LADY WITH DOG" (painting - circa 1933 - artist unknown)
TEXT

b. **Material Added to This Work**  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

ALL OTHER ARTWORK and TEXT

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼                                                          **Account Number** ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

ANVE BRYANT, CHAIRMAN
GLORYVISION, LTD.
P.O. BOX 561
STONY POINT, NY  10980-0561

Area Code and Telephone Number ▶  914-429-0053

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▼

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   GLORYVISION, LTD.
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

ANVE BRYANT                                    Date ▶  11/23/95

☞  **Handwritten signature (X)** ▼

**8**

**Mail
certificate
to:**

Name ▼
ANVE BRYANT c/o GLORYVISION LTD.

Number/Street/Apt ▼
P.O. BOX 561  (21 COLLABERG RD.)

**Certificate
will be
mailed in
window
envelope**

City/State/ZIP ▼
STONY POINT, NY  10980-0561

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE**
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material
**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

☆U.S. GOVERNMENT PRINTING OFFICE: 1995-387-237/41

# CERTIFICATE OF REGISTRATION



THE UNITED STATES COPYRIGHT OFFICE · LIBRARY OF CONGRESS

OFFICIAL SEAL

**FORM SR**
UNITED STATES COPYRIGHT OFFICE

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Barbara Ringer*

ACTING REGISTER OF COPYRIGHTS
United States of America

**SRu 289-578**

SR _____ SRU

EFFECTIVE DATE OF REGISTRATION

**3** Month   **11** Day   **94** Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**  4 SONG TITLES

TITLE OF THIS WORK ▼
(4) SONGS FOR DOGS   (4 DEMOS/RUFF)

PREVIOUS OR ALTERNATIVE TITLES ▼
1) IF I ONLY HAD A THUMB
2) DO THE DOGGIE SALSA
3) THE FIRST DOG   4) COULD YOU BE AN ANGEL?

NATURE OF MATERIAL RECORDED ▼ See instructions
☑ Musical   ☐ Musical-Dramatic
☐ Dramatic   ☐ Literary
☐ Other _____

**2**

NAME OF AUTHOR ▼
ANNE BRYANT

DATES OF BIRTH AND DEATH
Year Born ▼ 1950   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes  ☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ U.S.A.
     Domiciled in ▶ U.S.A.

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
MUSIC · LYRICS · ARRANGEMENTS · SOUND RECORDING / PRODUCTION

**NOTE**
Under the law, the "author" of a "work made for hire" is generally

NAME OF AUTHOR ▼
ELLEN MARIE BERNFELD

DATES OF BIRTH AND DEATH
Year Born ▼ 1952   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes  ☑ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ U.S.A.
     Domiciled in ▶ U.S.A.

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼
MUSIC · LYRICS · PERFORMANCE · SOUND RECORDING / PRODUCTION

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes  ☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

NATURE OF AUTHORSHIP Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given in all cases.
**1994** Year

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ _____ Day ▶ _____ Year ▶ _____

**4**
See instructions before completing this space

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2.▼
ANNE BRYANT / ELLEN BERNFELD
C/O GLORYVISION, LTD.
P.O. BOX 561
STONY POINT, NY 10980

APPLICATION RECEIVED
Mar. 17, 1994

ONE DEPOSIT RECEIVED
Mar. 17, 1994

TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

DO NOT WRITE HERE OFFICE USE ONLY

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

---

**MORE ON BACK ▶** · Complete all applicable spaces (numbers 5-9) on the reverse side of this page
· See detailed instructions · Sign the form at line 8

DO NOT WRITE HERE