Hello. Sign in to get personalized recommendations. New customer? Start here.   Get FREE Two-Day Shipping N

| Your Amazon.com | Today's Deals | Gifts & Wish Lists | Gift Cards | Your Account |

Music

| Music | Advanced Search | Browse Genres | New Releases | Top Sellers | Music Deals | Music You Should Hear | Music Essentials | MP3 Downlo |

This item is not eligible for Amazon Prime, but millions of other items are. Join Amazon Prime today. Already a member? Sign in.

### Songs for Cats
Media Right Productions (Artist)

No image available
Share your own customer image

No customer reviews yet. Be the first. | More about this product

**5 used & new** from $4.45

[See all buying options]

Have one to sell? [Sell yours here]

Available from **these sellers**.

[Add to Wish List]
[Add to Shopping List]
[Add to Wedding Registry]
[Add to Baby Registry]
[Tell a friend]

🔊 **Listen to samples**

### Special Offers and Product Promotions

- Complete your collection in our **Sony BMG Store**. This is the place to find pivotal artists and timeless music from greats like these; Aerosmith, Neil Diamond, Miles Davis, Johnny Cash, Pearl Jam, Elvis Presley, and many more. **Complete your collection here**.
- With a legacy of over 100 years of quality recordings, the **Sony BMG Masterworks Store** is the place to find the best in classical, Broadway, jazz, and movie soundtrack recordings. **Discover Masterworks**.

### Product Details

**Audio CD**
**Original Release Date:** March 20, 2000
**Number of Discs:** 1
**Label:** The Orchard
**ASIN:** B00005YLGY
**Average Customer Review:** No customer reviews yet. Be the first.
**Amazon.com Sales Rank:** #700,682 in Music (See Bestsellers in Music)

Would you like to **update product info** or **give feedback on images**? (We'll ask you to sign in so we can get back to you)

### Listen to Samples

To hear a song sample, click on "Listen" by that sample. Visit our audio help page for more information.

Try our music sampler to hear all song samples from this album: [Listen to all]

|   |   | Music Sampler | Windows Media | RealOne Player |
|---|---|---|---|---|
| 1. | I'm The Sweetie Gourmet - Sweetie Gourmet | Listen | Listen | Listen |
| 2. | Curious X9 - Valentine | Listen | Listen | Listen |
| 3. | Oh, My Little Sushi - Maki Mashugana | Listen | Listen | Listen |
| 4. | The Scat Cat - Tap Tap, Jr | Listen | Listen | Listen |
| 5. | Watchin' Purry Mason - Stella & The Street Cats | Listen | Listen | Listen |
| 6. | I Pray For the World - Cuddles | Listen | Listen | Listen |
| 7. | Allergic to You - Big Mommie | Listen | Listen | Listen |
| 8. | Catrina, the Ballerina - Big Daddy | Listen | Listen | Listen |
| 9. | Where Will I Sleep Tonight - Tulips | Listen | Listen | Listen |
| 10. | I'm Purrfect - Bastet | Listen | Listen | Listen |

**Music Ringtones** (What's this?)
Customers viewing this page may be interested in these providers of ringtones.

Hot New Ringtones
www.RockinRings.net   Download your favorites songs as ringtones directly to your phone.

Download Ringtones Now.
www.FunTonia.com   Get Unlimited Ringtone Downloads. Only 1 Cent A Tone. Get It Now.

**Suggested Tags from Similar Products** (What's this?)
Be the first one to add a relevant tag (keyword that's strongly related to this product).

| linkin park (172) | paul potts (135) | minutes to midnight (122) |
| noel josh groban christmas (159) | amy winehouse (133) | emo (1) |
| christmas (141) | chris daughtry (133) | |
| josh groban (138) | alison krauss (124) | |

**Search Products Tagged with**

**Your tags:** Add your first tag

**Help others find this product - tag it for Amazon search**
No one has tagged this product for Amazon search yet. Why not be the first to suggest a search for which it should appear?

**Rate This Item to Improve Your Recommendations**

Sign in to rate this item
  I own it

## Customer Reviews

**There are no customer reviews yet.**   [ Create your own review ]

### Video reviews



**New feature!** Amazon now allows customers to upload product video reviews. Use a webcam or video camera to record and upload reviews to Amazon.

## Customer Discussions Beta (What's this?)
New! See recommended Discussions for You

**This product's forum** (0 discussions)

| Discussion | Replies | Latest Post |
|---|---|---|
| No discussions yet | | |

**Related forums**

jazz   (353 discussions)

Ask questions, Share opinions, Gain insight

**Start a new discussion**

Topic: [                    ]

### Active discussions in related forums

| Discussion | Replies | Latest Post |
|---|---|---|
| jazz<br>Your Thoughts on Chet Baker | 9 | 41 minutes ago |
| jazz<br>JAZZ CONVERSATIONS | 669 | 43 minutes ago |
| jazz<br>Stride Piano | 1 | 1 hour ago |
| jazz<br>favorite american ex-pats | 0 | 1 hour ago |
| jazz<br>If you could go back | 30 | 1 hour ago |
| jazz<br>PIANO against ORGAN : who will win ? | 127 | 22 hours ago |

## Product Information from the Amapedia Community Beta (What's this?)

**Be the first person to** add an article about this item at Amapedia.com.

> See featured Amapedia.com articles

## Look for Similar Items by Category

Jazz > General

### Music You Should Hear: Artists' Picks

 Want to know what Norah Jones, Sting, and Il Divo are listening to? Find out in Music You Should Hear, where these and other artists tell you about the music they love.

### Waiting for Your Favorite Artist's Next Release?

 You are in luck! You can sign up to be notified immediately when your favorite artist's release their new CDs. No more checking the internet *every* day.

> Browse the **First to Know**™ Homepage

### Greats from the Greatest

 Explore our Music Essentials Store and find music from over 500 essential artists and composers, watch videos, and vote for the most essential artist. Shop Music Essentials

### Read Our Blog

 For more about music, check out our blog, Amazon Earworm, and our monthly newsletters, Amazon Delivers.

---

### Feedback

▸ If you need help or have a question for Customer Service, **contact us**.
▸ Would you like to **update product info** or **give feedback on images**? (We'll ask you to sign in so we can get back to you)
▸ Is there any other feedback you would like to provide? **Click here**

---

### Where's My Stuff?

Track your recent orders.
View or change your orders in Your Account.

### Shipping & Returns

See our shipping rates & policies.
Return an item (here's our Returns Policy).

### Need Help?

Forgot your password? Click here.
Redeem or buy a gift certificate/card.
Visit our Help department.



Search Amazon.com

**Your Recent History** (What's this?)

**Recently Viewed Products**     Loading Recommendations...

Songs for Dogs ~
Media Right
Productions

**Recent Searches**

Media Right Productions (Music), Media Right Productions (All Products)

View & edit Your Browsing History

Advanced Search | Browse Styles | Classical | Top Sellers | New & Future Releases
Music You Should Hear | Blowout Music | Used Music | Free Downloads

amazon.com®    Amazon.com Home | Directory of All Stores

International Sites: Canada | United Kingdom | Germany | Japan | France | China

Help | View Cart | Your Account | Sell Items | 1-Click Settings

Investor Relations | Press Release | Careers at Amazon | Join Associates | Join Advantage | Join Honor System | Advertise With Us

Conditions of Use | Privacy Notice © 1996-2008, Amazon.com, Inc. or its affiliates