





PLAINTIFF'S EXHIBIT
Orchard-4
K- 2/21/08