

**The Orchard**
THE WORLD'S LEADING
DIGITAL DISTRIBUTOR OF MUSIC



PLAINTIFF'S EXHIBIT
Orchard-10
KP 2/21/08

# digital stores

## NORTH & SOUTH AMERICA

- ▼ Stores We Supply
  - ▶ Digital Stores
  - Mobile Partners
  - CD Stores
- Who We Distribute
- About The Orchard
- News
- Contact Us
- Become A Client

*artist & label* 

### United States

eMusic
iTunes
MSN
Real/Rhapsody
Sony Connect
Napster
Wal-Mart (Liquid Audio)
Music-Net/AOL
Yahoo Music Unlimited
Virgin Digital
FYE
Musicmatch
Starbucks
Peer Impact
BuyMusic
AT+T Wireless
Audio Lunchbox
Download Punk
Next Radio
Cdigix
Pure Tracks
MyMPO
Bollyvista
MusicNow
Ruckus
Karmadownload
Musica360
Street CDs
MisRolas

### Canada

iTunes
Pure Tracks
Napster

### Mexico

Beon

### Brazil

iMusica

## EUROPE and ASIA PACIFIC

### United Kingdom

iTunes
Napster
Mean Fiddler
Karma Download
Music-Net/AOL
Sony Connect
Tesco
MTV
MSN Music Club
MetroTunes
Packard Bell
Tiscali
MyCokeMusic
Dotmusic
Freeserve
Ministry of Sound
BigNoiseMusic
Virgin Megastores

### France

iTunes
MSN Music Club
Virgin Mega
Fnac
Wanadoo
Packard Bell
MTV
Tiscali
Sony Connect

### Germany

iTunes
Musicload
MTV
Packard Bell
Tiscali

### Ireland

iTunes
Eircom

### Iceland

Tonlist

### Finland

iTunes
MSN Music
Pepsi Max Music
Net Anttila

### Norway

iTunes
MSN Music

### Sweden

iTunes
MSN Music

### Denmark

iTunes
MSN Music
TDC
Dansk Supermarket
Bilka
A-Z Musik Download
Den Bla Avis
Sony Vaio

### Netherlands

iTunes
MSN Music
Chello Musiczone
Download: Muziek
MTV
Yeahronimo
Planet MusicStream
Tiscali

Karstadt
Mediamarkt
Sony Connect
Jamba!
WOM
Tesco
Akuma

### Austria

iTunes
MSN Music
AONMusicdownload
Chello Musiczone
MyCokeMusic

### Belgium

iTunes
Tiscali

### Luxembourg

iTunes

### Switzerland

iTunes
MSN Music
MyCokeMusic
CityDisc
Migros

### Spain

iTunes
MSN Music
Los40
Tiscali
MTV

### Portugal

iTunes

### Italy

iTunes
MSN Music Club
Tiscali
MTV

### Greece

iTunes

## AUSTRALIA & ASIA PACIFIC

### Australia

Telstra BigPond
Sanity
Chaos Music
HMV
NineMSN

### New Zealand

Digirama

### Singapore

Soundbuzz

### Japan

Listen Musicstore
OnGen



Stores We Supply | Who We Distribute | About The Orchard | News | Contact Us | Become A Client
© 2005. The Orchard Enterprises, Inc.

Case 7:07-cv-03050-CS-LMS   Document 35-9   Filed 06/06/2008   Page 4 of 6



**The Orchard**
THE WORLD'S LEADING
DIGITAL DISTRIBUTOR OF MUSIC

- Stores We Supply
  - Digital Stores
  - Mobile Partners
  - ▸ CD Stores
- Who We Distribute
- About The Orchard
- News
- Contact Us
- Become A Client

artist & label

# cd stores



## CD STORES

| | |
|---|---|
| Amazon.com | SamGoody.com |
| CDNow.com | Yahoo.com |
| BarnesandNoble.com | Virginmega.com |
| Borders.com | Artistdirect.com |
| Circuitcity.com | Waldenbooks.com |
| Sonicnet.com | Target.com |
| Bestbuy.com | HMV.com |
| CDuniverse.com | FYE.com |

## ONE-STOP CD DISTRIBUTORS

Alliance Entertainment Corp.
Baker & Taylor, Inc.
Super D
Arrow Distributing Company



Stores We Supply | Who We Distribute | About The Orchard | News | Contact Us | Become A Client
© 2005. The Orchard Enterprises, Inc.



