

**The Orchard**
THE WORLD'S LEADING DIGITAL DISTRIBUTOR OF MUSIC

- Stores We Supply
- ▶ Who We Distribute
- About The Orchard
- News
- Contact Us
- Become A Client

*artist & label*

**SEARCH OUR CATALOG**

Artist

Release

UPC

Track

Genre
Select One

Search

# search results

**Artist:** MEDIA RIGHT PRODUCTIONS
**Release:** SONGS FOR DOGS



More Info »

**Songs For Dogs »**

Media Right Productions
Released:
Genre: Pop
Format CD (Full Length)
Label: Media Right

Available through our
**digital partners. »**



PLAINTIFF'S EXHIBIT
Orchard-13
KL 2/21/08

Releases 1 to 1 of 1

« Previous | Next »



Stores We Supply | Who We Distribute | About The Orchard | News | Contact Us | Become A Client
© 2005 The Orchard Enterprises, Inc



**The Orchard**
THE WORLD'S LEADING
DIGITAL DISTRIBUTOR OF MUSIC

Stores We Supply
▸ Who We Distribute
About The Orchard
News
Contact Us
Become A Client

*artist & label*

**SEARCH OUR CATALOG**

Artist

Release

UPC
669910463628

Track

Genre
Select One

Search

# release info

**Release: Songs For Dogs**

**Artist: Media Right Productions** ▸
**Released:**
**Genre:** Pop
**Format:** CD (Full Length)
**Label:** Media Right
**UPC:** 669910463628

Available through our **digital partners.** ▸

If Cats and dogs could sing and write songs, what would they sing and write about? Well, finally, for curious cat and dog lovers of all ages comes two compact discs of original, funny and heartwarming songs from the cat and dog point of view.

**Track Listing**

1. The No Song
2. If Only I Had A Thumb
3. I Stole the Christmas Pie
4. Please Don't Forget My Birthday
5. The Very First Dog
6. Do The Doggie Salsa
7. I Been Cryin' All Night Since Your Gone
8. Follow the Bone Lady
9. Tomorrow's Another Day
10. Could You Be an Angel?

↺ go to top ↻



Stores We Supply | Who We Distribute | About The Orchard | News | Contact Us | Become A Client
© 2005 The Orchard Enterprises, Inc.



**THE WORLD'S LEADING DIGITAL DISTRIBUTOR OF MUSIC**

- Stores We Supply
- Who We Distribute
- What We Do
- Worldwide Offices
- License Our Catalog
- News
- Contact Us
- Become A Client



UPC
669910463727

# release info

**Release: Songs For Cats**

**Artist: Media Right Productions** »
**Released:**
**Genre:** Pop
**Format:** CD (Full Length)
**Label:** Media Right
**UPC:** 669910463727

Available through our **digital partners.** »

If Cats and dogs could sing and write songs, what would they sing and write about? Well, finally, for curious cat and dog lovers of all ages comes two compact discs of original, funny and heartwarming songs from the cat and dog point of view.

**Track Listing**

1. I'm The Sweetie Gourmet
2. Curious X9
3. Oh, My Little Sushi
4. The Scat Cat
5. Watchin' Purry Mason
6. I Pray For the World
7. Allergic to You
8. Catrina, the Ballerina
9. Where Will I Sleep Tonight
10. I'm Purrfect

↑ go to top ♪

**Full Discography** »





**Click to buy at:**

iTunes
Rhapsody
eMusic
MSN Music



PLAINTIFF'S EXHIBIT
Orchard-14
KC 2/21/08



Stores We Supply | Who We Distribute | About The Orchard | News | Contact Us | Become A Client

© 2005, The Orchard Enterprises, Inc.