

# BMI CLEARANCE CONFIRMATION

Broadcast Music, Inc., 10 Music Square East
Nashville, TN 37203
Att. Clearance Department  615-401-2000

SUBMITTER ADDRESS:  07/31/1997

GLORYVISION LTD
P O BOX 561
21 COLLABERG ROAD
STONY POINT          NY 10980-0561

PAGE: 1

| TITLE: | I M SWEETIE THE GOURMET | REFERENCE NUMBER: 004065356 |
|---|---|---|
| | | CLEARANCE DATE: 07/26/1997 |

| WRITER(S): | AFFILIATION | SHARE | |
|---|---|---|---|
| BRYANT ANNE | BMI | 25.00 | |
| BERNFELD ELLEN | BMI | 75.00 | |

| PUBLISHER(S): | AFFILIATION | SHARE US | SHARE CAN |
|---|---|---|---|
| GLORYVISION LTD | BMI | 100.00 | 100.00 |

---

**THIS WORK HAS BEEN CLEARED WITH BMI
IN ACCORDANCE WITH TERMS ON THE REVERSE SIDE**

ATTENTION: REVIEW FOR ACCURACY. IF THIS INFORMATION DOES
NOT AGREE WITH YOUR RECORDS, PLEASE CONTACT BMI IMMEDIATELY.
FOR FILING PURPOSES, THE ARTICLES "A", "AN", AND "THE"
ARE DROPPED AS THE FIRST WORD OF THE TITLE



**CLEARANCE CONFIRMATION**

Broadcast Music, Inc., 10 Music Square East
Nashville, TN 37203
Att. Clearance Department   615-401-2000

SUBMITTER ADDRESS:   07/31/1997

GLORYVISION LTD
P O BOX 561
21 COLLABERG ROAD
STONY POINT     NY 10980-0561

PAGE: 1

| TITLE: | CURIOUS X 9 | REFERENCE NUMBER: 004065352 |
| | | CLEARANCE DATE: 07/26/1997 |

AKA:   CURIOUS TIMES NINE

| WRITER(S): | AFFILIATION | SHARE | |
|---|---|---|---|
| BRYANT ANNE | BMI | 10.00 | |
| BERNFELD ELLEN | BMI | 90.00 | |

| PUBLISHER(S): | AFFILIATION | SHARE US | SHARE CAN |
|---|---|---|---|
| GLORYVISION LTD | BMI | 100.00 | 100.00 |

---

**THIS WORK HAS BEEN CLEARED WITH BMI
IN ACCORDANCE WITH TERMS ON THE REVERSE SIDE**

ATTENTION: REVIEW FOR ACCURACY. IF THIS INFORMATION DOES
NOT AGREE WITH YOUR RECORDS, PLEASE CONTACT BMI IMMEDIATELY.
FOR FILING PURPOSES, THE ARTICLES "A", "AN", AND "THE"
ARE DROPPED AS THE FIRST WORD OF THE TITLE



# CLEARANCE CONFIRMATION

Broadcast Music, Inc., 10 Music Square East
Nashville, TN 37203
Att. Clearance Department   615-401-2000

SUBMITTER ADDRESS:  07/31/1997

GLORYVISION LTD
P O BOX 561
21 COLLABERG ROAD
STONY POINT        NY 10980-0561

PAGE: 1

| TITLE: | OH MY LITTLE SUSITI | REFERENCE NUMBER: 004065357 |
|---|---|---|
| | | CLEARANCE DATE: 07/26/1997 |

| WRITER(S): | AFFILIATION | SHARE |
|---|---|---|
| BRYANT ANNE | BMI | 50.00 |
| BERNFELD ELLEN | BMI | 50.00 |

| PUBLISHER(S): | AFFILIATION | SHARE US | SHARE CAN |
|---|---|---|---|
| GLORYVISION LTD | BMI | 100.00 | 100.00 |

---

**THIS WORK HAS BEEN CLEARED WITH BMI
IN ACCORDANCE WITH TERMS ON THE REVERSE SIDE**

ATTENTION: REVIEW FOR ACCURACY. IF THIS INFORMATION DOES
NOT AGREE WITH YOUR RECORDS, PLEASE CONTACT BMI IMMEDIATELY.
FOR FILING PURPOSES, THE ARTICLES "A", "AN", AND "THE"
ARE DROPPED AS THE FIRST WORD OF THE TITLE



