

[1]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------X
ANNE BRYANT, ELLEN BERNFELD, AND
GLORYVISION, LTD.,

　　　　　　　　　Plaintiffs,

　　　　　　-against-

EUROPADISK, LTD., MEDIA RIGHT
PRODUCTIONS, INC., VERY COOL MEDIA,
INC., DOUGLAS MAXWELL, THE ORCHARD
ENTERPRISES, INC., and RUSSELL J.
PALLADINO,

　　　　　　　　　Defendants.

-----------------------------------------------X

　　　　　　　　　Thursday
　　　　　　　　　February 21, 2008
　　　　　　　　　10:15 a.m.

　　　　EXAMINATION BEFORE TRIAL of
the Defendant, THE ORCHARD
ENTERPRISES, INC., by and through
its witness, JASON PASCAL, taken
pursuant to Notice, held at the
offices of Rockland & Orange
Reporting, 445 Hamilton Avenue,
White Plains, New York, on the
21st day of February 2008, before
a Notary Public of the State of
New York.

　　　ROCKLAND & ORANGE REPORTING
　　　　　　20 South Main Street
　　　　　New City, New York 10956
　　　　　　　(845) 634-4200

[2]

1　APPEARANCES:
2
3　　MONAGHAN, MONAGHAN, LAMB &
4　　MARCHISIO, ESQS.
5　　　Attorneys for Plaintiffs
6　　　28 West Grand Avenue
7　　　Montvale, New Jersey 07645
8　BY: MICHAEL KORIK, ESQ.
9
10
11　SHELOWITZ BRODER, LLP
12　　Attorneys for Defendants
13　　11 Penn Plaza, 5th Floor
14　　New York, New York 10001
15　BY: MITCHELL C. SHELOWITZ, ESQ.
16
17
18　ALSO PRESENT: Darienne Grey
19
20
21
22
23
24
25

[3]

1　　　　　STIPULATIONS
2
3　　　IT IS HEREBY STIPULATED AND AGREED
4　by and between the attorneys for the respective
5　parties hereto that the sealing and filing of
6　the within deposition be waived; that such
7　deposition may be signed and sworn to before any
8　officer authorized to administer an oath with
9　the same force and effect as if signed and sworn
10　to before a Justice of this Court.
11
12　　　IT IS FURTHER STIPULATED AND AGREED that
13　all objections, except as to form, are reserved
14　to the time of trial.
15
16　　　IT IS FURTHER STIPULATED AND AGREED that
17　the within examination and any corrections
18　thereto may be signed before any Notary Public
19　with the same force and effect as if signed and
20　sworn to before this Court.
21
22
23
24
25

[4]

1　　　　　Jason Pascal
2　J A S O N  P A S C A L,　　the Witness
3　　herein, on behalf of the Defendant,
4　　THE ORCHARD ENTERPRISES, INC., having
5　　first been duly sworn by Kathryn
6　　Lebeau, a Notary Public of the State
7　　of New York, was examined and
8　　testified as follows:
9　　　THE COURT REPORTER: Please state
10　your name for the record.
11　　　THE WITNESS: Jason Pascal.
12　　　THE COURT REPORTER: Will you
13　state your present address.
14　　　THE WITNESS: 100 Park Avenue,
15　Second Floor, New York, New York
16　10017.
17　　　(Prior to the Examination
18　Before Trial, Plaintiffs' Exhibit
19　Orchard-1, Product Representation
20　Agreement, marked for
21　identification; Plaintiffs'
22　Exhibit Orchard-2, two-page fax
23　dated 5/10/07, marked for
24　identification; Plaintiffs'
25　Exhibit Orchard-3, one-page

[5]

1          Jason Pascal
2    iTunes screen shot regarding "Songs
3    For Cats," marked for identification;
4    Plaintiffs' Exhibit Orchard-4,
5    one-page iTunes screen shot regarding
6    "Songs For Dogs," marked for
7    identification; Plaintiff's Exhibit
8    Orchard-5, one-page Rhapsody screen
9    shot regarding "Listen Free Songs For
10   Cats," marked for identification;
11   Plaintiffs' Exhibit Orchard-6,
12   ten-page document entitled "The
13   Orchard, Digital & CD Distribution,"
14   marked for identification;
15   Plaintiffs' Exhibit Orchard-7,
16   one-page letter dated 2/1/00, marked
17   for identification; Plaintiffs'
18   Exhibit Orchard-8, two-page document
19   entitled "Songs For Cats - Inception
20   to Q107 By Store," marked for
21   identification; Plaintiffs'
22   Orchard-9, two-page document entitled
23   "Songs For Dogs - Inception to Q107
24   By Store," marked for identification;
25   Plaintiffs' Exhibit Orchard-10,

[6]

1          Jason Pascal
2    three-page document entitled "The
3    Orchard, digital stores," marked
4    for identification; Plaintiffs'
5    Exhibit Orchard-11, one-page
6    document entitled "The Orchard,
7    cd stores," marked for
8    identification; Plaintiffs'
9    Exhibit Orchard-12, two-page
10   document entitled "The Orchard,
11   mobile partners," marked
12   for identification; Plaintiffs'
13   Exhibit Orchard-13, two-page
14   document entitled "The Orchard,
15   search results," marked for
16   identification; Plaintiffs'
17   Exhibit Orchard-14, one-page
18   document entitled "The Orchard,
19   release info," marked for
20   identification.)
21   EXAMINATION BY
22   MR. KORIK:
23       Q.  Could you state and spell your name,
24   again, for the record.
25       A.  Jason Pascal, J-A-S-O-N P-A-S-C-A-L.

[7]

1          Jason Pascal
2        Q.  And what's your title at The
3    Orchard?
4        A.  Vice President and Senior Counsel.
5        Q.  And your business address?
6        A.  100 Park Avenue, Second Floor, New
7    York, New York  10017.
8        Q.  Okay.  And what's your educational
9    background?
10       A.  I went to law school.
11       Q.  Where?
12       A.  Brooklyn.
13       Q.  Okay.  And where did you go to
14   undergrad?
15       A.  Michigan.
16       Q.  Okay.  Did you graduate from
17   Brooklyn Law?
18       A.  Yes.
19       Q.  When?
20       A.  Oh, what year?  '95.
21       Q.  And did you work anywhere before
22   The Orchard?
23       A.  Yes.
24       Q.  Where was that?
25       A.  I had my own practice for a time and

[8]

1          Jason Pascal
2    I worked at an Internet music company for a
3    period of time and major label before that.
4        Q.  Okay.  Before your attendance here,
5    today, what documents did you review?
6        A.  None.
7        Q.  Okay.  Have you seen the Complaint
8    in this case?
9        A.  Yes.
10       Q.  Okay.  And did you review the
11   Complaint before you came here, today?
12       A.  Not today.
13       Q.  Okay.  How long have you been with
14   The Orchard?
15       A.  Three years.
16       Q.  And did you replace someone or were
17   you hired to fill a new position at The Orchard?
18       MR. SHELOWITZ:  Objection.
19       You can answer if you
20   understand the question.
21       THE WITNESS:  I replaced
22   someone.
23       Q.  Okay.  And what are your day-to-day
24   responsibilities at The Orchard?
25       A.  I'm part of the Legal Department.

[9]

Jason Pascal

1
2  So, I handle all legal issues from top to
3  bottom, and I'm, also, part of Senior
4  Management. So, to the extent that there are
5  needs for advice on the general direction of the
6  company, I'm, sometimes, part of those
7  decisions, as well.
8      Q.  When you say "Legal Department," how
9  many attorneys are in the Legal Department?
10     A.  Two attorneys.
11     Q.  And how many staff?
12     A.  Two attorneys and two other staff
13 members --
14     Q.  Okay.
15     A.  -- that are not attorneys.
16     Q.  And about, approximately, how many
17 people are at The Orchard now?
18         MR. SHELOWITZ: Objection
19     to the form.
20     Q.  How many people are employed by
21 The Orchard now?
22     A.  U.S.? Worldwide?
23     Q.  In the U.S.?
24     A.  Maybe, 60.
25     Q.  Okay.  And were you with the company

[10]

Jason Pascal

1
2  in 1999?
3      A.  No.
4      Q.  Would you know how many people were
5  with the company in 1999 through 2000?
6      A.  Less than 10.
7      Q.  Okay.  Now, is it a corporation?
8      A.  Yes.
9      Q.  Where is it incorporated?
10     A.  We've just gone through a merger.
11 So, the way that it's set up, there's New York
12 and Delaware corporations, both.
13     Q.  Okay.  Who did you merge with?
14     A.  We absorbed a competitor of ours in
15 the same space, company called "DMGI."
16     Q.  Okay.  And who are the officers of
17 The Orchard prior to the merger?
18     A.  What do you mean by "officers"?
19     Q.  How, exactly, is the company
20 structured?  Are there shareholders?  Is it
21 publicly held or was it a publicly-held company?
22         MR. SHELOWITZ: I'm going
23     to object to the form.  There's
24     three questions in there.
25     Q.  Is The Orchard a publicly-held

[11]

Jason Pascal

1
2  company?
3      A.  Today?
4      Q.  Today?
5      A.  Yes.
6      Q.  Was the Orchard a publicly-held
7  company in 1999?
8      A.  No.
9      Q.  When did the company go public?
10     A.  Via this merger in November.  The
11 competitor we absorbed was public.  So, through
12 that reverse merger, we are now public.
13     Q.  That was November 2007?
14     A.  Yes.
15     Q.  Okay.  In your own words, what would
16 you say the nature of the business of The
17 Orchard is?
18     A.  Distribution of digital content.
19     Q.  Now, when you say "distribution," I
20 want to take you through an example,
21 hypothetical example.  I send you a CD.  I'm a
22 record label.  What do you do with it?
23         MR. SHELOWITZ: I'm going
24     to object to it.  I don't
25     understand the question.  It's

[12]

Jason Pascal

1
2  a hypothetical.
3      Why don't you ask specific,
4  concrete questions he can answer?
5      Q.  Okay.  A record label sends you a
6  CD.  How do you distribute it?
7          MR. SHELOWITZ: Objection
8      to the form.
9      Q.  How is a CD distributed by
10 The Orchard?
11         MR. SHELOWITZ: Objection
12     to the form.
13         MR. KORIK:  I don't see
14     the problem with that question.
15         MR. SHELOWITZ:  Ask a
16     question that he can answer and
17     he will be happy to answer it.
18     Q.  CDs, physical media is sent to
19 The Orchard.  How does The Orchard --
20     A.  Not necessarily.  That's not,
21 necessarily, how it's done.
22     Q.  How does The Orchard obtain content
23 to distribute?
24     A.  Through license agreements.
25     Q.  Okay.  And who are those license

[13]

Jason Pascal

1          Jason Pascal
2  agreements with?
3    A.  Content owners or exclusive
4  licensees.
5    Q.  Can you give me an example of
6  content owner?
7    A.  I would rather not.
8    Q.  I'm not asking for a specific
9  entity. I'm just looking for a record label, a
10  band, a musician, something like that?
11    A.  Any. Any of the above.
12    Q.  So, could be any of the above?
13    A.  Yes.
14    Q.  Okay. What are some of the
15  organizations through which The Orchard
16  distributes its content?
17      MR. SHELOWITZ:  Objection
18  to form. Foundation.
19    Q.  How does The Orchard distribute its
20  content? Directly, to the consumer or via third
21  parties?
22    A.  Third parties. We're a wholesaler.
23    Q.  Okay. Can you list some of the
24  third parties through which The Orchard
25  distributes its content?

[14]

Jason Pascal

1          Jason Pascal
2    A.  ITunes.
3    Q.  Any others?
4    A.  Many others. Hundreds. Hundreds of
5  others.
6    Q.  Okay. Worldwide?
7    A.  Worldwide.
8    Q.  Okay. Some iTunes, a track costs
9  .99 cents, do you agree, to download?
10    MR. SHELOWITZ:  He's not
11  here to testify on behalf of
12  iTunes. He's here to testify
13  on behalf of The Orchard.
14    Q.  How does The Orchard get paid by
15  iTunes?
16    A.  They send us --
17    MR. SHELOWITZ:  Objection
18  to form.
19    MR. KORIK:  What is the
20  problem with that question?
21    MR. SHELOWITZ:  There's
22  no foundation.
23    Q.  Does The Orchard get paid by iTunes?
24    A.  Yes.
25    Q.  How does The Orchard get paid by

[15]

Jason Pascal

1          Jason Pascal
2  iTunes?
3    A.  By check or wire.
4    Q.  If a track is download at the rate
5  of .99 cents, how much of that goes to
6  The Orchard?
7    MR. SHELOWITZ:  Objection
8  to the form.
9    THE WITNESS:  I can't answer
10  that. I can't answer that. It's
11  confidential information about
12  the deals that we have with our
13  companies. I can't talk about
14  that.
15    MR. SHELOWITZ:  More than that,
16  it's such a hypothetical question.
17  If you have specific things you
18  want to identify, you can show him.
19  If he can answer them, he will.
20    MR. KORIK:  Okay.
21    MR. SHELOWITZ:  If you're
22  going to ask vague and ambiguous
23  questions --
24    MR. KORIK:  There's, absolutely,
25  nothing vague or ambiguous about

[16]

Jason Pascal

1          Jason Pascal
2  that question.
3    MR. SHELOWITZ:  Try to ask a
4  question he can answer. He'll be
5  more than happy to do so.
6    MR. KORIK:  Can you show him
7  Exhibit Orchard-3.
8    MR. SHELOWITZ:  Pardon me?
9    MR. KORIK:  Can you show him
10  Exhibit Orchard-3.
11    Q.  Can you take a look at that exhibit?
12    A.  Yes.
13    Q.  Now, can we agree that this is a
14  screen shot from iTunes?
15    A.  No.
16    Q.  No. Okay.
17    In your opinion, what are you
18  looking at?
19    MR. SHELOWITZ:  Objection
20  to the form. He is not here to
21  give opinions on exhibits you're
22  showing him.
23    Why don't you identify the
24  exhibit so we can understand what
25  it is you're showing?

[17]

Jason Pascal

1
2    Q.   What you're looking at is a screen
3  shot from iTunes --
4    A.   Okay.
5    Q.   -- from the iTunes store for
6  something called "Songs For Cats" --
7    A.   Uh-huh.
8    Q.   -- and it is copyright 2000,
9  The Orchard?
10    MR. SHELOWITZ:  Objection.
11    MR. KORIK:  What's the
12  objection?
13    MR. SHELOWITZ:  You're making
14  a legal conclusion on a document
15  you're just showing him the
16  first time.
17    MR. KORIK:  I'm reading the
18  document.  That's all I'm doing.
19    MR. SHELOWITZ:  I think we
20  disagree on that point.  You can
21  say that, maybe, there's some
22  kind of indication there, but --
23    MR. KORIK:  There's an
24  indication that it says 2000,
25  copyright, Orchard.

[18]

Jason Pascal

1
2    THE WITNESS:  I see that it
3  says 2000.  I see that it says
4  Orchard.  I can't see what's in
5  the circle.  Therefore, I can't
6  agree what you're saying.
7    Q.   Okay.  Are you familiar with a
8  circle p?
9    A.   I am.
10    MR. SHELOWITZ:  Objection
11  to the form.
12    MR. KORIK:  What's the
13  problem with that?
14    MR. SHELOWITZ:  It's vague
15  and ambiguous and there's no
16  foundation.
17    Are you familiar with
18  circle p?  What do you mean
19  by familiar?
20    Q.   Within the realm of copyright law,
21  what does the circle p stand for?  As an
22  attorney?
23    MR. SHELOWITZ:  Objection.
24  You can't ask him for legal
25  opinions here.  You can ask him

[19]

Jason Pascal

1
2  what's his opinion or understanding.
3    Q.   What is your understanding what the
4  circle p symbol stands for?
5    A.   It denotes copyright in an asset in
6  some form of expression.
7    Q.   Okay.  Now, the document you're
8  looking at, it purports to show Songs For Cats
9  being sold by iTunes for $9.99.  Who sets the
10  price of $9.99?
11    MR. SHELOWITZ:  Objection
12  to the form.
13    Q.   Did The Orchard set $9.99 as a price
14  for this product?
15    A.   No.
16    Q.   If a track is downloaded, Number 1
17  on the Sweetie Gourmet, for .99 cents, does
18  The Orchard receive a profit?
19    MR. SHELOWITZ:  Objection
20  to the form.
21    Q.   If an end consumer downloads Track 1
22  on the Sweetie Gourmet for .99 cents and pays
23  for it, .99 cents goes to iTunes, a portion of
24  that goes to The Orchard; true or false?
25    A.   True.

