Songs for Dogs - Inception to Q107 By Store

| DMS | Total Activity | Total Net Rev $ | DT | DT $ | DA | DA $ |
|---|---|---|---|---|---|---|
| eMusic | 23 | $3.60 | 23 | $3.60 | 0 | $0.00 |
| iTunes Australia | 11 | $5.69 | 11 | $5.69 | 0 | $0.00 |
| iTunes Austria | 1 | $0.60 | 1 | $0.60 | 0 | $0.00 |
| iTunes Canada | 3 | $1.32 | 3 | $1.32 | 0 | $0.00 |
| iTunes Denmark | 1 | $0.56 | 1 | $0.56 | 0 | $0.00 |
| iTunes Germany | 1 | $0.62 | 1 | $0.62 | 0 | $0.00 |
| iTunes Greece | 1 | $0.64 | 1 | $0.64 | 0 | $0.00 |
| iTunes Italy | 1 | $0.60 | 1 | $0.60 | 0 | $0.00 |
| iTunes UK | 3 | $1.86 | 3 | $1.86 | 0 | $0.00 |
| iTunes US | 366 | $173.29 | 366 | $173.29 | 0 | $0.00 |
| MSN Music | 11 | $5.04 | 11 | $5.04 | 0 | $0.00 |
| Musicmatch | 219 | $14.95 | 29 | $13.20 | 0 | $0.00 |
| MusicNet | 482 | $10.71 | 8 | $3.85 | 0 | $0.00 |
| MusicNet CAN | 6 | $0.04 | 0 | $0.00 | 0 | $0.00 |
| MusicNow/ Full Audio | 1 | $0.01 | 0 | $0.00 | 0 | $0.00 |
| RealNetworks | 2,003 | $36.72 | 32 | $13.76 | 2 | $8.75 |
| **TOTAL** | **3,133** | **$256.23** | **491** | **$224.60** | **2** | **$8.75** |



PLAINTIFF'S EXHIBIT
Orchard-9
KC 2/2/08

| S | S $ | DR | DR $ | RB | RB $ | TD | TD $ |
|---:|---:|---:|---:|---:|---:|---:|---:|
| 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 190 | $1.75 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 447 | $6.83 | 0 | $0.00 | 0 | $0.00 | 27 | $0.04 |
| 6 | $0.04 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 1 | $0.01 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 1,969 | $14.22 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| **2,613** | **$22.84** | **0** | **$0.00** | **0** | **$0.00** | **27** | **$0.04** |

Songs for Cats- Inception to Q107 By Store

| DMS | Total Activity | Total Net Rev $ | DT | DT $ | DA | DA $ |
|---|---|---|---|---|---|---|
| eMusic | 67 | $10.42 | 67 | $10.42 | 0 | $0.00 |
| iTunes Australia | 1 | $0.52 | 1 | $0.52 | 0 | $0.00 |
| iTunes Austria | 1 | $0.58 | 1 | $0.58 | 0 | $0.00 |
| iTunes Canada | 6 | $2.69 | 6 | $2.69 | 0 | $0.00 |
| iTunes France | 1 | $0.56 | 1 | $0.56 | 0 | $0.00 |
| iTunes Germany | 4 | $2.38 | 4 | $2.38 | 0 | $0.00 |
| iTunes Luxembourg | 1 | $0.57 | 1 | $0.57 | 0 | $0.00 |
| iTunes Switzerland | 1 | $0.58 | 1 | $0.58 | 0 | $0.00 |
| iTunes UK | 4 | $2.33 | 4 | $2.33 | 0 | $0.00 |
| iTunes US | 150 | $70.70 | 150 | $70.70 | 0 | $0.00 |
| MSN Music | 1 | $0.46 | 1 | $0.46 | 0 | $0.00 |
| Musicmatch | 139 | $2.19 | 2 | $0.91 | 0 | $0.00 |
| MusicNet | 182 | $3.10 | 1 | $0.46 | 0 | $0.00 |
| MusicNet CAN | 3 | $0.03 | 0 | $0.00 | 0 | $0.00 |
| MusicNet UK | 1 | $0.02 | 0 | $0.00 | 0 | $0.00 |
| MusicNow/ Full Audio | 9 | $0.05 | 0 | $0.00 | 0 | $0.00 |
| Napster CAN | 9 | $0.19 | 0 | $0.00 | 0 | $0.00 |
| Napster DE | 56 | $1.03 | 1 | $0.58 | 0 | $0.00 |
| Napster UK | 27 | $4.57 | 0 | $0.00 | 1 | $3.87 |
| Napster US | 246 | $13.91 | 15 | $6.62 | 1 | $2.80 |
| RealNetworks | 919 | $15.82 | 22 | $9.31 | 0 | $0.00 |
| **TOTAL** | **1,828** | **$132.69** | **278** | **$109.66** | **2** | **$6.67** |



PLAINTIFF'S EXHIBIT

Orchard -8

KL 2/2/09

| S | S $ | DR | DR $ | RB | RB $ | TD | TD $ |
|---|---|---|---|---|---|---|---|
| 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 137 | $1.28 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 163 | $2.62 | 0 | $0.00 | 0 | $0.00 | 18 | $0.03 |
| 3 | $0.03 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 1 | $0.02 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 9 | $0.05 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 9 | $0.19 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 55 | $0.45 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 26 | $0.70 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| 215 | $4.15 | 0 | $0.00 | 0 | $0.00 | 15 | $0.34 |
| 897 | $6.51 | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 |
| **1,515** | **$15.99** | **0** | **$0.00** | **0** | **$0.00** | **33** | **$0.37** |