# The Orchard
**THE WORLD'S LEADING DIGITAL DISTRIBUTOR OF MUSIC**

# mobile partners

- ▼ Stores We Supply
  - Digital Stores
  - ▶ Mobile Partners
  - CD Stores
- Who We Distribute
- About The Orchard
- News
- Contact Us
- Become A Client

*artist & label* 

**PROVIDERS**
Sprint

**AGGREGATORS**
**Dwango Wireless - U.S.**
AT&T Cingular
Nextel
T-Mobile
Verizon
AllTel
Us Cellular
Boost Mobile
ESPN
Rolling Stone
Playboy

**Cellus - U.S.**

**Data Corp - U.S.**
Manchester United Mobile
Indy Car
Teen Magazine
Disney Mobile
Much Music Canada
Artists Now
Habbo Hotel

**Hudson - U.S.**
Source Magazine mobile website

**Arvato Mobile [A Bertelsmann Company] - EUR**
Vodafone Global
T-Mobile
Wind
TIM
Orange
O2
i-mode
Swisscom
Telering
Telefonica
Mobilkom
T-Online
...and many others

**Hifi Ringtones - U.K.**
www.hifi-ringtones.co.uk
www.telemob.com
www.magicmob.com

**Securycast - FINLAND**
TeliaSonera
Elisa

**Hudson Soft, Co. Ltd. - JAPAN**
NTT Docomo's I-mode [one of the largest 3G networks in Japan]

**Mobile Streams - EUR, ASIA, NORTH AMERICA, LATIN AMERICA**
3 Denmark
3 Msites and Tones and Pix, UK
3 Republic of Ireland
3 Sweden
Argentina
Bellsouth Chile
BellSouth, Argentina
CosmoGirl
Cricket Communications
Digitas
Dobson
Ericsson
Fido
First Cellular
Gemplus
Handango
I-Touch
Kiddonet
MSN
MTV
MusicPhone
MusicRebellion
MusiKube
N2Movil
Nextel
NextelBR
Nokia
Playphone
Preferred Voice
RNT
Rogers
Seventeen (Hearst)
Sibius
Southernlinc
SprintPCS
SunJava
Telcel
Telecel
TeleMundo
T-Mobile
Triton
UPOC
VarsityCel
V-Enable
Verizon Wireless



PLAINTIFF'S EXHIBIT
Orchard-12
KL 2/21/08

DNA
Saunalahti
Kolumbus
Eunet
ZeroForty

**IAM Mobile - AUS**
Telstra Corp. Limited (Telstra Mobile Net)
Vodafone
Pacific Limited
Singtel Optus Limited
www.iamobile.com.au

**Zingy - U.S.**
Alltel
AOL
AT&T Wireless
Blingtones
Boost Mobile
Carribean
Cellular One
Cingular
Claro
CMT
Monstermob [UK mobile provider with 320,000+ subscription customers]
NFL [wallpaper logos]
Billboard
Alltel
US Cellular
Western Wireless
Mid West Wireless
Cricket
Cellular South
MetroPCS
nTelos
Sprint
Cingular
T-Mobile
...plus many smaller carriers

VH1
Vindigo
VindigoVerizon
WesternWireless
WMG

**9 Squared - U.S.**
Centennial, Puerto Rico
Cingular Wireless, USA
Claro Brazil
Comcel Colombia
CTI Argentina
Entel Chile
Microcell Fido, Canada
O2 Revolution, UK
Oi Brazil
Optus, Australia
Orange Kiosk, Switzerland
Orange Kiosk, UK
PORTA Ecuador
Rogers, Canada
Rural Cellular Association USA
Smartcomm, Chile
Telcel Mexico- 19th October
Telecom Personal
Telefonica Argentina
Telefonica Chile
Telefonica Peru
TIM Brazil
TIM Peru
Trivo Wireless, USA
Vivo Brazil
Vodafone Live Hungary
Vodafone Live, Malta
Vodafone Live, Spain
Vodafone Live, UK
www.ringtones.com



Stores We Supply | Who We Distribute | About The Orchard | News | Contact Us | Become A Client
© 2005 The Orchard Enterprises Inc

https://www.theorchard.com/stores/mobilepartners.php　　　8/25/2005