# CLEARANCE CONFIRMATION

Broadcast Music, Inc., 10 Music Square East
Nashville, TN 37203
Att. Clearance Department  615-401-2000

SUBMITTER ADDRESS:                                              07/31/1997

GLORYVISION LTD
P O BOX 561
21 COLLABERG ROAD
STONY POINT          NY 10980-0561

PAGE:   1

TITLE:    SCAT CAT              REFERENCE NUMBER: 004065210
                                CLEARANCE DATE:   07/26/1997

| WRITER(S): | AFFILIATION | SHARE | |
|---|---|---|---|
| BRYANT ANNE | BMI | 10.00 | |
| BERNFELD ELLEN MARIE | BMI | 90.00 | |

| PUBLISHER(S): | AFFILIATION | SHARE US | SHARE CAN |
|---|---|---|---|
| GLORYVISION LTD | BMI | 100.00 | 100.00 |

THIS WORK HAS BEEN CLEARED WITH BMI
IN ACCORDANCE WITH TERMS ON THE REVERSE SIDE

ATTENTION:  REVIEW FOR ACCURACY.  IF THIS INFORMATION DOES
NOT AGREE WITH YOUR RECORDS, PLEASE CONTACT BMI IMMEDIATELY.
FOR FILING PURPOSES, THE ARTICLES "A", "AN", AND "THE"
ARE DROPPED AS THE FIRST WORD OF THE TITLE



# CLEARANCE CONFIRMATION

Broadcast Music, Inc., 10 Music Square East
Nashville, TN 37203
Att. Clearance Department   615-401-2000

SUBMITTER ADDRESS:                                  07/31/1997

GLORYVISION LTD
P O BOX 561
21 COLLABERG ROAD
STONY POINT         NY 10980-0561

PAGE:   1

| TITLE: | WATCHIN PURRY MASON | REFERENCE NUMBER: 004065353 |
|---|---|---|
|  |  | CLEARANCE DATE: 07/26/1997 |

| WRITER(S): | AFFILIATION | SHARE | |
|---|---|---|---|
| BRYANT ANNE | BMI | 10.00 | |
| BERNFELD ELLEN | BMI | 90.00 | |

| PUBLISHER(S): | AFFILIATION | SHARE US | SHARE CAN |
|---|---|---|---|
| GLORYVISION LTD | BMI | 100.00 | 100.00 |

---

**THIS WORK HAS BEEN CLEARED WITH BMI
IN ACCORDANCE WITH TERMS ON THE REVERSE SIDE**

ATTENTION: REVIEW FOR ACCURACY. IF THIS INFORMATION DOES
NOT AGREE WITH YOUR RECORDS, PLEASE CONTACT BMI IMMEDIATELY.
FOR FILING PURPOSES, THE ARTICLES "A", "AN", AND "THE"
ARE DROPPED AS THE FIRST WORD OF THE TITLE



**CLEARANCE CONFIRMATION**

Broadcast Music, Inc., 10 Music Square East
Nashville, TN 37203
Att. Clearance Department   615-401-2000

SUBMITTER ADDRESS:                                      09/13/1997

GLORYVISION LTD
P O BOX 561
21 COLLABERG ROAD
STONY POINT            NY 10980-0561

PAGE:    1

| TITLE: | I PRAY FOR THE WORLD | REFERENCE NUMBER: 004115476 |
|---|---|---|
| | | CLEARANCE DATE:   09/12/1997 |

| WRITER(S): | AFFILIATION | SHARE | |
|---|---|---|---|
| BRYANT ANNE | BMI | 10.00 | |
| BERNFELD ELLEN MARIE | BMI | 90.00 | |

| PUBLISHER(S): | AFFILIATION | SHARE US | SHARE CAN |
|---|---|---|---|
| GLORYVISION LTD | BMI | 100.00 | 100.00 |

THIS WORK HAS BEEN CLEARED WITH BMI
IN ACCORDANCE WITH TERMS ON THE REVERSE SIDE

ATTENTION:  REVIEW FOR ACCURACY.  IF THIS INFORMATION DOES
NOT AGREE WITH YOUR RECORDS, PLEASE CONTACT BMI IMMEDIATELY.
FOR FILING PURPOSES, THE ARTICLES "A", "AN", AND "THE"
ARE DROPPED AS THE FIRST WORD OF THE TITLE