[20]

Jason Pascal

1
2    MR. SHELOWITZ:  Objection.
3    MR. KORIK:  Now, what's
4  your objection?
5    MR. SHELOWITZ:  Again, you've
6  asked a hypothetical question and
7  assume that The Orchard is getting
8  something from the screen shot
9  you're showing him and you haven't
10  provided any kind of foundation.
11    Q.   Did The Orchard distribute Songs For
12  Cats and Songs For Dogs?
13    A.   Yes, for a period of time.
14    Q.   Okay.  And, during that period of
15  time, did The Orchard distribute these products
16  through iTunes?
17    A.   I can't say for sure without having
18  looked at, you know, statements.
19    MR. KORIK:  Can you show
20  the witness Orchard-8 and
21  Orchard-9.
22    Q.   Can you identify these documents?
23    A.   They are statements that we provided
24  of sales of these titles.
25    Q.   Now, looking at this statement,

[21]

Jason Pascal

1          Jason Pascal
2  specifically, Orchard-8, can you answer the
3  question: Specifically, did iTunes sell Songs
4  For Cats?
5      A.  It appears that they did.
6      Q.  Okay.  So, did The Orchard generate
7  revenue by selling Songs For Cats through
8  iTunes?
9      A.  Yes.
10     Q.  Okay.  Was a portion of that revenue
11 passed onto a third party other than iTunes?
12     A.  Yes.  The entity that gave us the
13 rights.
14     Q.  Okay.  And who is the entity that
15 gave you those rights?
16     A.  I believe that the name of the
17 company is Media Right, R-I-G-H-T.
18     Q.  Now, earlier, you said
19 "distribution."  Does distribution, also,
20 include streaming?
21     A.  It can.
22     Q.  What forms of distribution does
23 The Orchard have?
24     A.  We don't have any forms of
25 distribution.  We're not a retailer.  We provide

[22]

1          Jason Pascal
2  assets to retailers so that they can distribute.
3      Q.  Was The Orchard, at any one point, a
4  retailer?
5      A.  Never.
6          Actually, can I add to that?
7          There may have been a point very
8  early on in the company's history where you may
9  have been able to buy CDs from a website called
10 "theorchard.com."  I have no knowledge of
11 whether that did or didn't happen.  So, to say
12 never might not be accurate.  I'm pretty sure
13 The Orchard was never a retailer.
14     Q.  Okay.  Now, The Orchard, you said,
15 is a wholesale content distributor.  In what
16 forms is that content sold?
17     A.  Both, digital and physical forms,
18 depending upon the rights that we receive.
19     Q.  And now, when you say digital, what
20 form of digital media?
21     A.  MP3s.
22     Q.  Any others?
23     A.  That's one of them.  There are
24 hundreds.  Mobile companies have hundreds of
25 different formats and Internet stores use many

[23]

Jason Pascal

1          Jason Pascal
2  different formats, also.  So, there are
3  hundreds.  MP3 is a prominent example.
4      Q.  Okay.  What about ring tones?
5      A.  Yes, but you said format, so.
6      Q.  Well, is a ring tone a format?
7      A.  Not as that term is understood in
8  the industry.
9      Q.  Okay.  So, what is a ring tone?
10     A.  A ring tone is a configuration, the
11 same way a CD or a tape would be a
12 configuration.
13     Q.  Okay.  So, how many different
14 configurations of musical -- of media does
15 The Orchard sell?
16     A.  Several.
17         MR. SHELOWITZ:  Objection.
18 Asked and answered.
19         MR. KORIK:  No, it hasn't
20 been asked and answered.  So,
21 I would like you to answer that
22 question.
23         THE WITNESS:  Several.
24 I don't know the exact number.
25 I could count them.  There are

[24]

1          Jason Pascal
2  several.
3      Q.  Aside from a CD ring tone and MP3
4  and the various format types of MP3s, what other
5  forms does Media Right sell?
6      A.  I'm not here for Media Right.
7      Q.  What other forms does The Orchard
8  sell, distribute?
9      A.  Ring tones, streams, ringbacks.  A
10 ringback is when a caller calls you and instead
11 of hearing ring-ring, they hear a song.  That's
12 a ringback.  CDs, but very very very
13 infrequently.  We don't, generally, have those
14 rights.  Permanent downloads via mobile via the
15 Internet.
16         That's several of them.  I don't
17 know that that's a complete list.  There may be
18 others that if I thought it through.
19     Q.  Okay.  Now, if a company -- Well,
20 let me give you a concrete example.
21         MR. KORIK:  Can you direct
22 the witness to look at Orchard-5.
23     Q.  What you're looking at is a screen
24 shot from the Rhapsody for Songs For Cats.
25         Now, the record label listed here is

[25]

Jason Pascal

1              Jason Pascal
2 The Orchard. Was The Orchard in the record
3 label for this product?
4      A.   I don't know.
5      Q.   Was The Orchard ever a record label?
6      A.   No.
7      Q.   Well, how did The Orchard come to be
8 the record label for Songs For Cats in this
9 particular document?
10      A.   I don't know the form.
11       MR. SHELOWITZ: Objection.
12      Q.   Approximately, how many artists does
13 The Orchard represent?
14      A.   It's a huge number. I don't know
15 how many artists. It's a gigantic number.
16      Q.   10,000?
17      A.   Many many more.
18      Q.   500,000?
19      A.   We have the rights to over a million
20 tracks. I don't know how many artists that is.
21      Q.   Okay. Approximately, how many
22 labels?
23       MR. SHELOWITZ: Objection
24 to the form.
25       THE WITNESS: I really

[26]

Jason Pascal

1              Jason Pascal
2 don't know.
3       MR. SHELOWITZ: He will
4 ask you a question.
5       THE WITNESS: Okay.
6       MR. SHELOWITZ: Just pause if
7 I have an objection.
8       THE WITNESS: Okay.
9      Q.   Approximately, how many labels does
10 The Orchard represent?
11      A.   I don't know.
12      Q.   Since 1999-2000, have the digital
13 stores through which The Orchard sells its
14 media, have those changed?
15       MR. SHELOWITZ: Objection.
16       If you can pick one, either
17 1999 or 2000?
18       MR. KORIK: 1999?
19       THE WITNESS: They've grown.
20 There are more now than there
21 were then.
22      Q.   Okay. Do you have a copy of The
23 Orchard agreement that it would sign with record
24 labels or musicians or artists circa 1999-2000?
25      A.   Do I have it with me?

[27]

Jason Pascal

1              Jason Pascal
2      Q.   Yes.
3      A.   No.
4      Q.   I would like to show you Orchard-6.
5 Is this a recent Orchard Digital and CD
6 Distribution Agreement?
7       MR. SHELOWITZ: Objection
8 to the form.
9      Q.   How old is this Digital and CD
10 Distribution Agreement?
11       MR. SHELOWITZ: Objection
12 to the form.
13      Q.   Is this Digital and CD Distribution
14 Agreement still valid?
15       MR. SHELOWITZ: Objection
16 to the form.
17      Q.   Is this an Agreement that
18 The Orchard still uses?
19       MR. SHELOWITZ: Objection
20 to the form.
21       MR. KORIK: Okay.
22       MR. SHELOWITZ: How about
23 asking if this is something
24 The Orchard ever used? Like
25 can he identify it? Has he

[28]

Jason Pascal

1              Jason Pascal
2 ever seen it before?
3      Q.   Can you identify this document?
4      A.   I've never seen this particular
5 document before.
6 *      MR. KORIK: Okay. I would
7 like to make a request for a
8 Digital CD Distribution Orchard
9 Agreement that you use, if you've
10 never seen this one, and this one
11 came from your website, actually,
12 but I would like to make a
13 document demand for one.
14       MR. SHELOWITZ: Okay. We'll
15 take it under advisement.
16      Q.   Have you seen a copy of the
17 Agreement between Media Right and The Orchard?
18      A.   Yes.
19      Q.   Okay. Do you have a copy of that
20 Agreement with you?
21      A.   No.
22       MR. KORIK: Can you show
23 the witness Orchard-2?
24      Q.   Can you please identify what this
25 document is?

[29]

Jason Pascal

1
2       A.   This is a statement of the terms and
3   conditions between an Orchard client, an Orchard
4   content provider, and The Orchard.
5       Q.   Okay.  Now, when would this document
6   be sent to an Orchard client?
7           MR. SHELOWITZ:  Objection
8   to the form.
9       Q.   Would this document be sent to an
10  Orchard client?
11      A.   When?
12      Q.   I'm asking you that.
13      A.   When?  I mean when do you mean?  Our
14  procedures have changed over the years.
15      Q.   Oh.  In 2000?
16      A.   I didn't work there in 2000.
17      Q.   Are you familiar with how it would
18  have been done in 2000?
19      A.   No.
20      Q.   Is there a witness that you can
21  provide that is familiar with the procedures of
22  The Orchard from 1999 or 2000?
23      A.   No.
24      Q.   Now, when would The Orchard send out
25  this document?

[30]

Jason Pascal

1
2           MR. SHELOWITZ:  Objection
3   to the form.
4       Q.   Now, would The Orchard send out this
5   document to an Orchard client?
6       A.   It's not.  No, it doesn't work that
7   way.
8       Q.   Okay.  Well, why don't you explain
9   where this document would appear?  How would an
10  Orchard client obtain this document?
11      A.   It wouldn't.  It's not done.  We
12  don't use this anymore.  So, it's not done.
13      Q.   Okay.  Are you familiar with when it
14  would have been used?
15      A.   When it would have been used when?
16      Q.   Well, this particular document was
17  produced by The Orchard.  So, I'm assuming,
18  since your company produced it, you could tell
19  me when it would have been used?
20      A.   At some point in the contract
21  process.
22      Q.   Okay.
23      A.   Before, during or after signing.
24      Q.   So, would The Orchard have obtained
25  content from the client before sending this

[31]

Jason Pascal

1
2   document?
3       A.   I don't know.
4       Q.   Okay.
5       A.   It's possible, but it's, also, not
6   possible.
7       Q.   Does The Orchard have in its
8   possession a signed Agreement between Media
9   Right and The Orchard?
10      A.   I believe so.
11          MR. KORIK:  I would like
12  to see that document.
13          MR. SHELOWITZ:  We've
14  produced everything --
15          THE WITNESS:  You have it.
16          MR. SHELOWITZ:  -- there
17  is.  There's a letter.
18          MR. KORIK:  He just said
19  there's a document you have?
20          THE WITNESS:  That's the
21  document.
22          MR. SHELOWITZ:  That's the
23  document.  You didn't ask if
24  that's the one you marked as an
25  exhibit.  Why don't you ask if

[32]

Jason Pascal

1
2   this is the Agreement?
3       Q.   Is this document the Agreement
4   between The Orchard and Media Right?
5           MR. SHELOWITZ:  He can't
6   tell.  There's a letter you marked.
7   I can show you if you want.  You
8   marked it as Exhibit 7, a letter
9   between Media Right and The Orchard.
10  Why don't you ask him if this is
11  the Agreement?  Why don't you help
12  him to help you?  He wants to give
13  you the right answer.  You're not
14  asking the questions.
15      Q.   Can you show him Orchard-7.  Is
16  Orchard-7 the Agreement between Media Right and
17  The Orchard?
18      A.   It's a portion of the Agreement.
19      Q.   And where is the rest of the
20  Agreement?
21      A.   It's Orchard - It looks to be
22  Orchard-2.
23      Q.   So, between Orchard-2 and Orchard-7,
24  this is the entire Agreement between Media Right
25  and The Orchard?

[33]

Jason Pascal

1       A.  I believe so.
2       Q.  There's no other provisions or any
3   other content or terms between Media Right and
4   The Orchard besides what is in this letter,
5   Orchard-7 and Orchard-2, the Agreement?
6       A.  These documents are the Agreement.
7       Q.  Does The Orchard assure that the
8   material that it distributes doesn't infringe on
9   any pre-existing copyrights?
10      MR. SHELOWITZ:  Objection.
11      Use of "assure" there.
12      Q.  How does The Orchard make sure that
13  the material that it distributes is not
14  infringing on anyone's copyright?
15      A.  You get a representation of that
16  fact from the content provider.
17      Q.  Okay.  And is that representation
18  present in either Orchard-7 or Orchard-2?
19      A.  It looks to be.
20      Q.  Okay.  And could you direct my
21  attention to that?
22      A.  The last paragraph on Orchard-2.
23      Q.  On which page?
24      A.  On the first page of Orchard-2.

[34]

Jason Pascal

1       Q.  And could you read that first
2   sentence into the record?
3       MR. SHELOWITZ:  I'm going
4       to object.  The document speaks
5       for itself.  He doesn't need to
6       show you he can read English.
7       It's right here.  You can read it
8       if you want.
9       Q.  So, other than representation from
10  the content provider, The Orchard has no other
11  safeguards or takes no other steps to verify
12  that there is no infringement?
13      MR. SHELOWITZ:  Objection
14      to the form.
15      Q.  Does The Orchard take any other
16  steps to verify that there is no infringement
17  other than to take the warranty and
18  representation from the content provider that
19  they have the right to grant to you these
20  rights?
21      A.  That's our general procedure.
22      Q.  Was this the procedure in 1999?
23      A.  I don't know.
24      Q.  Was this the procedure in 2000?

[35]

Jason Pascal

1       A.  I don't know.  I'm only there, three
2   years.
3       Q.  Okay.  Is this the procedure now --
4       A.  Procedure is different now.  We
5   don't use these documents anymore.
6       Q.  How is the procedure different now?
7       MR. SHELOWITZ:  He testified
8       he wasn't there then.  So, he
9       doesn't know what the procedure
10      is then.  You can ask if he knows
11      the procedure now, but can't
12      compare because he said he
13      wasn't there in 2000.
14      Q.  My question was:  What is the
15  procedure now?
16      MR. SHELOWITZ:  Okay.
17      THE WITNESS:  The documentation
18      is different, the wording is
19      different.  If we feel a need to
20      investigate beyond the warranty
21      that we would obtain in the
22      Agreement, then we do so.
23      Q.  But you're unaware of any obligation
24  to investigate in 1999 or 2000?