**CLEARANCE CONFIRMATION**

Broadcast Music, Inc., 10 Music Square East
Nashville, TN 37203
Att. Clearance Department  615-401-2000

SUBMITTER ADDRESS:                                          07/31/1997

GLORYVISION LTD
P O BOX 561
21 COLLABERG ROAD
STONY POINT            NY 10980-0561

PAGE:    1

TITLE:    ALLERGIC TO YOU            REFERENCE NUMBER: 004065349
                                     CLEARANCE DATE:   07/26/1997

| WRITER(S): | AFFILIATION | SHARE | |
|---|---|---|---|
| BRYANT ANNE | BMI | 10.00 | |
| BERNFELD ELLEN | BMI | 90.00 | |

| PUBLISHER(S): | AFFILIATION | SHARE US | SHARE CAN |
|---|---|---|---|
| GLORYVISION LTD | BMI | 100.00 | 100.00 |

**THIS WORK HAS BEEN CLEARED WITH BMI
IN ACCORDANCE WITH TERMS ON THE REVERSE SIDE**

**ATTENTION:  REVIEW FOR ACCURACY.  IF THIS INFORMATION DOES
NOT AGREE WITH YOUR RECORDS, PLEASE CONTACT BMI IMMEDIATELY.
FOR FILING PURPOSES, THE ARTICLES "A", "AN", AND "THE"
ARE DROPPED AS THE FIRST WORD OF THE TITLE**



# CLEARANCE CONFIRMATION

Broadcast Music, Inc., 10 Music Square East
Nashville, TN 37203
Att. Clearance Department  615-401-2000

SUBMITTER ADDRESS:  07/31/1997

GLORYVISION LTD
P O BOX 561
21 COLLABERG ROAD
STONY POINT        NY 10980-0561

PAGE: 1

| TITLE: | CATRINA THE BALLERINA | REFERENCE NUMBER: 004065351 |
| --- | --- | --- |
|  |  | CLEARANCE DATE: 07/26/1997 |

| WRITER(S): | AFFILIATION | SHARE |
| --- | --- | --- |
| BRYANT ANNE | BMI | 10.00 |
| BERNFELD ELLEN | BMI | 90.00 |

| PUBLISHER(S): | AFFILIATION | SHARE US | SHARE CAN |
| --- | --- | --- | --- |
| GLORYVISION LTD | BMI | 100.00 | 100.00 |

**THIS WORK HAS BEEN CLEARED WITH BMI
IN ACCORDANCE WITH TERMS ON THE REVERSE SIDE**

ATTENTION: REVIEW FOR ACCURACY. IF THIS INFORMATION DOES
NOT AGREE WITH YOUR RECORDS, PLEASE CONTACT BMI IMMEDIATELY.
FOR FILING PURPOSES, THE ARTICLES "A", "AN", AND "THE"
ARE DROPPED AS THE FIRST WORD OF THE TITLE



**CLEARANCE CONFIRMATION**

Broadcast Music, Inc., 10 Music Square East
Nashville, TN 37203
Att. Clearance Department  615-401-2000

SUBMITTER ADDRESS:  07/31/1997

GLORYVISION LTD
P O BOX 561
21 COLLABERG ROAD
STONY POINT            NY 10980-0561

PAGE:  1

TITLE:   WHERE WILL I SLEEP TONIGHT     REFERENCE NUMBER: 004065354
                                        CLEARANCE DATE:  07/26/1997

WRITER(S):                              AFFILIATION    SHARE

    BRYANT ANNE                             BMI        10.00
    BERNFELD ELLEN                          BMI        90.00

PUBLISHER(S):                           AFFILIATION    SHARE    SHARE
                                                       US       CAN
    GLORYVISION LTD                         BMI        100.00   100.00