[36]

Jason Pascal

1       A.  I told you I didn't work there at
2   that time.
3       Q.  Okay.  Now, how do the recordings
4   get to The Orchard?  Either, digitally or a CD,
5   how does it get to you so that you can
6   distribute it, you being The Orchard?
7       A.  In some physical form which could be
8   CD or some other fixed media or digitally.
9       Q.  When you say "digitally," does that
10  mean somebody would send you a CD-ROM containing
11  MP3s or would somebody E-mail you files as
12  attachments?
13      A.  Those can be ways that we get them.
14  We, also, get them via hard drive.  We, also,
15  get them via some sort of electronic transfer
16  like FTP.
17      Q.  Now, are you aware of how Songs For
18  Cats and Songs For Dogs went from physical media
19  to digital media?
20      A.  I'm not aware of how it was done.
21      Q.  Now, Orchard-7, it's a letter
22  directed to Sam Perlman.  Who is Sam Perlman?
23      A.  I don't know.
24      Q.  Okay.  Is Sam Perlman employed at

[37]

Jason Pascal

1  The Orchard now?
2
3      A.  No.
4      Q.  Now, according to the letter, it
5  reads, "The audio CD titles listed below will be
6  distributed by The Orchard under the terms and
7  conditions listed in your distribution
8  agreement."
9      Now, does that mean The Orchard was
10  going to be distributing the audio CDs, the
11  physical tangible discs?
12      MR. SHELOWITZ:  Objection
13  The document speaks for itself.
14      MR. KORIK:  Okay.
15      Q.  So, where would The Orchard have
16  distributed audio CD titles listed on Orchard-7?
17      A.  I don't understand the question.
18      Q.  Okay.  Well, it says, the letter
19  says that they will be distributed by
20  The Orchard under the terms and conditions,
21  okay, and I'm asking you:  Where would
22  The Orchard have distributed these audio CD
23  titles pursuant to the terms of these
24  agreements?
25      A.  They would be distributed pursuant

[38]

Jason Pascal

1
2  to the terms of the agreement.
3      Q.  Okay.  And where?
4      A.  Through the distribution channels
5  that The Orchard had at that time.
6      Q.  Okay.  And what were the
7  distribution channels for distributing audio CDs
8  at that time?
9      A.  I don't have a list.
10  *    MR. KORIK:  I would like a
11  list.
12      MR. SHELOWITZ:  What do you
13  mean you would like a list?  You
14  ask him a question.
15      MR. KORIK:  I would like to
16  request a document from The
17  Orchard listing all the channels
18  on which audio CD titles as of
19  February 1st, 2000 would have
20  been distributed.
21      MR. SHELOWITZ:  Okay.  We'll
22  take it under advisement.
23      All these requests, if you
24  want to put them in a letter,
25  we'll be happy to respond, a

[39]

Jason Pascal

1
2  letter or a supplemental
3  request.
4      MR. KORIK:  Sure.
5      Q.  Now, when the CDs were sent over to
6  Sam Perlman, how did they go from CD to whatever
7  format is sold by iTunes, Rhapsody or any of
8  your other digital content providers?
9      MR. SHELOWITZ:  Objection.
10      You're assuming a fact he
11  has not testified to.
12      MR. KORIK:  The letter speaks
13  for itself.  Audio CD titles were
14  distributed.
15      So, at some point --
16      MR. SHELOWITZ:  Well, it says,
17  if I read that, correctly, it says
18  will be distributed.  You just
19  asked when Sam received CDs and
20  you're assuming that he knows and
21  it's him, actually, receives CD.
22  There's a few assumptions in
23  that question.
24      Q.  How would The Orchard have received
25  these titles for distribution?

[40]

Jason Pascal

1
2      A.  What do you mean by how?  By mail --
3      Q.  Okay.
4      A.  -- or hand-delivered.
5      Q.  So, did The Orchard receive these
6  titles for distribution?
7      A.  I don't know.
8      Q.  Well, how did The Orchard come to
9  distribute these titles?
10      A.  We must have received them, somehow.
11  I don't know.
12      Q.  Okay.  How do recordings get from a
13  physical CD to an MP3?
14      A.  You want the operational answer, the
15  technical answer?
16      Q.  Sure.
17      A.  The files on a CD are in a certain
18  format. It's called "Red Book Audio." They're
19  removed from the CD and converted into some
20  other format.
21      Q.  Is this a process that is performed
22  by The Orchard?
23      A.  Today?
24      Q.  Yes.  Today?
25      A.  It is a process that's performed by

[41]

Jason Pascal

1    Jason Pascal
2  The Orchard, today.
3      Q.  Is this a process that was performed
4  by The Orchard in 1999 or 2000?
5      A.  I don't know.
6      Q.  How would Songs For Dogs and Songs
7  For Cats be distributed by The Orchard in 1999
8  or 2000?
9      A.  How would they have been
10 distributed?  I don't follow.
11     Q.  Would you have sold physical CDs,
12 ring tones, MP3s or, through any of the other
13 channels you testified earlier, how would you
14 have distributed these two titles in 1999 or
15 2000?
16     A.  Depends on the rights that we
17 received.
18     Q.  Okay.  And which rights did you
19 receive?
20     A.  We received the rights in accordance
21 with the document that you've shown me,
22 Orchard-2, to sell, distribute - this is
23 Paragraph 3 on the first page - to sell,
24 distribute and otherwise exploit the recordings
25 by any and all means and media, including

[42]

1    Jason Pascal
2  without limitation, what it then goes on to say.
3      Q.  Okay.  So, Paragraph 3 gave you the
4  right to sell the recordings throughout
5  E-stores, included, but not limited to, those
6  via the Internet, as well as all digital
7  storage, download and transmission rights,
8  whether now known or existing in the future?
9  Did that mean that, as of 1999-2000 when this
10 Agreement went into effect, they could sell
11 physical CDs?
12     A.  We had the rights to sell by any and
13 all means and media.
14     Q.  And, as of 1999 and 2000, what were
15 the known means and media that The Orchard sold
16 Songs For Cats and Songs For Dogs through?
17     A.  We sold, at that time, physically,
18 meaning CDs.  I don't know that that we sold,
19 digitally, yet, at that time.  I don't know,
20 exactly, when that began.
21     Q.  Okay.  Now, we were discussing
22 ripping the CDs, earlier.  You didn't use the
23 terminology "ripping."  I'm using it now.  Can
24 we agree what you described was ripping a CD?
25     A.  Yes.

[43]

1    Jason Pascal
2      Q.  Okay.  The cover art, also, appears
3  on Orchard-5, Orchard-4 and Orchard-3.  There's
4  images of cover art, also, on other exhibits.
5      MR. SHELOWITZ:  What is it?
6  3, 4 and 5?
7      MR. KORIK:  3, 4, 5, and
8  14, 13.
9      MR. SHELOWITZ:  Okay.  Well,
10 why don't you, when you address
11 a specific one, we'll show him
12 a specific one?
13     MR. KORIK:  I'm discussing
14 cover art, in general.
15     Q.  How does that image get to your
16 E-Stores or content resalers?
17     A.  Do you mean operationally or
18 rights-wise?
19     Q.  Both.  Let's start with
20 operationally, first?
21     A.  How do these images, these specific
22 images get there?
23     Q.  Cover art, in general?
24     A.  We deliver them.
25     Q.  Okay.  And by what means do you

[44]

1    Jason Pascal
2  deliver them?
3      A.  Same means as we deliver the
4  recordings.
5      Q.  And by what means do you deliver the
6  recordings?
7      A.  Electronic or physically.
8      Q.  Okay.  How does the art go from a
9  tangible product to a digital image, such as the
10 ones in front of you?
11     MR. SHELOWITZ:  Objection
12 to the form.
13     Q.  How is the art transferred to a
14 digital file?
15     MR. SHELOWITZ:  Objection
16 to the form.  He's here as a
17 fact witness for The Orchard.
18 If you want to be specific --
19     MR. KORIK:  It's a process
20 that The Orchard converts this
21 and I'm trying to ask him about
22 this process.
23     MR. SHELOWITZ:  Ask, but
24 ask the question so that, you
25 know, it's if he knows and,

[45]

Jason Pascal

1
2     you know, give him something
3     because there's no foundation
4     whatsoever in your question.
5        Q.  Do you know how this cover art
6  becomes digitized or scanned or ripped?
7        A.  Generally, yes.
8        Q.  And how is that done?
9        A.  We do it.  I don't know how else to
10 tell it to you.  I'm not in the Operations
11 Department.  So, we do it.
12       Q.  I'm not asking for anything
13 technical.  It's something that The Orchard
14 does; correct?
15       A.  Yes.
16       Q.  Okay.  Now, is a digital copy a
17 copy, in your opinion?
18          MR. SHELOWITZ:  Objection.
19          MR. KORIK:  It's pretty
20       straightforward.
21       Q.  Is the digital copy the same as
22 physical copy?
23       A.  I don't know in what context you're
24 asking the question.  You're asking me if a copy
25 is a copy?

[46]

Jason Pascal

1
2        Q.  Well, is a ripped CD stored on a
3  hard drive the same as a physical tangible CD
4  for purposes of a copy?  Is a copy a copy, a
5  digital copy versus a tangible copy?
6          MR. SHELOWITZ:  Objection
7       to form.  I don't know where
8       you're going with this and I
9       don't even understand what
10      you're asking.  I don't know
11      how you could expect him to
12      answer.
13       Q.  All right.  Are you familiar with
14 Media Right Productions?
15       A.  Yes.
16       Q.  Do you still distribute Media Right
17 Productions?
18       A.  We still distribute some recordings
19 that they've provided to us, yes.
20       Q.  Do you distribute Songs For Dogs or
21 Songs For Cats?
22       A.  Not to my knowledge.  No, not
23 anymore.
24       Q.  Okay.  And when did you cease
25 distributing Songs For Dogs and Songs For Cats?

[47]

Jason Pascal

1
2        A.  The day that we found out about this
3  litigation.
4        Q.  And when did you begin distributing
5  Songs For Dogs, Songs For Cats?
6        A.  I don't, exactly, know the date.
7        Q.  What services does The Orchard,
8  currently, provide for Media Right Productions?
9        A.  Encoding and distribution and
10 marketing, to some extent.
11       Q.  What is encoding?
12       A.  Encoding is the process of
13 converting titles into digital forms such that
14 they can be distributed through digital means.
15       Q.  Did The Orchard perform encoding for
16 Songs For Dogs and Songs For Cats?
17       A.  I don't know.
18       Q.  But you do it for Media Right now?
19       A.  When he delivers -- When Media Right
20 delivers new recordings to us, yes.
21       Q.  Do you know what products The
22 Orchard distributed for Media Right?
23       A.  When?
24       Q.  Going back to 1999 through today?
25       A.  It's a handful of titles.  I

[48]

Jason Pascal

1
2  remember seeing a list of 10, maybe, CDs.  I
3  don't know the exact number of how many full
4  albums we distributed.
5        Q.  Okay.  And where did you distribute
6  these?
7        A.  Through our distribution channels.
8        Q.  All your distribution channels?
9  Select distribution channels?
10       A.  It would have been subject to
11 whatever restrictions Media Right gave us.  I
12 don't know what, if any, restrictions Media
13 Right gave us, but, certainly, it would be
14 subject to those territorial and other
15 restrictions.
16       Q.  Now, Orchard-2, the document we had
17 referred to, earlier --
18       A.  Uh-huh.
19       Q.  -- we had read Paragraph 3.
20       A.  Yes.
21       Q.  Did that paragraph give any
22 restrictions to how the product could be
23 distributed?
24       A.  Can we take a second?
25          MR. SHELOWITZ:  Take a

[49]

```
 1          Jason Pascal
 2   break, please.  Be back in a
 3   few minutes.
 4       (Recess taken.)
 5       MR. SHELOWITZ:  Okay.
 6   Maybe, you want to reread the
 7   question?
 8       MR. KORIK:  I would, also,
 9   like to note for the record that
10   the witness left in the middle
11   of an open question to discuss it
12   with his attorney.
13       Can you repeat the question,
14   please.
15       (Last question read.)
16       MR. SHELOWITZ:  One note,
17   I would like to just put on the
18   record that, as Mr. Pascal's
19   company counsel, that, when
20   you're asking him to look at
21   and identify certain provisions
22   of a legal agreement that speak
23   for themselves, I think we have
24   to be very careful because he
25   can't, obviously, give you any
```

[50]

```
 1          Jason Pascal
 2   kind of legal opinion and
 3   anything that you're asking him
 4   is really based upon a document
 5   that speaks for itself.
 6       So, I just want to note that
 7   we have to be very careful about
 8   where we tread.
 9       MR. KORIK:  Okay.  It's
10   noted and I'm asking him for his
11   opinion, not legal advice.
12       MR. SHELOWITZ:  And you're
13   asking him his opinion or what
14   something says?
15       MR. KORIK:  I want him to
16   read it, I want him to
17   understand it and then I want
18   him to, in his own words,
19   explain if that paragraph gives
20   any restrictions.
21       MR. SHELOWITZ:  Let me
22   object to that on the basis
23   that the document speaks for
24   itself.  If you want to be
25   more specific with the
```

[51]

```
 1          Jason Pascal
 2   question and try --
 3       MR. KORIK:  The question
 4   was very specific before you
 5   left to go and discuss your
 6   answer out in the hall.  The
 7   question was open.
 8       MR. SHELOWITZ:  Right.
 9   Well, there's nothing
10   objectionable between attorney
11   and client speaking and,
12   certainly, not when we're
13   dealing with the paramount
14   issue of attorney-client
15   privilege as it relates to
16   The Orchard.
17       So, if we deem that it's
18   appropriate and necessary to
19   do that in order to protect
20   the privilege and the company,
21   we, certainly, will do that.
22       MR. KORIK:  I'm not asking
23   for anything privileged.
24       MR. SHELOWITZ:  If you
25   feel you can answer this
```

[52]

```
 1          Jason Pascal
 2   question without giving a legal
 3   opinion, if you want to look at
 4   a document, this speaks for
 5   itself, and answer his question,
 6   you can.  If you feel that it's
 7   treading too close, we'll say
 8   that.
 9       MR. KORIK:  I would like you
10   not to answer the question for
11   him.
12       MR. SHELOWITZ:  I'm not
13   answering the question.
14       THE WITNESS:  Do you want
15   me to read the paragraph?
16       MR. KORIK:  No.  We've read
17   the paragraph, earlier.
18   Q.  I'm asking for your opinion whether
19   that paragraph gives any restrictions?
20   A.  Whether it gives restrictions?
21   Q.  Do you want us to reread the
22   question?
23   A.  No.  I want you to ask me a question
24   that I understand.
25   Q.  I'm sorry.  I don't remember the
```

[53]

Jason Pascal

1
2  exact wording of the question. Earlier, we were
3  discussing whether the products distributed by
4  The Orchard would have been distributed -- I
5  asked where they would have been distributed.
6  You said they would have been distributed
7  wherever there are agreements pursuant to
8  certain restrictions. I said, well, what are
9  those restrictions? And that's where we are,
10 today, right now.
11     A.  Yes, it gives us some restriction.
12     Q.  Okay. And what are those
13 restrictions?
14     A.  The restrictions are that we don't
15 have the rights to sell, separately, for value,
16 anything other than the recordings.
17     Q.  Okay. Now, when you say
18 "separately, for value, anything other than the
19 recordings," can you give me an example of
20 something that's separate?
21         MR. SHELOWITZ: Objection
22     to the form of the question.
23     Q.  Can you give me an example of what
24 you mean? What this restricts you from doing?
25         MR. SHELOWITZ: Well,

[54]

Jason Pascal

1
2  what restricts him from doing?
3         MR. KORIK: Paragraph 3.
4         MR. SHELOWITZ: He just
5     answered you.
6         MR. KORIK: No. He said --
7     He didn't answer that question.
8     He said that there are
9     restrictions, but he didn't
10    specify what the restrictions
11    are.
12        MR. SHELOWITZ: He just --
13    Did you want to repeat your
14    answer?
15        THE WITNESS: We can only
16    sell the recordings for value.
17    We can only get money for
18    selling the recordings.
19    Q.  Okay. Well, does that mean, in
20 other words, you cannot give the recordings away
21 for free?
22    A.  No, that's not what it means.
23    Q.  Okay. In other words -- I don't
24 understand what you're saying. So, I'm asking
25 you to explain it to me?