---

**THIS WORK HAS BEEN CLEARED WITH BMI
IN ACCORDANCE WITH TERMS ON THE REVERSE SIDE**

ATTENTION: REVIEW FOR ACCURACY. IF THIS INFORMATION DOES
NOT AGREE WITH YOUR RECORDS, PLEASE CONTACT BMI IMMEDIATELY.
FOR FILING PURPOSES, THE ARTICLES "A", "AN", AND "THE"
ARE DROPPED AS THE FIRST WORD OF THE TITLE



**CLEARANCE CONFIRMATION**

Broadcast Music, Inc., 10 Music Square East
Nashville, TN 37203
Att. Clearance Department   615-401-2000

SUBMITTER ADDRESS:                                            07/31/1997

GLORYVISION LTD
P O BOX 561
21 COLLABERG ROAD
STONY POINT        NY 10980-0561

PAGE:   1

| TITLE: | I M PURRFECT | REFERENCE NUMBER: 004065355 |
|---|---|---|
|  |  | CLEARANCE DATE:   07/26/1997 |

| WRITER(S): | AFFILIATION | SHARE |  |
|---|---|---|---|
| BRYANT ANNE | BMI | 25.00 |  |
| BERNFELD ELLEN | BMI | 75.00 |  |

| PUBLISHER(S): | AFFILIATION | SHARE US | SHARE CAN |
|---|---|---|---|
| GLORYVISION LTD | BMI | 100.00 | 100.00 |

THIS WORK HAS BEEN CLEARED WITH BMI
IN ACCORDANCE WITH TERMS ON THE REVERSE SIDE

ATTENTION: REVIEW FOR ACCURACY. IF THIS INFORMATION DOES
NOT AGREE WITH YOUR RECORDS, PLEASE CONTACT BMI IMMEDIATELY.
FOR FILING PURPOSES, THE ARTICLES "A", "AN", AND "THE"
ARE DROPPED AS THE FIRST WORD OF THE TITLE



**CLEARANCE CONFIRMATION**

Broadcast Music, Inc., 10 Music Square East
Nashville, TN 37203
Att. Clearance Department  615-401-2000

SUBMITTER ADDRESS:                                                05/06/1996

GLORYVISION LTD
P O BOX 561
21 COLLABERG ROAD
STONY POINT          NY 10980-0561

PAGE:   1

| TITLE: | VERY FIRST DOG | REFERENCE NUMBER: | 002147357 |
|---|---|---|---|
| | | CLEARANCE DATE: | 05/03/1996 |

| WRITER(S): | AFFILIATION | SHARE | |
|---|---|---|---|
| BRYANT ANNE | BMI | 50.00 | |
| BERNFELD ELLEN M | NA | 50.00 | |

| PUBLISHER(S): | AFFILIATION | SHARE US | SHARE CAN |
|---|---|---|---|
| GLORYVISION LTD | BMI | 100.00 | 100.00 |

**THIS WORK HAS BEEN CLEARED WITH BMI
IN ACCORDANCE WITH TERMS ON THE REVERSE SIDE**

**ATTENTION: REVIEW FOR ACCURACY. IF THIS INFORMATION DOES
NOT AGREE WITH YOUR RECORDS, PLEASE CONTACT BMI IMMEDIATELY.
FOR FILING PURPOSES, THE ARTICLES "A", "AN", AND "THE"
ARE DROPPED AS THE FIRST WORD OF THE TITLE**



# CLEARANCE CONFIRMATION

Broadcast Music, Inc., 10 Music Square East
Nashville, TN 37203
Att. Clearance Department  615-401-2000