[55]

Jason Pascal

1
2     A.  What it means is that we can't use,
3  for instance, an artist's name as an endorsement
4  or imply that that artist endorsed a product.
5  For instance, we can't say this particular
6  artist endorses this brand of laundry detergent.
7  That's what it means. We can sell the
8  recordings and use the associated data that goes
9  along with them and it, clearly, says we can do
10 that in exchange for value.
11    Q.  Okay. Now, this data, where does
12 The Orchard obtain this data?
13    A.  What data?
14    Q.  You said you used this data. So,
15 you explain to me what you mean by "this data"?
16    A.  Where do we obtain it?
17    Q.  Yeah.
18    A.  Where do we obtain the rights or,
19 operationally, where do we obtain it?
20    Q.  What do you mean by data?
21    A.  "Name" -- I'm reading right from the
22 Agreement. "Name, professional and/or group
23 names, photographs and other images," et cetera,
24 "biographical and/or other information" --
25    Q.  Okay. And where do you obtain the

[56]

Jason Pascal

1
2  names, the photographs, et cetera?
3         MR. SHELOWITZ: Objection
4     to the form.
5     Q.  How do you obtain this data? From
6  whom?
7     A.  From our licensor.
8     Q.  How did you obtain the information
9  for Songs For Dogs and Songs For Cats?
10    A.  From our licensor.
11    Q.  Okay. Looking at Orchard-4,
12 Orchard-4, at the top there, it says "Media
13 Right Productions." Do you see where it says
14 that?
15    A.  Yes.
16    Q.  And below that is an image
17 purporting to be Songs For Dogs?
18    A.  Yes.
19    Q.  Now, how did iTunes obtain the
20 information in this listing?
21        MR. SHELOWITZ: Objection.
22        MR. KORIK: What's your
23    objection?
24        MR. SHELOWITZ: You're
25    assuming that he knows how

[57]

Jason Pascal

1
2    iTunes got that and in this
3    shot, which we don't know that,
4    and so it's loaded with
5    assumptions.  There's no basis
6    for the question.
7        Q.  Does The Orchard hold itself out as
8    the record label for any of its artists?
9        A.  We have, on occasion, released
10   records.
11       Q.  Okay.  Did Media Right release Songs
12   For Dogs or Songs For Cats?
13       A.  I don't know what Media Right did.
14       MR. KORIK:  Strike that.
15   I misspoke.
16       Q.  I meant:  Did The Orchard release
17   Songs For Dogs or Songs For Cats?
18       A.  The Orchard did what The Orchard had
19   the rights to do pursuant to its Agreement with
20   Media Right.
21       Q.  That wasn't my question.
22       My question was:  Did The Orchard
23   release, as a record label, Songs For Cats or
24   Songs For Dogs?
25       A.  We did what we had the rights to do

[58]

Jason Pascal

1
2    under the Agreement.
3        Q.  You're still --
4        A.  I feel I'm answering the question.
5        Q.  Did The Orchard act as a record
6    label for Songs For Cats or Songs For Dogs?
7        A.  What do you mean by acting as a
8    record label?
9        Q.  Enough such that Rhapsody or
10   Orchard-5 would list the record label for Songs
11   For Cats as The Orchard?
12       A.  I don't know what Rhapsody's
13   practices are for listing data.
14       Q.  Okay.  Well, where would Rhapsody
15   obtain their data from?
16       MR. SHELOWITZ:  Objection.
17       Q.  Does The Orchard provide data to
18   Rhapsody?
19       A.  Today, we do provide data to
20   Rhapsody.
21       Q.  Okay.  In five years ago, did you
22   provide data to Rhapsody?
23       A.  I don't know the date of when our
24   Rhapsody Agreement began.
25       Q.  Well, if you know, where would

[59]

Jason Pascal

1
2    Rhapsody obtain listing information for products
3    distributed by The Orchard?
4        A.  They could get it any number of
5    places.
6        Q.  Such as?
7        A.  Such as I don't know their
8    business.  I know that there are businesses that
9    aggregate and provide data and I know that there
10   are businesses that aggregate and provide
11   content which is more than data.  I don't know
12   where they got it from.
13       Q.  Does The Orchard provide this data
14   to any of its distributors -- resalers?
15       A.  What data?
16       Q.  Song titles?  Song names?  Artists'
17   names?
18       A.  Photographs?
19       Q.  Et cetera?
20       A.  We do provide that data to many of
21   our stores.
22       Q.  Can you give me some names of these
23   stores, for example?
24       A.  ITunes.
25       Q.  Any others?

[60]

Jason Pascal

1
2        A.  Yes.  Many others.  We've been
3    through this.
4        Q.  I'm asking, specifically, limited to
5    this data?
6        A.  To this particular data, I don't
7    know.
8        Q.  Okay.  Did The Orchard ever sell
9    physical CDs through Amazon?
10       A.  In its history?
11       Q.  Yes, in its history?
12       A.  Yes.
13       Q.  Does it still sell physical CDs
14   through the Amazon?
15       A.  Through amazon.com?
16       Q.  Yes.
17       A.  Yes.
18       Q.  Did amazon.com sell Songs For Dogs
19   and Songs For Cats as through The Orchard or
20   distributed by The Orchard?
21       A.  I would have to look at the
22   statements again.
23       Q.  Okay.  Then you can look at
24   Orchard-8 and Orchard-9.  Those are statements
25   provided by, I guess, The Orchard.

[61]

Jason Pascal

1
2    A.  These statements indicate digital
3  sales only.  I don't know what the physical
4  sales were.
5        So, I can't tell you if Amazon,
6  actually, sold any titles.
7    Q.  Okay.  Is that information available
8  somewhere?
9    A.  I don't know.  It's old data.
10  Management has changed, several times, at the
11  company.  So, I don't know if it's available.
12  This is the data that we have.
13    Q.  Now, this data, it says inception to
14  first quarter of '07; is that correct?
15    A.  Yes.
16    Q.  Okay.  What is the inception date?
17    A.  I don't know.
18    Q.  Well, you provided me with data, but
19  you don't know when it's from?
20    A.  I don't work in Finance.
21    Q.  Is this a total listing of
22  all the stores that sold Songs For Dogs and
23  Songs For Cats?
24    A.  Digitally, yes.
25    Q.  Would this include ring tones?

[62]

Jason Pascal

1
2  Ringbacks?
3    A.  Yes.  As far as I know, there were
4  none of those products sold.
5    Q.  But this does not include physical
6  sales?
7    A.  I don't believe so.
8    Q.  Do you know who drafted Orchard-2,
9  this document?
10    A.  No, I don't know.
11    Q.  How often would you pay Media Right
12  Productions?
13    A.  Quarterly.
14    Q.  And would that be when they hit a
15  certain minimum payment amount or just whatever
16  the amount is sent?
17    A.  There are minimums.
18    Q.  Do you know what those minimums are?
19    A.  This Agreement says $50.00.
20    Q.  Were statements provided along with
21  the check to Media Right?
22    A.  I didn't issue them.
23    Q.  Okay.  Is it The Orchard's practice
24  to provide statements to clients with their
25  royalty checks?

[63]

Jason Pascal

1
2    A.  Paper statements?
3    Q.  Yes.
4    A.  Not for all clients.  Some clients
5  have on-line -- Well, all clients have on-line
6  access, but we don't issue paper statements for
7  every label or every content provider.
8    Q.  If you know, did Media Right receive
9  paper statements?
10    A.  I don't know, but they would have
11  full access to all of the data.
12    Q.  And where would that access be?
13    A.  Through our on-line
14  password-protected space for Media Right and
15  Media Right, alone.
16    Q.  Now, how is all that data tracked?
17    A.  What do you mean?
18    Q.  Okay.  How is this data recorded to
19  you?  How do you know that, for instance, eMusic
20  sold -- It says "Total Activity 23."  So, what
21  does that 23 reflect?
22    A.  .23 cents.
23        MR. SHELOWITZ:  Can you
24    direct him to a specific
25    exhibit?

[64]

Jason Pascal

1
2        MR. KORIK:  Orchard-9,
3    the letter, we're looking for
4    Songs for Dogs, eMusic, under
5    Total Activity, there's a
6    number 23.
7        THE WITNESS:  23 is
8    23 downloads.
9    Q.  And how do you know that it was only
10  23 downloads and not 53 or 230 or 5 million?
11    A.  Because that's what they told us.
12    Q.  And you rely on the data that they
13  provide to you?
14    A.  Yes.
15    Q.  Okay.  How are promotional songs
16  counted, such as free u-trial memberships and
17  downloads and giveaways?
18    A.  Those practices are different on a
19  retailer-by-retailer basis.
20    Q.  Are those reported to you as sales?
21    A.  By what retailer?
22    Q.  Let's go, line-by-line.  eMusic?
23    A.  Yes.
24    Q.  iTunes Australia?
25    A.  They don't do that.

[65]

Jason Pascal

1
2    Q.   iTunes Austria?
3    A.   iTunes, there are different business
4  models.  You're asking questions that are all
5  over the map that can be answered in boxes that
6  you --
7    Q.   I asked you for a simple answer.
8    A.   No, they don't do that.
9    Q.   MSN Music?
10   A.   They, maybe.  There are different
11 business models.  There are portions of them
12 that have that section of them as business model
13 and I believe they report them to us.
14   Q.   Okay.  Musicmatch?
15   A.   Musicmatch doesn't exist anymore as
16 a stand-alone service.  I've never seen their
17 statements.
18   Q.   MusicNet?
19       MR. SHELOWITZ:  General?
20       Just if you can restate
21       the question rather than,
22       simply, naming the names in
23       this list, I think it would
24       be helpful.
25   Q.   Are free trials and free downloads

[66]

Jason Pascal

1
2  reported to you by these providers that we are
3  listing?  We are on MusicNet.
4       MR. SHELOWITZ:  Are they
5       or the record of free download?
6       MR. KORIK:  A record of
7       free download or the trial
8       download?
9       THE WITNESS:  If they're
10       doing them, I believe they do
11       report them to us.
12   Q.   And the same holds true for MusicNet
13 Canada?
14   A.   I don't know for sure.  Yes, they
15 do.
16   Q.   Okay.  And Music Now/Full Audio?
17   A.   I don't know what their model was.
18 So, I don't know if they would have reported
19 them to us.  That's another company that no
20 longer exists.
21   Q.   And RealNetworks?
22   A.   RealNetworks would, also, report
23 them to us.
24   Q.   Now, do these numbers reflect
25 streams?

[67]

Jason Pascal

1
2    A.   Yes.
3    Q.   And what directed you to answer yes?
4  What did you look at that gave you that answer?
5    A.   I looked at the column that said
6  "S."
7    Q.   And, going column-by-column, what is
8  DMS, the very first one?
9    A.   Digital Music Service.
10   Q.   And, going across, DT?
11   A.   Download Total.
12   Q.   DT$?
13   A.   The dollar amount for each Download
14 Total.
15   Q.   The next box, DA?
16   A.   DA, these are terms that Finance
17 uses or Accounting uses in -- You know, it's
18 their terminology.  DA, I don't, exactly.  I
19 can't think of what it means.
20   Q.   Okay.  S, we've established S$ is
21 revenue generated by streams?
22   A.   Yes.
23   Q.   DR?
24   A.   Download of ring tones.
25   Q.   Okay.  And RB?

[68]

Jason Pascal

1
2    A.   Ringbacks.
3    Q.   And TD?
4    A.   TD, I don't know what TD means.
5    Q.   Okay.  Going back to Orchard-2, it's
6  the Agreement, did that document allow a product
7  given to you by Media Right to be severed, to be
8  sold, track-by-track?
9       MR. SHELOWITZ:  Objection.
10       The document speaks for itself.
11   Q.   Does The Orchard have a practice of
12 selling records or recordings as complete
13 downloads, meaning not track-by-track but you
14 can only purchase them as a complete recording,
15 all tracks, including all cover art?
16   A.   When we have the right to exploit --
17 By to exploit any and all of the recordings by
18 any and all means and media, yes.
19   Q.   You're answering my prior question
20 with that?
21       MR. SHELOWITZ:  He's answering
22       your current question.  You can
23       ask for a readback.  He answered,
24       exactly, what you asked.
25   Q.   Okay.  So, Paragraph 3 allows

[69]

```
 1         Jason Pascal
 2  The Orchard to sell, track-by-track?
 3         MR. SHELOWITZ: Objection
 4  to form.  The document speaks
 5  for itself.
 6         You have a legal document.
 7  Why are you asking a lawyer for
 8  an interpretation?
 9         MR. KORIK:  You produced a
10  lawyer.
11         MR. SHELOWITZ:  We produced
12  a representative of the company
13  and you have a document that
14  speaks for itself.
15         MR. KORIK: I'm not asking
16  for a legal opinion.  I'm asking
17  for an interpretation.
18         MR. SHELOWITZ:  You have a
19  document that says certain things.
20     Q.  Now, this document refers to "the
21  Territory."  You provide "throughout the
22  Territory."  What is "the Territory"?
23         MR. SHELOWITZ: I'm just
24  going to make the same
25  objection.  This is a document
```

[70]

```
 1         Jason Pascal
 2  that speaks for itself.
 3         MR. KORIK:  The document
 4  doesn't define Territory.
 5         THE WITNESS: Yes, it does.
 6  If you read it, you would know.
 7         MR. KORIK:  Feel better?
 8         MR. SHELOWITZ:  I object to
 9  that.
10     Q.  Where does it say "Territory"?
11         MR. SHELOWITZ:  That was
12  disrespectful to the witness.
13     Q.  Where is Territory defined?
14     A.  It's in the document.
15     Q.  Okay.  I would like --
16     A.  It's on Page 2 of the document.
17     Q.  Can you read it?
18     A.  Yeah.  Territory means the universe.
19     Q.  Okay.  Thank you.  That's what I was
20  looking for.
21         Does The Orchard collect performance
22  royalties?
23     A.  What type of performance royalties
24  do you mean?
25     Q.  For streaming?
```

[71]

```
 1         Jason Pascal
 2     A.  On the master side or on the
 3  composition side?
 4     Q.  Either one?
 5     A.  Not on the composition side.  Those
 6  aren't our rights to grant.  We don't have the
 7  right to collect those royalties because we
 8  don't trade in compositions.
 9         On the master side, we collect them
10  if we're given the rights to do so by the label.
11     Q.  Were you given the rights to do so
12  in Songs For Dogs and Songs For Cats?
13     A.  We have the rights to distribute by
14  any and all means and media now known or
15  existing in the future.
16         So, if there are performance
17  royalties, we will try to collect them and they
18  will be remitted as we receive them.
19     Q.  Are you aware if performance
20  royalties were collected on behalf of Songs For
21  Dogs and Songs For Cats?
22     A.  Do you mean on the master side or on
23  the composition side?
24     Q.  Both?
25     A.  We never collect on the composition
```

[72]

```
 1         Jason Pascal
 2  side.  It's not our purview.
 3         On the master side, I don't know if
 4  we've gotten anything.
 5     Q.  And where would that information be
 6  available?
 7     A.  From the society that administers
 8  those royalties.  It's called "Sound Exchange."
 9     Q.  And who would report this
10  information to Sound Exchange?  Would it be
11  The Orchard?
12     A.  Which information?
13     Q.  The master royalties?
14     A.  It could be The Orchard or it could
15  be the store.
16     Q.  Okay.  Did anyone at The Orchard
17  take the responsibility for the accuracy of the
18  information contained on third-party stores?
19     A.  What information?
20     Q.  If a track listing was misspelled or
21  an artist's name was misspelled, was there
22  somebody at The Orchard that would oversee that?
23         MR. SHELOWITZ:  Objection.
24         Misspelled where and in what
25  context?
```

[73]

Jason Pascal

1
2     Q.   If Songs For Dogs was listed on
3   iTunes as Songs Cats, missing the word "For,"
4   would somebody at The Orchard correct it?
5     A.   Maybe.
6     Q.   Is there somebody at The Orchard
7   that had that responsibility to oversee and
8   track third-party resalers to make sure that all
9   listings were correct?
10    A.   I don't know.
11    Q.   Does your answer change for 1999
12  through 2000?
13    A.   I don't know.  I didn't work there.
14    Q.   Okay.  If a CD has a listing,
15  specific listing, copyright, let's say, in 2000,
16  how would -- Let's use a particular one, CD
17  Songs For Dogs and Songs For Cats says copyright
18  1996 slash 1997, Anne Bryant and Ellen Bernfeld,
19  how did it become copyright The Orchard on
20  iTunes?
21    A.   I don't know.
22    Q.   Do you find that to be a problem
23  that the iTunes is listing you as the copyright
24  holder?
25       MR. SHELOWITZ:  Objection.