SUBMITTER ADDRESS:                                         05/06/1996

GLORYVISION LTD
P O BOX 561
21 COLLABERG ROAD
STONY POINT            NY 10980-0561

PAGE:    1

| TITLE: | DO THE DOGGIE SALSA | REFERENCE NUMBER: 002147358 |
|---|---|---|
| | | CLEARANCE DATE:   05/03/1996 |

| WRITER(S): | AFFILIATION | SHARE | |
|---|---|---|---|
| BRYANT ANNE | BMI | 50.00 | |
| BERNFELD ELLEN M | NA | 50.00 | |

| PUBLISHER(S): | AFFILIATION | SHARE US | SHARE CAN |
|---|---|---|---|
| GLORYVISION LTD | BMI | 100.00 | 100.00 |

THIS WORK HAS BEEN CLEARED WITH BMI
IN ACCORDANCE WITH TERMS ON THE REVERSE SIDE

ATTENTION:  REVIEW FOR ACCURACY.  IF THIS INFORMATION DOES
NOT AGREE WITH YOUR RECORDS, PLEASE CONTACT BMI IMMEDIATELY.
FOR FILING PURPOSES, THE ARTICLES "A", "AN", AND "THE"
ARE DROPPED AS THE FIRST WORD OF THE TITLE



**CLEARANCE CONFIRMATION**

Broadcast Music, Inc., 10 Music Square East
Nashville, TN 37203
Att. Clearance Department   615-401-2000

SUBMITTER ADDRESS:                                              05/06/1996

GLORYVISION LTD
P O BOX 561
21 COLLABERG ROAD
STONY POINT          NY 10980-0561

PAGE:   1

| TITLE: | I BEEN CRYIN ALL NIGHT SINCE YOU RE GONE | REFERENCE NUMBER: | 002147360 |
|---|---|---|---|
| | | CLEARANCE DATE: | 05/03/1996 |

| WRITER(S): | AFFILIATION | SHARE | |
|---|---|---|---|
| BRYANT ANNE | BMI | 50.00 | |
| BERNFELD ELLEN M | NA | 50.00 | |

| PUBLISHER(S): | AFFILIATION | SHARE US | SHARE CAN |
|---|---|---|---|
| GLORYVISION LTD | BMI | 100.00 | 100.00 |

**THIS WORK HAS BEEN CLEARED WITH BMI
IN ACCORDANCE WITH TERMS ON THE REVERSE SIDE**

ATTENTION: REVIEW FOR ACCURACY.  IF THIS INFORMATION DOES
NOT AGREE WITH YOUR RECORDS, PLEASE CONTACT BMI IMMEDIATELY.
FOR FILING PURPOSES, THE ARTICLES "A", "AN", AND "THE"
ARE DROPPED AS THE FIRST WORD OF THE TITLE



# CLEARANCE CONFIRMATION

Broadcast Music, Inc., 10 Music Square East
Nashville, TN 37203
Att. Clearance Department  615-401-2000

SUBMITTER ADDRESS:                               05/06/1996

GLORYVISION LTD
P O BOX 561
21 COLLABERG ROAD
STONY POINT         NY 10980-0561

PAGE: 1

| TITLE: | TOMORROW S ANOTHER DAY | REFERENCE NUMBER: 002147362 |
|---|---|---|
| | | CLEARANCE DATE: 05/03/1996 |

| WRITER(S): | AFFILIATION | SHARE | |
|---|---|---|---|
| BRYANT ANNE | BMI | 50.00 | |
| BERNFELD ELLEN M | NA | 50.00 | |

| PUBLISHER(S): | AFFILIATION | SHARE US | SHARE CAN |
|---|---|---|---|
| GLORYVISION LTD | BMI | 100.00 | 100.00 |

**THIS WORK HAS BEEN CLEARED WITH BMI
IN ACCORDANCE WITH TERMS ON THE REVERSE SIDE**

ATTENTION: REVIEW FOR ACCURACY. IF THIS INFORMATION DOES
NOT AGREE WITH YOUR RECORDS, PLEASE CONTACT BMI IMMEDIATELY.
FOR FILING PURPOSES, THE ARTICLES "A", "AN", AND "THE"
ARE DROPPED AS THE FIRST WORD OF THE TITLE



**CLEARANCE CONFIRMATION**

Broadcast Music, Inc., 10 Music Square East
Nashville, TN 37203
Att. Clearance Department  615-401-2000