[74]

Jason Pascal

1
2     Q.   Earlier, you said that The Orchard
3   was a record label and you released certain
4   recordings.  How many recordings did The Orchard
5   release?
6     A.   The Orchard acts as record label, on
7   occasion, and very very rare occasion.  We've
8   released, maybe, two records and those have been
9   within the last year, year and a half.
10    Q.   And none of which were Songs For
11  Dogs and Songs For Cats?
12    A.   No, they were not Songs For Dogs and
13  Songs For Cats.
14    Q.   Okay.  Were you ever shown a copy of
15  the Product Representation Agreement?
16    A.   I've seen it.
17       MR. KORIK:  Okay.  Can
18  you show the witness Orchard-1.
19       MR. SHELOWITZ:  He doesn't
20  have the exhibit yet.
21       MR. KORIK:  Oh.
22    Q.   Can you just take a moment to read
23  it.
24    A.   Okay.
25    Q.   Was The Orchard provided with a copy

[75]

Jason Pascal

1
2   of the Product Representation Agreement by Media
3   Right when Media Right entered into the
4   Agreement with The Orchard to distribute Songs
5   For Dogs and Songs For Cats?
6     A.   I don't know.
7     Q.   Do you know if The Orchard keeps a
8   file on -- a paper file on Media Right
9   Productions?
10    A.   Yes.
11    Q.   Would you know if a copy of this
12  Agreement is in that file?
13    A.   It is, currently, because of this
14  litigation.
15    Q.   Prior to this litigation, was a copy
16  of this?
17    A.   Not to my knowledge.
18    Q.   And where is this paper file
19  maintained?
20    A.   In our office.
21    Q.   Is it in the Legal Department or
22  somewhere else?
23    A.   It's not separated like that.  We
24  just have files in an office and they're Legal
25  Department's files.

[76]

Jason Pascal

1
2     Q.   Was that file created, specifically,
3   for the purposes of litigation or you had the
4   file prior to litigation?
5     A.   We have a litigation file and then
6   we have a contract file.
7     Q.   Okay.  Reading this Agreement, does
8   this Agreement grant Media Right Productions the
9   right to grant those rights which we described
10  in Paragraph 3?
11       MR. SHELOWITZ:  I'm going
12  to object.  This is a document
13  that The Orchard is not a party
14  to.  The document speaks for
15  itself.  Mr. Pascal is here as
16  a fact witness, not as a legal
17  advisor or someone to interpret
18  a contract between third party
19  and your client.
20       So, I think that's,
21  completely, out of line and
22  very objectionable.
23       MR. KORIK:  Okay.
24       Can we direct the witness
25  to look at Orchard-6.

[77]

Jason Pascal

1
2    Orchard-6 is an Agreement
3    printed in The Orchard's website.
4        MR. SHELOWITZ:  When?
5        MR. KORIK:  I don't have the
6    exact date written on it, but I
7    don't, actually, know.
8        MR. SHELOWITZ:  Do you know
9    who printed it out?
10        MR. KORIK:  Anne Bryant
11    or Ellen Bernfeld.  I'm pretty
12    sure it's Anne Bryant.
13        THE WITNESS:  Okay.
14        Q.  I would like you to look at Page
15    Number 3.  Who would provide the answers to this
16    information?
17        A.  The licensor.
18        Q.  Okay.  Page 4, who would provide the
19    answers to fill in that information?
20        A.  The licensor.
21        Q.  Who would select the wholesale
22    price?
23        A.  The licensor.
24        Q.  Who would provide the name of the
25    record label?

[78]

Jason Pascal

1
2        A.  The licensor.
3        Q.  Page 5, Track Info, who would
4    provide all of this, track details?
5        A.  The licensor.
6        Q.  Who would provide the ISRC number?
7        A.  The licensor.
8        Q.  And who would provide the
9    performance rights information?
10        A.  The licensor.
11        Q.  And all of this data, what would
12    The Orchard do with it once it was provided by
13    the licensor?
14        A.  Compile it, aggregate it, distribute
15    it along with the recordings.
16        Q.  And, when you say "distribute," who
17    would it distribute to?
18        A.  To its retail partners.
19        Q.  Okay.  So, Exhibit 13, 14, yeah,
20    let's look at 13 and 14.  There's a printout
21    from The Orchard's website from August 25th,
22    2005 and January 29th, 2007.  Looking at
23    Orchard-13, it's a listing for Songs For Dogs
24    from The Orchard's website.
25        Now, the artist here is listed as

[79]

Jason Pascal

1
2    Media Right Productions.  How did Media Right
3    Productions become the artist on that CD?
4        A.  That must have been the data we were
5    provided.
6        Q.  By whom?
7        A.  The licensor.
8        Q.  And.  In this case, would the
9    licensor be Media Right Production?
10        A.  The licensor would be Media Right
11    Productions.
12        Q.  Okay.  And where the label is listed
13    as Media Right, would that information have been
14    provided by Media Right Productions?
15        A.  Yes.
16        Q.  Okay.  Orchard-14, under UPC, where
17    would that UPC number come from?
18        A.  That's assigned by The Orchard.
19    It's an Orchard UPC.
20        Q.  In what circumstances does
21    The Orchard assign a UPC?
22        A.  In every circumstance.
23        Q.  Even if a product already has a UPC?
24        A.  We assign our own UPCs in addition
25    so that we can track the recordings as they come

[80]

Jason Pascal

1
2    in.
3        Q.  Are the recordings tracked for
4    purposes of sales by the original UPC or
5    The Orchard UPC?
6        A.  I believe, physically, they're
7    tracked by the original UPC and, digitally, by
8    ours.
9        Q.  And those sales, are they reported
10    somewhere?
11        A.  Which sales?
12        Q.  Digital or physical?
13        A.  Are they reported somewhere?  Yes.
14        Q.  To whom are they reported?
15        A.  They're reported to us.
16        Q.  Okay.  Any other organizations?
17        A.  The retailers might notify
18    performing right societies depending upon the
19    area of business that they're in or they may
20    not.
21        Q.  Okay.  Who was responsible for
22    securing and maintaining mechanical licenses for
23    Songs For Dogs and Songs For Cats?
24        A.  The licensor.
25        Q.  In this case, that would be Media

[81]

Jason Pascal

1        Jason Pascal
2   Right Productions?
3        A.  Yes.
4        Q.  Are you aware if these licenses were
5   obtained for Songs For Dogs and Songs For Cats?
6        A.  You would have to ask the licensor.
7        Q.  How is it that Mr. Shelowitz is
8   representing The Orchard?
9        A.  In accordance with our arrangement
10  with Media Right, Media Right indemnifies us for
11  third-party claims and Mr. Shelowitz is Media
12  Rights' attorney.
13       Q.  Are you aware of Plaintiffs'
14  document production requests?
15       A.  My attorney is.
16       Q.  But are you?  Did your attorney show
17  them to you?
18       A.  I believe so.
19       Q.  Yes or no?
20       A.  I believe so.
21       Q.  So, you've looked at these
22  documents?
23       A.  Yes, I've seen them.
24       Q.  And the documents you've provided to
25  your attorney, I guess, previously, was

[82]

1        Jason Pascal
2   Mr. Millman or Mitch here, those documents that
3   you provided were responsive to those demands?
4        MR. SHELOWITZ:  Objection.
5        You're getting very close to
6        attorney-client privilege
7        discussions.  I don't know
8        where you're going.  If you want
9        to have a specific question and
10       if you want to show him a
11       document request, if you want to
12       have a specific question about a
13       document, something unrelated to
14       what we communicated with each
15       other or he communicated with
16       Mr. Millman, demands, please do
17       that.  Otherwise, I'm going to
18       caution you.
19       Q.  Okay.  Who showed you the document
20  production request?  Millman or Shelowitz?
21       A.  I don't know the exact dates.  It
22  depends on when you sent it because Millman was
23  the attorney for a time --
24       Q.  Okay.
25       A.  -- and then it changed.

[83]

Jason Pascal

1        Jason Pascal
2        Q.  Okay.  And all the responses, all
3   the documents that were produced, who gathered
4   those?
5        A.  I gathered the documents that my
6   attorney advised me to gather.
7        Q.  Okay.  And were documents withheld
8   on the grounds of privilege?
9        A.  Not to my knowledge.
10       Q.  So, everything that you had that was
11  responsive to the demand was produced?
12       A.  I gathered the documents that my
13  attorney advised me to gather.
14       Q.  Okay.  And where were these
15  documents maintained?
16       A.  The Orchard offices.
17       Q.  Okay.  And is there somebody in
18  charge of maintaining those records?
19       A.  Which records?
20       Q.  The records that we're discussing
21  that you gathered?
22       A.  Well, what was gathered is in
23  various different categories.  So, there are
24  people that are in charge of Finance documents,
25  there are people in charge of Operations and the

[84]

1        Jason Pascal
2   Distribution.  So, they're not - they're not -
3   litigation documents are not --
4        Q.  Okay.
5        A.  -- supervised by one person other
6   than the Legal Department.
7        Q.  All right.  Orchard-8, where does
8   that information come from?
9        A.  The Accounting Department.
10       Q.  Would anybody else besides the
11  Accounting Department have this information?
12       A.  There are other people that would
13  have access to it because it's available,
14  on-line.  So, those that work in that area, the
15  operation of our on-line systems, would be able
16  to see it, but it's maintained by the Accounting
17  Department.
18       Q.  What's your familiarity with
19  Copyright Law?
20       A.  I'm familiar with Copyright Law.
21       Q.  Okay.  Did you practice in the field
22  of Copyright Law?
23       A.  I do practice in the field of
24  Copyright Law.
25       Q.  And, prior to The Orchard, did you?

[85]

```
1              Jason Pascal
2       A.  Yes.
3       Q.  Did you practice in that field?
4           And are you aware that there must be
5   a writing to transfer a copyright?
6           MR. SHELOWITZ:  Objection.
7           This is a fact deposition,
8       this is a fact witness and I
9       don't know where you're going
10      with this or what you want, but
11      the law is what the law is and
12      he's not here to testify about
13      his understanding about Copyright
14      Law.  We have the books and cases
15      and the Court for that.
16          MR. KORIK:  Okay.  I don't
17      have any further questions.
18
19
20              Jason Pascal
21  Sworn to before me this
22      day of
23  2008.
24
25      Notary Public
```

[87]

```
1              Jason Pascal
2       E X H I B I T S
3       (Continued)
4   Plaintiffs'    Description         Page
5   Orchard-10   Three-page document entitled    6
6       "The Orchard, digital stores"
7   Orchard-11   One-page document entitled    6
8       "The Orchard, cd stores"
9   Orchard-12   Two-page document entitled    6
10      "The Orchard, mobile partners"
11  Orchard-13   Two-page document entitled    6
12      "The Orchard, search results"
13  Orchard-14   One-page document entitled    6
14      "The Orchard, release info"
15          * * *
16      REQUEST FOR PRODUCTION
17  Page   Line       Description
18  28     6     Digital CD Distribution Orchard
19                Agreement that the witness uses
20  38     10    A document from The Orchard
21                listing all the channels on
22                which Audio CD titles as of
23                February 1st, 2000 would have
24                been distributed
25
```

[86]

```
1              Jason Pascal
2       E X H I B I T S
3   Plaintiffs'    Description         Page
4   Orchard-1    Product Representation    4
5       Agreement
6   Orchard-2    Two-page fax dated 5/10/07    4
7   Orchard-3    One-page iTunes screen shot    4
8       regarding "Songs For Cats"
9   Orchard-4    One-page iTunes screen shot    5
10      regarding "Songs For Dogs"
11  Orchard-5    One-page Rhapsody screen    5
12      shot regarding "Listen Free    5
13      Songs For Cats"
14  Orchard-6    Ten-page document entitled    5
15      "The Orchard, Digital & CD
16      Distribution"
17  Orchard-7    One-page letter dated 2/1/00    5
18  Orchard-8    Two-page document entitled    5
19      "Songs For Cats - Inception
20      to Q107 By Store"
21  Orchard-9    Two-page document entitled    5
22      "Songs For Dogs - Inception
23      to Q107 By Store"
24
25
```

C E R T I F I C A T I O N

I, Kathryn Lebeau, a Stenotype Reporter and Notary Public within and for the State of New York, hereby certify:

That the witness whose examination is hereinbefore set forth was duly sworn by a Notary Public and that the transcript of examination is a true record of the testimony given by the said witness; and

That I am not related to any of the parties to this action by blood or marriage and I am in no way interested in the outcome of this matter.

Kathryn Lebeau

**A**

able 22:9 84:15
absolutely 15:24
absorbed 10:14 11:11
access 63:6,11,12
  84:13
Accounting 67:17
  84:9,11,16
accuracy 72:17
accurate 22:12
act 58:5
acting 58:7
action 88:15
Activity 63:20 64:5
acts 74:6
add 22:6
addition 79:24
address 4:13 7:5
  43:10
administer 3:8
administers 72:7
advice 9:5 50:11
advised 83:6,13
advisement 28:15
  38:22
advisor 76:17
aggregate 59:9,10
  78:14
ago 58:21
agree 14:9 16:13 18:6
  42:24
AGREED 3:3,12,16
agreement 4:20 26:23
  27:6,10,14,17 28:9
  28:17,20 31:8 32:2
  32:3,11,16,18,20,24
  33:6,7 35:23 37:8
  38:2 42:10 49:22
  55:22 57:19 58:2,24
  62:19 68:6 74:15
  75:2,4,12 76:7,8
  77:2 86:5 87:19
agreements 12:24
  13:2 37:24 53:7
albums 48:4
allow 68:6
allows 68:25
Amazon 60:9,14 61:5
amazon.com 60:15
  60:18
ambiguous 15:22,25
  18:15
amount 62:15,16
  67:13
and/or 55:22,24
Anne 1:4 73:18 77:10
  77:12
answer 8:19 12:4,16

12:17 15:9,10,19
  16:4 21:2 23:21
  32:13 40:14,15
  46:12 51:6,25 52:5
  52:10 54:7,14 65:7
  67:3,4 73:11
answered 23:18,20
  54:5 65:5 68:23
answering 52:13 58:4
  68:19,21
answers 77:15,19
anybody 84:10
anymore 30:12 35:6
  46:23 65:15
anyone's 33:15
appear 30:9
appears 21:5 43:2
appropriate 51:18
approximately 9:16
  25:12,21 26:9
area 80:19 84:14
arrangement 81:9
art 43:2,4,14,23 44:8
  44:13 45:5 68:15
artist 55:4,6 78:25
  79:3
artists 25:12,15,20
  26:24 57:8 59:16
artist's 55:3 72:21
Aside 24:3
asked 20:6 23:18,20
  39:19 53:5 65:7
  68:24
asking 13:8 27:23
  29:12 32:14 37:21
  45:12,24,24 46:10
  49:20 50:3,10,13
  51:22 52:18 54:24
  60:4 65:4 69:7,15
  69:16
asset 19:5
assets 22:2
assign 79:21,24
assigned 79:18
associated 55:8
assume 20:7
assuming 30:17 39:10
  39:20 56:25
assumptions 39:22
  57:5
assure 33:8,12
attachments 36:13
attendance 8:4
attention 33:22
attorney 18:22 49:12
  51:10 81:12,15,16
  81:25 82:23 83:6,13
attorneys 2:5,12 3:4