SUBMITTER ADDRESS:                                      05/06/1996

GLORYVISION LTD
P O BOX 561
21 COLLABERG ROAD
STONY POINT            NY 10980-0561

PAGE:  1

TITLE:    FOLLOW THE BONE LADY           REFERENCE NUMBER: 002147361
                                         CLEARANCE DATE:   05/03/1996

WRITER(S):                     AFFILIATION    SHARE

    BRYANT ANNE                    BMI        50.00
    BERNFELD ELLEN M               NA         50.00

PUBLISHER(S):                  AFFILIATION    SHARE    SHARE
                                               US       CAN

    GLORYVISION LTD                BMI       100.00   100.00

---

**THIS WORK HAS BEEN CLEARED WITH BMI
IN ACCORDANCE WITH TERMS ON THE REVERSE SIDE**

ATTENTION: REVIEW FOR ACCURACY.  IF THIS INFORMATION DOES
NOT AGREE WITH YOUR RECORDS, PLEASE CONTACT BMI IMMEDIATELY.
FOR FILING PURPOSES, THE ARTICLES "A", "AN", AND "THE"
ARE DROPPED AS THE FIRST WORD OF THE TITLE



**CLEARANCE CONFIRMATION**

Broadcast Music, Inc., 10 Music Square East
Nashville, TN 37203
Att. Clearance Department   615-401-2000

SUBMITTER ADDRESS:                                    05/06/1996

GLORYVISION LTD
P O BOX 561
21 COLLABERG ROAD
STONY POINT           NY 10980-0561

PAGE:   1

| TITLE: | COULD YOU BE AN ANGEL | REFERENCE NUMBER: | 002147363 |
| | | CLEARANCE DATE: | 05/03/1996 |

| WRITER(S): | AFFILIATION | SHARE | |
|---|---|---|---|
| BRYANT ANNE | BMI | 50.00 | |
| BERNFELD ELLEN M | NA | 50.00 | |

| PUBLISHER(S): | AFFILIATION | SHARE US | SHARE CAN |
|---|---|---|---|
| GLORYVISION LTD | BMI | 100.00 | 100.00 |

**THIS WORK HAS BEEN CLEARED WITH BMI
IN ACCORDANCE WITH TERMS ON THE REVERSE SIDE**

**ATTENTION: REVIEW FOR ACCURACY. IF THIS INFORMATION DOES
NOT AGREE WITH YOUR RECORDS, PLEASE CONTACT BMI IMMEDIATELY.
FOR FILING PURPOSES, THE ARTICLES "A", "AN", AND "THE"
ARE DROPPED AS THE FIRST WORD OF THE TITLE**



# CLEARANCE CONFIRMATION

Broadcast Music, Inc., 10 Music Square East
Nashville, TN 37203
Att. Clearance Department  615-401-2000

SUBMITTER ADDRESS:  05/06/1996

GLORYVISION LTD
P O BOX 561
21 COLLABERG ROAD
STONY POINT          NY 10980-0561

PAGE:  1

TITLE:  PLEASE DON T FORGET MY BIRTHDAY       REFERENCE NUMBER: 002147356
                                              CLEARANCE DATE:   05/03/1996

WRITER(S):                        AFFILIATION    SHARE

    BRYANT ANNE                   BMI            50.00
    BERNFELD ELLEN M              NA             50.00

PUBLISHER(S):                     AFFILIATION    SHARE    SHARE
                                                 US       CAN
    GLORYVISION LTD               BMI            100.00   100.00

---

**THIS WORK HAS BEEN CLEARED WITH BMI
IN ACCORDANCE WITH TERMS ON THE REVERSE SIDE**

**ATTENTION: REVIEW FOR ACCURACY. IF THIS INFORMATION DOES
NOT AGREE WITH YOUR RECORDS, PLEASE CONTACT BMI IMMEDIATELY.
FOR FILING PURPOSES, THE ARTICLES "A", "AN", AND "THE"
ARE DROPPED AS THE FIRST WORD OF THE TITLE**



**CLEARANCE CONFIRMATION**

Broadcast Music, Inc., 10 Music Square East
Nashville, TN 37203
Att. Clearance Department   615-401-2000