9:9,10,12,15
attorney-client 51:14
  82:6
audio 37:5,10,16,22
  38:7,18 39:13 40:18
  66:16 87:22
August 78:21
Australia 64:24
Austria 65:2
authorized 3:8
available 61:7,11
  72:6 84:13
Avenue 1:19 2:6 4:14
  7:6
aware 36:18,21 71:19
  81:4,13 85:4
a.m 1:13

**B**

B 86:2 87:2
back 47:24 49:2 68:5
background 7:9
band 13:10
based 50:4
basis 50:22 57:5
  64:19
began 42:20 58:24
behalf 4:3 14:11,13
  71:20
believe 21:16 31:10
  33:2 62:7 65:13
  66:10 80:6 81:18,20
Bernfeld 1:4 73:18
  77:11
better 70:7
beyond 35:21
biographical 55:24
blood 88:15
Book 40:18
books 85:14
bottom 9:3
box 67:19
boxes 65:5
brand 55:6
break 49:2
BRODER 2:11
Brooklyn 7:12,17
Bryant 1:4 73:18
  77:10,12
business 7:5 11:16
  59:8 65:3,11,12
  80:19
businesses 59:8,10
buy 22:9

**C**

C 2:1,15 4:2 88:1,1
called 10:15 17:6

22:9 40:18 72:8
caller 24:10
calls 24:10
Canada 66:13
careful 49:24 50:7
case 8:8 79:8 80:25
cases 85:14
categories 83:23
Cats 5:3,10,19 17:6
  19:8 20:12 21:4,7
  24:24 25:8 36:19
  41:7 42:16 46:21,25
  47:5,16 56:9 57:12
  57:17,23 58:6,11
  60:19 61:23 71:12
  71:21 73:3,17 74:11
  74:13 75:5 80:23
  81:5 86:8,13,19
caution 82:18
cd 5:13 6:7 11:21
  12:6,9 23:11 24:3
  27:5,9,13 28:8 36:5
  36:9 37:5,16,22
  38:18 39:6,13,21
  40:13,17,19 42:24
  46:2,3 73:11,16
  79:3 86:15 87:8,18
  87:22
CDs 12:18 22:9 24:12
  37:10 38:7 39:5,19
  41:11 42:11,18,22
  48:2 60:9,13
CD-ROM 36:11
cease 46:24
cents 14:9 15:5 19:17
  19:22,23 63:22
certain 40:17 49:21
  53:8 62:15 69:19
  74:3
certainly 48:13 51:12
  51:21
certify 88:6
cetera 55:23 56:2
  59:19
change 73:11
changed 26:14 29:14
  61:10 82:25
channels 38:4,7,17
  41:13 48:7,8,9
  87:21
charge 83:18,24,25
check 15:3 62:21
checks 62:25
circa 26:24
circle 18:5,8,18,21
  19:4
circumstance 79:22
circumstances 79:20

City 1:24
claims 81:11
clearly 55:9
client 29:3,6,10 30:5
  30:10,25 51:11
  76:19
clients 62:24 63:4,4,5
close 52:7 82:5
collect 70:21 71:7,9
  71:17,25
collected 71:20
column 67:5
column-by-column
  67:7
come 25:7 40:8 79:17
  79:25 84:8
communicated 82:14
  82:15
companies 15:13
  22:24
company 8:2 9:6,25
  10:5,15,19,21 11:2
  11:7,9 21:17 24:19
  30:18 49:19 51:20
  61:11 66:19 69:12
company's 22:8
compare 35:13
competitor 10:14
  11:11
Compile 78:14
Complaint 8:7,11
complete 24:17 68:12
  68:14
completely 76:21
composition 71:3,5
  71:23,25
compositions 71:8
conclusion 17:14
concrete 12:4 24:20
  37:20
confidential 15:11
configuration 23:10
  23:12
configurations 23:14
consumer 13:20
  19:21
contained 72:18
containing 36:11
content 11:18 12:22
  13:3,6,16,20,25
  22:15,16 29:4 30:25
  33:4,17 34:11,19
  39:8 43:16 59:11
  63:7
context 45:23 72:25
Continued 87:3
contract 30:20 76:6

76:18
converted 40:19
converting 47:13
converts 44:20
COOL 1:8
copy 26:22 28:16,19
  45:16,17,21,22,24
  45:25 46:4,4,4,5,5
  74:14,25 75:11,15
copyright 17:8,25
  18:20 19:5 33:15
  73:15,17,19,23
  84:19,20,22,24 85:5
  85:13
copyrights 33:10
corporation 10:7
corporations 10:12
correct 45:14 61:14
  73:4,9
corrections 3:17
correctly 39:17
costs 14:8
counsel 7:4 49:19
count 23:25
counted 64:16
Court 1:3 10,20 4:9
  4:12 85:15
cover 43:2,4,14,23
  45:5 68:15
created 76:2
current 68:22
currently 47:8 75:13

**D**

DA 67:15,16,18
Darienne 2:18
data 55:8,11,12,13,14
  55:15,20 56:5 58:13
  58:15,17,19,22 59:9
  59:11,13,15,20 60:5
  60:6 61:9,12,13,18
  63:11,16,18 64:12
  78:11 79:4
date 47:6 58:23 61:16
  77:6
dated 4:23 5:16 86:6
  86:17
dates 82:21
day 1:20 47:2 85:22
day-to-day 8:23
dealing 51:13
deals 15:12
decisions 9:7
deem 51:17
Defendant 1:16 4:3
Defendants 1:10 2:12
define 70:4
defined 70:13

Delaware 10:12
deliver 43:24 44:2,3,5
delivers 47:19,20
demand 28:13 83:11
demands 82:3,16
denotes 19:5
Department 8:25 9:8
  9:9 45:11 75:21
  84:6,9,11,17
Department's 75:25
depending 22:18
  80:18
depends 41:16 82:22
deposition 3:6,7 85:7
described 42:24 76:9
Description 86:3 87:4
  87:17
details 78:4
detergent 55:6
different 22:25 23:2
  23:13 35:5,7,19,20
  64:18 65:3,10 83:23
digital 5:13 6:3 11:18
  22:17,19,20 26:12
  27:5,9,13 28:8
  36:20 39:8 42:6
  44:9,14 45:16,21
  46:5 47:13,14 61:2
  67:9 80:12 86:15
  87:6,18
digitally 36:5,9,10
  42:19 61:24 80:7
digitized 45:6
direct 24:21 33:21
  63:24 76:24
directed 36:23 67:3
direction 9:5
Directly 13:20
disagree 17:20
discs 37:11
discuss 49:11 51:5
discussing 42:21
  43:13 53:3 83:20
discussions 82:7
disrespectful 70:12
distribute 12:6,23
  13:19 20:11,15 22:2
  24:8 36:7 40:9
  41:22,24 46:16,18
  46:20 48:5 71:13
  75:4 78:14,16,17
distributed 12:9 37:6
  37:16,19,22,25
  38:20 39:14,18 41:7
  41:10,14 47:14,22
  48:4,23 53:3,4,5,6
  59:3 60:20 87:24
distributes 13:16,25

33:9,14
distributing 37:10
  38:7 46:25 47:4
distribution 5:13
  11:18,19 21:19,19
  21:22,25 27:6,10,13
  28:8 37:7 38:4,7
  39:25 40:6 47:9
  48:7,8,9 84:2 86:16
  87:18
distributor 22:15
distributors 59:14
DISTRICT 1:1,2
DMGI 10:15
DMS 67:8
document 5:12,18,22
  6:2,6,10,14,18
  17:14,18 19:7 25:9
  28:3,5,13,25 29:5,9
  29:25 30:5,9,10,16
  31:2,12,19,21,23
  32:3 34:5 37:13
  38:16 41:21 48:16
  50:4,23 52:4 62:9
  68:6,10 69:4,6,13
  69:19,20,25 70:3,14
  70:16 76:12,14
  81:14 82:11,13,19
  86:14,18,21 87:5,7
  87:9,11,13,20
documentation 35:18
documents 8:5 20:22
  33:7 35:6 81:22,24
  82:2 83:3,5,7,12,15
  83:24 84:3
Dogs 5:6,23 20:12
  36:19 41:6 42:16
  46:20,25 47:5,16
  56:9,17 57:12,17,24
  58:6 60:18 61:22
  64:4 71:12,21 73:2
  73:17 74:11,12 75:5
  78:23 80:23 81:5
  86:10,22
doing 17:18 53:24
  54:2 66:10
dollar 67:13
DOUGLAS 1:8
download 14:9 15:4
  42:7 66:5,7,8 67:11
  67:13,24
downloaded 19:16
downloads 19:21
  24:14 64:8,10,17
  65:25 68:13
DR 67:23
drafted 62:8
drive 36:15 46:3

DT 67:10,12
duly 4:5 88:9

**E**

E 2:1,1 86:2 87:2 88:1
earlier 21:18 41:13
  42:22 48:17 52:17
  53:2 74:2
early 22:8
educational 7:8
effect 3:9,19 42:10
either 26:16 33:19
  36:5 71:4
electronic 36:16 44:7
Ellen 1:4 73:18 77:11
employed 9:20 36:25
eMusic 63:19 64:4,22
encoding 47:9,11,12
  47:15
endorsed 55:4
endorsement 55:3
endorses 55:6
English 34:7
entered 75:3
ENTERPRISES 1:9
  1:17 4:4
entire 32:24
entitled 5:12,19,22
  6:2,6,10,14,18
  86:14,18,21 87:5,7
  87:9,11,13
entity 13:9 21:12,14
ESQ 2:8,15
ESQS 2:4
established 67:20
et 55:23 56:2 59:19
EUROPADISK 1:7
exact 23:24 48:3 53:2
  77:6 82:21
exactly 10:19 42:20
  47:6 67:18 68:24
examination 1:16
  3:17 4:17 6:21 88:8
  88:11
examined 4:7
example 11:20,21
  13:5 23:3 24:20
  53:19,23 59:23
exchange 55:10 72:8
  72:10
exclusive 13:3
exhibit 4:18,22,25 5:4
  5:7,11,15,18,21,25
  6:5,9,13,17 16:7,10
  16:11,24 31:25 32:8
  63:25 74:20 78:19
exhibits 16:21 43:4
exist 65:15

existing 42:8 71:15
exists 66:20
expect 46:11
explain 30:8 50:19
  54:25 55:15
exploit 41:24 68:16
  68:17
expression 19:6
extent 9:4 47:10
E-mail 36:12
E-stores 42:5 43:16

**F**

F 88:1
fact 33:17 39:10
  44:17 76:16 85:7,8
false 19:24
familiar 18:7,17,19
  29:17,21 30:13
  46:13 84:20
familiarity 84:18
far 62:3
fax 4:22 86:6
February 1:13,20
  38:19 87:23
feel 35:20 51:25 52:6
  58:4 70:7
field 84:21,23 85:3
file 44:14 75:8,8,12
  75:18 76:2,4,5,6
files 36:12 40:17
  75:24,25
filing 3:5
fill 8:17 77:19
Finance 61:20 67:16
  83:24
find 73:22
first 4:5 17:16 33:25
  34:2 41:23 43:20
  61:14 67:8
five 58:21
fixed 36:9
Floor 2:13 4:15 7:6
follow 41:10
follows 4:8
force 3:9,19
form 3:13 9:19 10:23
  12:8,12 13:18 14:18
  15:8 16:20 18:11
  19:6,12,20 22:20
  25:10,24 27:8,12,16
  27:20 29:8 30:3
  34:15 36:8 44:12,16
  46:7 53:22 56:4
  69:4
format 23:5,6 24:4
  39:7 40:18,20
formats 22:25 23:2

**forms** 21:22,24 22:16
22:17 24:5,7 47:13
**forth** 88:9
**found** 47:2
**foundation** 13:18
14:22 18:16 20:10
45:3
**free** 5:9 54:21 64:16
65:25,25 66:5,7
86:12
**front** 44:10
**FTP** 36:17
**full** 48:3 63:11
**further** 3:12,16 85:17
**future** 42:8 71:15

**G**

**gather** 83:6,13
**gathered** 83:3,5,12,21
83:22
**general** 9:5 34:22
43:14,23 65:19
**generally** 24:13 45:7
**generate** 21:6
**generated** 67:21
**getting** 20:7 82:5
**gigantic** 25:15
**give** 13:5 16:21 24:20
32:12 45:2 48:21
49:25 53:19,23
54:20 59:22
**giveaways** 64:17
**given** 68:7 71:10,11
88:12
**gives** 50:19 52:19,20
53:11
**giving** 52:2
**GLORYVISION** 1:4
**go** 7:13 11:9 39:6
44:8 51:5 64:22
**goes** 15:5 19:23,24
42:2 55:8
**going** 10:22 11:23
15:22 34:4 37:10
46:8 47:24 67:7,10
68:5 69:24 76:11
82:8,17 85:9
**gotten** 72:4
**Gourmet** 19:17,22
**graduate** 7:16
**Grand** 2:6
**grant** 34:20 71:6 76:8
76:9
**Grey** 2:18
**grounds** 83:8
**group** 55:22
**grown** 26:19
**guess** 60:25 81:25

**H**

**H** 86:2 87:2
**half** 74:9
**hall** 51:6
**Hamilton** 1:19
**handful** 47:25
**handle** 9:2
**hand-delivered** 40:4
**happen** 22:11
**happy** 12:17 16:5
38:25
**hard** 36:15 46:3
**hear** 24:11
**hearing** 24:11
**held** 1:18 10:21
**help** 32:11,12
**helpful** 65:24
**hereinbefore** 88:9
**hereto** 3:5
**He'll** 16:4
**hired** 8:17
**history** 22:8 60:10,11
**hit** 62:14
**hold** 57:7
**holder** 73:24
**holds** 66:12
**huge** 25:14
**hundreds** 14:4,4
22:24,24 23:3
**hypothetical** 11:21
12:2 15:16 20:6

**I**

**identification** 4:21,24
5:3,7,10,14,17,21
5:24 6:4,8,12,16,20
20:22 27:25 28:3,24
49:21
**identify** 15:18 16:23
20:22 27:25 28:3,24
49:21
**image** 43:15 44:9
56:16
**images** 43:4,21,22
55:23
**imply** 55:4
**inception** 5:19,23
61:13,16 86:19,22
**include** 21:20 61:25
62:5
**included** 42:5
**including** 41:25 68:15
**incorporated** 10:9
**indemnifies** 81:10
**indicate** 61:2
**indication** 17:22,24
**industry** 23:8
**info** 6:19 78:3 87:14
**information** 15:11
55:24 56:8,20 59:2

61:7 72:5,10,12,18
72:19 77:16,19 78:9
79:13 84:8,11
**infrequently** 24:13
**infringe** 33:9
**infringement** 34:13
34:17
**infringing** 33:15
**instance** 55:3,5 63:19
**interested** 88:16
**Internet** 8:2 22:25
24:15 42:6
**interpret** 76:17
**interpretation** 69:8
69:17
**investigate** 35:21,25
**ISRC** 78:6
**issue** 51:14 62:22
63:6
**issues** 9:2
**iTunes** 5:2,5 14:2,8
14:12,15,23 15:2
16:14 17:3,5 19:9
19:23 20:16 21:3,8
21:11 39:7 56:19
57:2 59:24 64:24
65:2,3 73:3,20,23
86:7,9

**J**

**J** 1:9 4:2
**January** 78:22
**Jason** 1:17 4:1,11 5:1
6:1,25 7:1 8:1 9:1
10:1 11:1 12:1 13:1
14:1 15:1 16:1 17:1
18:1 19:1 20:1 21:1
22:1 23:1 24:1 25:1
26:1 27:1 28:1 29:1
30:1 31:1 32:1 33:1
34:1 35:1 36:1 37:1
38:1 39:1 40:1 41:1
42:1 43:1 44:1 45:1
46:1 47:1 48:1 49:1
50:1 51:1 52:1 53:1
54:1 55:1 56:1 57:1
58:1 59:1 60:1 61:1
62:1 63:1 64:1 65:1
66:1 67:1 68:1 69:1
70:1 71:1 72:1 73:1
74:1 75:1 76:1 77:1
78:1 79:1 80:1 81:1
82:1 83:1 84:1 85:1
85:20 86:1 87:1
**Jersey** 2:7
**Justice** 3:10
**J-A-S-O-N** 6:25