SUBMITTER ADDRESS:                                          05/06/1996

GLORYVISION LTD
P O BOX 561
21 COLLABERG ROAD
STONY POINT              NY 10980-0561

PAGE:    1

TITLE:    IF I ONLY HAD A THUMB      REFERENCE NUMBER: 002147353
                                     CLEARANCE DATE:   05/03/1996

WRITER(S):                           AFFILIATION    SHARE

    BRYANT ANNE                      BMI            50.00
    BERNFELD ELLEN M                 NA             50.00

PUBLISHER(S):                        AFFILIATION    SHARE    SHARE
                                                    US       CAN
    GLORYVISION LTD                  BMI            100.00   100.00

---

THIS WORK HAS BEEN CLEARED WITH BMI
IN ACCORDANCE WITH TERMS ON THE REVERSE SIDE

ATTENTION: REVIEW FOR ACCURACY. IF THIS INFORMATION DOES
NOT AGREE WITH YOUR RECORDS, PLEASE CONTACT BMI IMMEDIATELY.
FOR FILING PURPOSES, THE ARTICLES "A", "AN", AND "THE"
ARE DROPPED AS THE FIRST WORD OF THE TITLE



# CLEARANCE CONFIRMATION

Broadcast Music, Inc., 10 Music Square East
Nashville, TN 37203
Att. Clearance Department  615-401-2000

SUBMITTER ADDRESS:                                    05/06/1996

GLORYVISION LTD
P O BOX 561
21 COLLABERG ROAD
STONY POINT          NY 10980-0561

PAGE:  1

TITLE:   I STOLE THE CHRISTMAS PIE       REFERENCE NUMBER: 002147354
                                         CLEARANCE DATE:   05/03/1996

| WRITER(S): | AFFILIATION | SHARE | |
|---|---|---|---|
| BRYANT ANNE | BMI | 50.00 | |
| BERNFELD ELLEN M | NA | 50.00 | |

| PUBLISHER(S): | AFFILIATION | SHARE US | SHARE CAN |
|---|---|---|---|
| GLORYVISION LTD | BMI | 100.00 | 100.00 |

---

**THIS WORK HAS BEEN CLEARED WITH BMI
IN ACCORDANCE WITH TERMS ON THE REVERSE SIDE**

**ATTENTION: REVIEW FOR ACCURACY. IF THIS INFORMATION DOES
NOT AGREE WITH YOUR RECORDS, PLEASE CONTACT BMI IMMEDIATELY.
FOR FILING PURPOSES, THE ARTICLES "A", "AN", AND "THE"
ARE DROPPED AS THE FIRST WORD OF THE TITLE**



**CLEARANCE CONFIRMATION**

Broadcast Music, Inc., 10 Music Square East
Nashville, TN 37203
Att. Clearance Department  615-401-2000

SUBMITTER ADDRESS:                                    05/06/1996

GLORYVISION LTD
P O BOX 561
21 COLLABERG ROAD
STONY POINT            NY 10980-0561

PAGE:    1

| TITLE: | NO SONG | REFERENCE NUMBER: | 002147352 |
|---|---|---|---|
|  |  | CLEARANCE DATE: | 05/03/1996 |

| WRITER(S): | AFFILIATION | SHARE |  |
|---|---|---|---|
| BRYANT ANNE | BMI | 50.00 |  |
| BERNFELD ELLEN M | NA | 50.00 |  |

| PUBLISHER(S): | AFFILIATION | SHARE US | SHARE CAN |
|---|---|---|---|
| GLORYVISION LTD | BMI | 100.00 | 100.00 |

---

**THIS WORK HAS BEEN CLEARED WITH BMI
IN ACCORDANCE WITH TERMS ON THE REVERSE SIDE**

**ATTENTION: REVIEW FOR ACCURACY. IF THIS INFORMATION DOES
NOT AGREE WITH YOUR RECORDS, PLEASE CONTACT BMI IMMEDIATELY.
FOR FILING PURPOSES, THE ARTICLES "A", "AN", AND "THE"
ARE DROPPED AS THE FIRST WORD OF THE TITLE**