**K**

**Kathryn** 4:5 88:4,25
**keeps** 75:7
**kind** 17:22 20:10 50:2
**know** 10:4 20:18
23:24 24:17 25:4,10
25:14,20 26:2,11
31:3 34:24 35:2,10
36:24 40:7,11 41:5
42:18,19 44:25 45:2
45:5,9,23 46:7,10
47:6,17,21 48:3,12
57:3,13 58:12,23,25
59:7,8,9,11 60:7
61:3,9,11,17,19
62:3,8,10,18 63:8
63:10,19 64:9 66:14
66:17,18 67:17 68:4
70:6 72:3 73:10,13
73:21 75:6,7,11
77:7,8 82:7,21 85:9
**knowledge** 22:10
46:22 75:17 83:9
**known** 42:8,15 71:14
**knows** 35:11 39:20
44:25 56:25
**KORIK** 2:8 6:22
12:13 14:19 15:20
15:24 16:6,9 17:11
17:17,23 18:12 20:3
20:19 23:19 24:21
26:18 27:21 28:6,22
31:11,18 37:14
38:10,15 39:4,12
43:7,13 44:19 45:19
49:8 50:9,15 51:3
51:22 52:9,16 54:3
54:6 56:22 57:14
64:2 66:6 69:9,15
70:3,7 74:17,21
76:23 77:5,10 85:16

**L**

**L** 4:2
**label** 8:3 11:22 12:5
13:9 24:25 25:3,5,8
57:8,23 58:6,8,10
63:7 71:10 74:3,6
77:25 79:12
**labels** 25:22 26:9,24
**LAMB** 2:3
**laundry** 55:6
**law** 7:10,17 18:20
84:19,20,22,24
85:11,11,14
**lawyer** 69:7,10
**Lebeau** 4:6 88:4,25
**left** 49:10 51:5

**legal** 8:25 9:2,8,9
17:14 18:24 49:22
50:2,11 52:2 69:6
69:16 75:21,24
76:16 84:6
**letter** 5:16 31:17 32:6
32:8 33:5 36:22
37:4,18 38:24 39:2
39:12 64:3 86:17
**let's** 43:19 64:22
73:15,16 78:20
**license** 12:24,25
**licensees** 13:4
**licenses** 80:22 81:4
**licensor** 56:7,10
77:17,20,23 78:2,5
78:7,10,13 79:7,9
79:10 80:24 81:6
**limitation** 42:2
**limited** 42:5 60:4
**line** 76:21 87:17
**line-by-line** 64:22
**list** 13:23 24:17 38:9
38:11,13 48:2 58:10
65:23
**listed** 24:25 37:5,7,16
73:2 78:25 79:12
**Listen** 5:9 86:12
**listing** 38:17 56:20
58:13 59:2 61:21
66:3 72:20 73:14,15
73:23 78:23 87:21
**listings** 73:9
**litigation** 47:3 75:14
75:15 76:3,4,5 84:3
**LLP** 2:11
**loaded** 57:4
**long** 8:13
**longer** 66:20
**look** 16:11 24:22
49:20 52:3 60:21,23
67:4 76:25 77:14
78:20
**looked** 20:18 67:5
81:21
**looking** 13:9 16:18
17:2 19:8 20:25
24:23 56:11 64:3
70:20 78:22
**looks** 32:21 33:20

**M**

**mail** 40:2
**Main** 1:24
**maintained** 75:19
83:15 84:16
**maintaining** 80:22
83:18

major 8:3
making 17:13
**Management** 9:4
61:10
map 65:5
**MARCHISIO** 2:4
marked 4:20,23 5:3,6
5:10,14,16,20,24
6:3,7,11,15,19
31:24 32:6,8
marketing 47:10
marriage 88:15
master 71:2,9,22 72:3
72:13
material 33:9,14
matter 88:17
**MAXWELL** 1:8
mean 10:18 18:18
29:13,13 36:11 37:9
38:13 40:2 42:9
43:17 53:24 54:19
55:15,20 58:7 63:17
70:24 71:22
meaning 42:18 68:13
means 41:25 42:13,15
43:25 44:3,5 47:14
54:22 55:2,7 67:19
68:4,18 70:18 71:14
meant 57:16
mechanical 80:22
media 1:7,8 12:18
21:17 22:20 23:14
24:5,6 26:14 28:17
31:8 32:4,9,16,24
33:4 36:9,19,20
41:25 42:13,15
46:14,16 47:8,18,19
47:22 48:11,12
56:12 57:11,13,20
62:11,21 63:8,14,15
68:7,18 71:14 75:2
75:3,8 76:8 79:2,2,9
79:10,13,14 80:25
81:10,10,11
members 9:13
memberships 64:16
merge 10:13
merger 10:10,17
11:10,12
**MICHAEL** 2:8
**Michigan** 7:15
middle 49:10
million 25:19 64:10
**Millman** 82:2,16,20
82:22
minimum 62:15
minimums 62:17,18
minutes 49:3

missing 73:3
misspelled 72:20,21
72:24
misspoke 57:15
**Mitch** 82:2
**MITCHELL** 2:15
mobile 6:11 22:24
24:14 87:10
model 65:12 66:17
models 65:4,11
moment 74:22
**MONAGHAN** 2:3,3
money 54:17
Montvale 2:7
**MP3** 23:3 24:3 40:13
**MP3s** 22:21 24:4
36:12 41:12
**MSN** 65:9
music 8:2 65:9 66:16
67:9
musical 23:14
musician 13:10
musicians 26:24
Musicmatch 65:14,15
MusicNet 65:18 66:3
66:12

**N**

N 2:1 4:2 88:1
name 4:10 6:23 21:16
55:3,21,22 72:21
77:24
names 55:23 56:2
59:16,17,22 65:22
naming 65:22
nature 11:16
necessarily 12:20,21
necessary 51:18
need 34:6 35:20
needs 9:5
never 22:5,12,13 28:4
28:10 65:16 71:25
new 1:2,19,21,24,24
2:7,14,14 4:7,15,15
7:6,7 8:17 10:11
47:20 88:6
Notary 1:20 3:18 4:6
85:25 88:5,10
note 49:9,16 50:6
noted 50:10
Notice 1:18
notify 80:17
November 11:10,13
Now/Full 66:16
number 19:16 23:24
25:14,15 48:3 59:4
64:6 77:15 78:6
79:17

numbers 66:24

**O**

O 4:2 88:1
oath 3:8
object 10:23 11:24
34:5 50:22 70:8
76:12
objection 8:18 9:18
12:7,11 13:17 14:17
15:7 16:19 17:10,12
18:10,23 19:11,19
20:2,4 23:17 25:11
25:23 26:7,15 27:7
27:11,15,19 29:7
30:2 33:11 34:14
37:12 39:9 44:11,15
45:18 46:6 53:21
56:3,21,23 58:16
68:9 69:3,25 72:23
73:25 82:4 85:6
objectionable 51:10
objections 3:13
obligation 35:24
obtain 12:22 30:10
35:22 55:12,16,18
55:19,25 56:5,8,19
58:15 59:2
obtained 30:24 81:5
obviously 49:25
occasion 57:9 74:7,7
office 75:20,24
officer 3:8
officers 10:16,18
offices 1:18 83:16
Oh 7:20 29:15 74:21
okay 7:8,13,16 8:4,7
8:10,13,23 9:14,25
10:7,13,16 11:15
12:5,25 13:14,23
14:6,8 15:20 16:16
17:4 18:7 19:7
20:14 21:6,10,14
22:14 23:4,9,13
24:19 25:21 26:5,8
26:22 27:21 28:6,14
28:19 29:5 30:8,13
30:22 31:4 33:18,21
35:4,17 36:4,25
37:14,18,21 38:3,6
38:21 40:3,12 41:18
42:3,21 43:2,9,25
44:8 45:16 46:24
48:5 49:5 50:9
53:12,17 54:19,23
55:11,25 56:11
57:11 58:14,21 60:8

60:23 61:7,16,21
62:23 63:18 64:15
65:14 66:16 67:20
67:25 68:5,25 70:15
70:19 72:16 73:14
74:14,17,24 76:7,23
77:13,18 78:19
79:12,16 80:16,21
82:19,24 83:2,7,14
83:17 84:4,21 85:16
old 27:9 61:9
once 78:12
ones 44:10
one-page 4:25 5:5,8
5:16 6:5,17 86:7,9
86:11,17 87:7,13
on-line 63:5,5,13
84:14,15
open 49:11 51:7
operation 84:15
operational 40:14
operationally 43:17
43:20 55:19
**Operations** 45:10
83:25
opinion 16:17 19:2
45:17 50:2,11,13
52:3,18 69:16
opinions 16:21 18:25
**Orange** 1:18,23
**Orchard** 1:8,16 4:4
5:13 6:3,6,10,14,18
7:3,22 8:14,17,24
9:17,21 10:17,25
11:6,17 12:10,19,19
12:22 13:15,19,24
14:13,14,23,25 15:6
17:9,25 18:4 19:13
19:18,24 20:7,11,15
21:6,23 22:3,13,14
23:15 24:7 25:2,2,5
25:7,13 26:10,13,23
27:5,18,24 28:8,17
29:3,3,4,6,10,22,24
30:4,5,10,17,24
31:7,9 32:4,9,17,21
32:25 33:5,8,13
34:11,16 36:5,7
37:2,6,9,15,20,22
38:5,17 39:24 40:5
40:8,22 41:2,4,7
42:15 44:17,20
45:13 47:7,15,22
51:16 53:4 55:12
57:7,16,18,18,22
58:5,11,17 59:3,13
60:8,19,20,25 68:11
69:2 70:21 72:11,14

72:16,22 73:4,6,19
74:2,4,6,25 75:4,7
76:13 78:12 79:18
79:19,21 80:5 81:8
83:16 84:25 86:15
87:6,8,10,12,14,18
87:20
**Orchard's** 62:23 77:3
78:21,24
**Orchard-1** 4:19
74:18 86:4
**Orchard-10** 5:25
87:5
**Orchard-11** 6:5 87:7
**Orchard-12** 6:9 87:9
**Orchard-13** 6:13
78:23 87:11
**Orchard-14** 6:17
79:16 87:13
**Orchard-2** 4:22
28:23 32:22,23 33:6
33:19,23,25 41:22
48:16 62:8 68:5
86:6
**Orchard-3** 4:25 16:7
16:10 43:3 86:7
**Orchard-4** 5:4 43:3
56:11,12 86:9
**Orchard-5** 5:8 24:22
43:3 58:10 86:11
**Orchard-6** 5:11 27:4
76:25 77:2 86:14
**Orchard-7** 5:15
32:15,16,23 33:6,19
36:22 37:16 86:17
**Orchard-8** 5:18
20:20 21:2 60:24
84:7 86:18
**Orchard-9** 5:22
20:21 60:24 64:2
86:21
order 51:19
organizations 13:15
80:16
original 80:4,7
outcome 88:16
oversee 72:22 73:7
owner 13:6
owners 13:3

**P**

p 2:1,1 4:2 18:8,18,21
19:4
page 33:24,25 41:23
70:16 77:14,18 78:3
86:3 87:4,17
paid 14:14,23,25
**PALLADINO** 1:9

paper 63:2,6,9 75:8
    75:18
paragraph 33:23
    41:23 42:3 48:19,21
    50:19 52:15,17,19
    54:3 68:25 76:10
paramount 51:13
Pardon 16:8
Park 4:14 7:6
part 8:25 9:3,6
particular 25:9 28:4
    30:16 55:5 60:6
    73:16
parties 3:5 13:21,22
    13:24 88:15
partners 6:11 78:18
    87:10
party 21:11 76:13,18
Pascal 1:17 4:1,11 5:1
    6:1,25 7:1 8:1 9:1
    10:1 11:1 12:1 13:1
    14:1 15:1 16:1 17:1
    18:1 19:1 20:1 21:1
    22:1 23:1 24:1 25:1
    26:1 27:1 28:1 29:1
    30:1 31:1 32:1 33:1
    34:1 35:1 36:1 37:1
    38:1 39:1 40:1 41:1
    42:1 43:1 44:1 45:1
    46:1 47:1 48:1 49:1
    50:1 51:1 52:1 53:1
    54:1 55:1 56:1 57:1
    58:1 59:1 60:1 61:1
    62:1 63:1 64:1 65:1
    66:1 67:1 68:1 69:1
    70:1 71:1 72:1 73:1
    74:1 75:1 76:1,1,5
    77:1 78:1 79:1 80:1
    81:1 82:1 83:1 84:1
    85:1,20 86:1 87:1
Pascal's 49:18
passed 21:11
password-protected
    63:14
pause 26:6
pay 62:11
payment 62:15
pays 19:22
Penn 2:13
people 9:17,20 10:4
    83:24,25 84:12
perform 47:15
performance 70:21
    70:23 71:16,19 78:9
performed 40:21,25
    41:3
performing 80:18
period 8:3 20:13,14

Perlman 36:23,23,25
    39:6
Permanent 24:14
person 84:5
photographs 55:23
    56:2 59:18
physical 12:18 22:17
    36:8,19 37:11 40:13
    41:11 42:11 45:22
    46:3 60:9,13 61:3
    62:5 80:12
physically 42:17 44:7
    80:6
pick 26:16
places 59:5
Plains 1:19
Plaintiffs 1:5 2:5 4:18
    4:21,24 5:4,11,15
    5:17,21,25 6:4,8,12
    6:16 81:13 86:3
    87:4
Plaintiff's 5:7
Plaza 2:13
please 4:9 28:24 49:2
    49:14 82:16
point 17:20 22:3,7
    30:20 39:15
portion 19:23 21:10
    32:18
portions 65:11
position 8:17
possession 31:8
possible 31:5,6
practice 7:25 62:23
    68:11 84:21,23 85:3
practices 58:13 64:18
present 2:18 4:13
    33:19
President 7:4
pretty 22:12 45:19
    77:11
previously 81:25
pre-existing 33:10
price 19:10,13 77:22
printed 77:3,9
printout 78:20
prior 4:17 10:17
    68:19 75:15 76:4
    84:25
privilege 51:15,20
    82:6 83:8
privileged 51:23
problem 12:14 14:20
    18:13 73:22
procedure 34:22,23
    34:25 35:4,5,7,10
    35:12,16
procedures 29:14,21

process 30:21 40:21
    40:25 41:3 44:19,22
    47:12
produced 30:17,18
    31:14 69:9,11 83:3
    83:11
product 4:19 19:14
    25:3 44:9 48:22
    55:4 68:6 74:15
    75:2 79:23 86:4
production 79:9
    81:14 82:20 87:16
Productions 1:8
    46:14,17 47:8 56:13
    62:12 75:9 76:8
    79:2,3,11,14 81:2
products 20:15 47:21
    53:3 59:2 62:4
professional 55:22
profit 19:18
prominent 23:3
promotional 64:15
protect 51:19
provide 21:25 29:21
    47:8 58:17,19,22
    59:9,10,13,20 62:24
    64:13 69:21 77:15
    77:18,24 78:4,6,8
provided 20:10,23
    46:19 60:25 61:18
    62:20 74:25 78:12
    79:5,14 81:24 82:3
provider 29:4 33:17
    34:11,19 63:7
providers 39:8 66:2
provisions 33:3 49:21
public 21:3 18 4:6
    11:9,11,12 85:25
    88:5,10
publicly 10:21
publicly-held 10:21
    10:25 11:6
purchase 68:14
purporting 56:17
purports 19:8
purposes 46:4 76:3
    80:4
pursuant 1:18 37:23
    37:25 53:7 57:19
purview 72:2
put 38:24 49:17
P-A-S-C-A-L 6:25

—— Q ——
quarter 61:14
Quarterly 62:13
question 8:20 11:25
    12:14,16 14:20

    15:16 16:2,4 20:6
    21:3 23:22 26:4
    35:15 37:17 38:14
    39:23 44:24 45:4,24
    49:7,11,13,15 51:2
    51:3,7 52:2,5,10,13
    52:22,23 53:2,22
    54:7 57:6,21,22
    58:4 65:21 68:19,22
    82:9,12
questions 10:24 12:4
    15:23 32:14 65:4
    85:17
Q107 5:20,23 86:20
    86:23

—— R ——
R 2:1 88:1
rare 74:7
rate 15:4
RB 67:25
read 34:2,7,8 39:17
    48:19 49:15 50:16
    52:15,16 70:6,17
    74:22
readback 68:23
reading 17:17 55:21
    76:7
reads 37:5
really 25:25 50:4
realm 18:20
RealNetworks 66:21
    66:22
receive 19:18 22:18
    40:5 41:19 63:8
    71:18
received 39:19,24
    40:10 41:17,20
receives 39:21
Recess 49:4
record 4:10 6:24
    11:22 12:5 13:9
    24:25 25:2,5,8
    26:23 34:3 49:9,18
    57:8,23 58:5,8,10
    66:5,6 74:3,6 77:25
    88:11
recorded 63:18
recording 68:14
recordings 36:4
    40:12 41:24 42:4
    44:4,6 46:18 47:20
    53:16,19 54:16,18
    54:20 55:8 68:12,17
    74:4,4 78:15 79:25
    80:3
records 57:10 68:12
    74:8 83:18,19,20

Red 40:18
referred 48:17
refers 69:20
reflect 63:21 66:24
regarding 5:2,5,9
    86:8,10,12
related 88:14
relates 51:15
release 6:19 57:11,16
    57:23 74:5 87:14
released 57:9 74:3,8
rely 64:12
remember 48:2 52:25
remitted 71:18
removed 43:19
repeat 49:13 54:13
replace 8:16
replaced 8:21
report 65:13 66:11,22
    72:9
reported 64:20 66:2
    66:18 80:9,13,14,15
Reporter 4:9,12 88:4
Reporting 1:19,23
represent 25:13
    26:10
representation 4:19
    33:16,18 34:10,19
    74:15 75:2 86:4
representative 69:12
representing 81:8
request 28:7 38:16
    39:3 82:11,20 87:16
requests 38:23 81:14
reread 49:6 52:21
resalers 43:16 59:14
    73:8
reserved 3:13
respective 3:4
respond 38:25
responses 83:2
responsibilities 8:24
responsibility 72:17
    73:7
responsible 80:21
responsive 82:3 83:11
rest 32:19
restate 65:20
restriction 53:11
restrictions 48:11,12
    48:15,22 50:20
    52:19,20 53:8,9,13
    53:14 54:9,10
restricts 53:24 54:2
results 6:15 87:12
retail 78:18
retailer 21:25 22:4,13
    64:21

retailers 22:2 80:17
retailer-by-retailer
64:19
revenue 21:7,10
67:21
reverse 11:12
review 8:5,10
Rhapsody 5:8 24:24
39:7 58:9,14,18,20
58:22,24 59:2 86:11
Rhapsody's 58:12
right 1:7 21:17 24:5,6
28:17 31:9 32:4,9
32:13,16,24 33:4
34:8,20 42:4 46:13
46:14,16 47:8,18,19
47:22 48:11,13 51:8
53:10 55:21 56:13
57:11,13,20 62:11
62:21 63:8,14,15
68:7,16 71:7 75:3,3
75:8 76:8,9 79:2,2,9
79:10,13,14 80:18
81:2,10,10 84:7
rights 21:13,15 22:18
24:14 25:19 34:21
41:16,18,20 42:7,12
53:15 55:18 57:19
57:25 71:6,10,11,13
76:9 78:9 81:12
rights-wise 43:18
ring 23:4,6,9,10 24:3
24:9 41:12 61:25
67:24
ringback 24:10,12
ringbacks 24:9 62:2
68:2
ring-ring 24:11
ripped 45:6 46:2
ripping 42:22,23,24
Rockland 1:18,23
royalties 70:22,23
71:7,17,20 72:8,13
royalty 62:25
RUSSELL 1:9
R-I-G-H-T 21:17

S

S 2:1 4:2,2 67:6,20,20
86:2 87:2
safeguards 34:12
sales 20:24 61:3,4
62:6 64:20 80:4,9
80:11
Sam 36:23,23,25 39:6
39:19
saying 18:6 54:24
says 17:24 18:3,3

37:18,19 39:16,17
50:14 55:9 56:12,13
61:13 62:19 63:20
69:19 73:17
scanned 45:6
school 7:10
screen 5:2,5,8 16:14
17:2 20:8 24:23
86:7,9,11
sealing 3:5
search 6:15 87:12
second 4:15 7:6 48:24
section 65:12
securing 80:22
see 12:13 18:2,3,4
31:12 56:13 84:16
seeing 48:2
seen 8:7 28:2,4,10,16
65:16 74:16 81:23
select 48:9 77:21
sell 21:3 23:15 24:5,8
41:22,23 42:4,10,12
53:15 54:16 55:7
60:8,13,18 69:2
selling 21:7 54:18
68:12
sells 26:13
send 11:21 14:16
29:24 30:4 36:11
sending 30:25
sends 12:5
Senior 7:4 9:3
sent 12:18 29:6,9 39:5
62:16 82:22
sentence 34:3
separate 53:20
separated 75:23
separately 53:15,18
service 65:16 67:9
services 47:7
set 10:11 19:13 88:9
sets 19:9
severed 68:7
shareholders 10:20
Shelowitz 2:11,15
8:18 9:18 10:22
11:23 12:7,11,15
13:17 14:10,17,21
15:7,15,21 16:3,8
16:19 17:10,13,19
18:10,14,23 19:11
19:19 20:2,5 23:17
25:11,23 26:3,6,15
27:7,11,15,19,22
28:14 29:7 30:2
31:13,16,22 32:5
33:11 34:4,14 35:8
35:17 37:12 38:12

38:21 39:9,16 43:5
43:9 44:11,15,23
45:18 46:6 48:25
49:5,16 50:12,21
51:8,24 52:12 53:21
53:25 54:4,12 56:3
56:21,24 58:16
63:23 65:19 66:4
68:9,21 69:3,11,18
69:23 70:8,11 72:23
73:25 74:19 76:11
77:4,8 81:7,11 82:4
82:20 85:6
shot 5:2,5,9 16:14
17:3 20:8 24:24
57:3 86:7,9,12
show 15:18 16:6,9
19:8 20:19 27:4
28:22 32:7,15 34:7
43:11 74:18 81:16
82:10
showed 82:19
showing 16:22,25
17:15 20:9
shown 41:21 74:14
side 71:2,3,5,9,22,23
72:2,3
sign 26:23
signed 3:7,9,18,19
31:8
signing 30:23
simple 65:7
simply 65:22
slash 73:18
societies 80:18
society 72:7
sold 19:9 22:16 39:7
41:11 42:15,17,18
61:6,22 62:4 63:20
68:8
somebody 36:11,12
72:22 73:4,6 83:17
song 24:11 59:16,16
songs 5:2,6,9,19,23
17:6 19:8 20:11,12
21:3,7 24:24 25:8
36:18,19 41:6,6
42:16,16 46:20,21
46:25,25 47:5,5,16
47:16 56:9,9,17
57:11,12,17,17,23
57:24 58:6,6,10
60:18,19 61:22,23
64:4,15 71:12,12,20
71:21 73:2,3,17,17
74:10,11,12,13 75:4
75:5 78:23 80:23,23
81:5,5 86:8,10,13

86:19,22
sorry 52:25
sort 36:16
Sound 72:8,10
South 1:24
SOUTHERN 1:2
space 10:15 63:14
speak 49:22
speaking 51:11
speaks 34:5 37:13
39:12 50:5,23 52:4
68:10 69:4,14 70:2
76:14
specific 12:3 13:8
15:17 43:11,12,21
44:18 50:25 51:4
63:24 73:15 82:9,12
specifically 21:2,3
60:4 76:2
specify 54:10
spell 6:23
staff 9:11,12
stand 18:21
stands 19:4
stand-alone 65:16
start 43:19
state 1:20 4:6,9,13
6:23 88:5
statement 20:25 29:2
statements 20:18,23
60:22,24 61:2 62:20
62:24 63:2,6,9
65:17
STATES 1:1
Stenotype 88:4
steps 34:12,17
STIPULATED 3:3
3:12,16
STIPULATIONS 3:1
storage 42:7
store 5:20,24 17:5
72:15 86:20,23
stored 46:2
stores 6:3,7 22:25
26:13 59:21,23
61:22 72:18 87:6,8
straightforward
45:20
streaming 21:20
70:25
streams 24:9 66:25
67:21
Street 1:24
Strike 57:14
structured 10:20
subject 48:10,14
supervised 84:5
supplemental 39:2

sure 20:17 22:12
33:13 39:4 40:16
66:14 73:8 77:12
Sweetie 19:17,22
sworn 3:7,9,20 4:5
85:21 88:9
symbol 19:4
systems 84:15

T

T 86:2 87:2 88:1,1
take 11:20 16:11
28:15 34:16,18
38:22 48:24,25
72:17 74:22
taken 1:17 49:4
takes 34:12
talk 15:13
tangible 37:11 44:9
46:3,5
tape 23:11
TD 68:3,4,4
technical 40:15 45:13
tell 30:18 32:6 45:10
61:5
ten-page 5:12 86:14
term 23:7
terminology 42:23
67:18
terms 29:2 33:4 37:6
37:20,23 38:2 67:16
territorial 48:14
Territory 69:21,22
69:22 70:4,10,13,18
testified 4:8 35:8
39:11 41:13
testify 14:11,12 85:12
testimony 88:11
Thank 70:19
theorchard.com
22:10
thereto 3:18
things 15:17 69:19
think 17:19 49:23
65:23 67:19 76:20
third 13:20,22,24
21:11 76:18
third-party 72:18
73:8 81:11
thought 24:18
three 8:15 10:24 35:2
three-page 6:2 87:5
Thursday 1:12
time 3:14 7:25 8:3
17:16 20:13,15 36:3
38:5,8 42:17,19
82:23
times 61:10

title 7:2
titles 20:24 37:5,16
  37:23 38:18 39:13
  39:25 40:6,9 41:14
  47:13,25 59:16 61:6
  87:22
today 8:5,11,12 11:3
  11:4 40:23,24 41:2
  47:24 53:10 58:19
told 36:2 64:11
tone 23:6,9,10 24:3
tones 23:4 24:9 41:12
  61:25 67:24
top 9:2 56:12
total 61:21 63:20 64:5
  67:11,14
track 14:8 15:4 19:16
  19:21 72:20 73:8
  78:3,4 79:25
tracked 63:16 80:3,7
tracks 25:20 68:13
track-by-track 68:8
  68:13 69:2
trade 71:8
transcript 88:10
transfer 36:16 85:5
transferred 44:13
transmission 42:7
tread 50:8
treading 52:7
trial 1:16 3:14 4:18
  66:7
trials 65:25
true 19:24,25 66:12
  88:11
try 16:3 51:2 71:17
trying 44:21
two 9:10,12,12 41:14
  74:8
two-page 4:22 5:18
  5:22 6:9,13 86:6,18
  86:21 87:9,11
type 70:23
types 24:4

**U**

Uh-huh 17:7 48:18
unaware 35:24
undergrad 7:14
understand 8:20
  11:25 16:24 37:17
  46:9 50:17 52:24
  54:24
understanding 19:2,3
  85:13
understood 23:7
UNITED 1:1
universe 70:18

unrelated 82:13
UPC 79:16,17,19,21
  79:23 80:4,5,7
UPCs 79:24
use 22:25 28:9 30:12
  33:12 35:6 42:22
  55:2,8 73:16
uses 27:18 67:17,17
  87:19
u-trial 64:16
U.S 9:22,23

**V**

vague 15:22,25 18:14
valid 27:14
value 53:15,18 54:16
  55:10
various 24:4 83:23
verify 34:12,17
versus 46:5
Vice 7:4

**W**

waived 3:6
want 11:20 15:18
  32:7 34:9 38:24
  40:14 44:18 49:6
  50:6,15,16,17,24
  52:3,14,21,23 54:13
  82:8,10,11 85:10
wants 32:12
warranty 34:18 35:21
wasn't 35:9,14 57:21
way 10:11 23:11 30:7
  88:16
ways 36:14
website 22:9 28:11
  77:3 78:21,24
went 7:10 36:19
  42:10
West 2:6
we'll 28:14 38:21,25
  43:11 52:7
we're 13:22 21:25
  51:12 64:3 71:10
  83:20
we've 10:10 31:13
  52:16 60:2 67:20
  72:4 74:7
whatsoever 45:4
White 1:19
wholesale 22:15
  77:21
wholesaler 13:22
wire 15:3
withheld 83:7
witness 1:17 4:2,11
  4:14 8:21 15:9 18:2

20:20 23:23 24:22
  25:25 26:5,8,19
  28:23 29:20 31:15
  31:20 35:18 44:17
  49:10 52:14 54:15
  64:7 66:9 70:5,12
  74:18 76:16,24
  77:13 85:8 87:19
  88:8,12
word 73:3
wording 35:19 53:2
words 11:15 50:18
  54:20,23
work 7:21 29:16 30:6
  36:2 61:20 73:13
  84:14
worked 8:2
Worldwide 9:22 14:6
  14:7
wouldn't 30:11
writing 85:5
written 77:6

**X**

X 1:3,11 86:2 87:2

**Y**

yeah 55:17 70:18
  78:19
year 7:20 74:9,9
years 8:15 29:14 35:3
  58:21
York 1:2,19,21,24
  2:14,14 4:7,15,15
  7:7,7 10:11 88:6

**$**

$50.00 62:19
$9.99 19:9,10,13

**0**

07 61:14
07645 2:7

**1**

1 19:16,21
1st 38:19 87:23
10 10:6 48:2 87:20
10,000 25:16
10:15 1:13
100 4:14 7:6
10001 2:14
10017 4:16 7:7
10956 1:24
11 2:13
13 43:8 78:19,20
14 43:8 78:19,20
1996 73:18

1997 73:18
1999 10:2,5 11:7
  26:17,18 29:22
  34:23 35:25 41:4,7
  41:14 42:14 47:24
  73:11
1999-2000 26:12,24
  42:9

**2**

2 70:16
2/1/00 5:16 86:17
20 1:24
2000 10:5 17:8,24
  18:3 26:17 29:15,16
  29:18,22 34:25
  35:14,25 38:19 41:4
  41:8,15 42:14 73:12
  73:15 87:23
2005 78:22
2007 11:13 78:22
2008 1:13,20 85:23
21 1:13
21st 1:20
23 63:20,21,22 64:6,7
  64:8,10
230 64:10
25th 78:21
28 2:6 87:18
29th 78:22

**3**

3 41:23 42:3 43:6,7
  48:19 54:3 68:25
  76:10 77:15
38 87:20

**4**

4 43:6,7 77:18 86:4,6
  86:7
445 1:19

**5**

5 43:6,7 64:10 78:3
  86:9,11,12,14,17,18
  86:21
5th 2:13
5/10/07 4:23 86:6
500,000 25:18
53 64:10

**6**

6 87:5,7,9,11,13,18
60 9:24
634-4200 1:25

**7**

7 32:8

**8**

845 1:25

**9**

95 7:20
99 14:9 15:5 19:17,22
  19:23