UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------X
ANNE BRYANT, ELLEN BERNFELD, and
GLORYVISION, LTD.                                              Case No. 07-cv-3050

                        Plaintiffs,                    **Hon. Lisa M. Smith**

   - against -

MEDIA RIGHT PRODUCTIONS, INC., DOUGLAS
MAXWELL, and THE ORCHARD ENTERPRISES, INC.

                       Defendants.
------------------------------------------------------------------------------X

**DEFENDANTS' EXHIBITS IN SUPPORT OF SUMMARY JUDGMENT**

SHELOWITZ & ASSOCIATES PLLC
*Attorneys for Defendants*
Mitchell C. Shelowitz
11 Penn Plaza, 5th Floor
New York, NY 10001
Tel:   (212) 655-9384
Fax:   (646) 328-4569

## **DEFENDANTS' EXHIBITS IN SUPPORT OF SUMMARY JUDGMENT**

| Exhibit Number | Exhibit Name |
| --- | --- |
| 1. | The Gloryvision Agreement |
| 2. | The Orchard Agreement |
| 3. | Defendants' April 11, 2008   Letter to Plaintiffs' Counsel with:<br>Exhibit A: Digital Sales;<br>Exhibit B: CD Sales |
| 4. | Defendants' December 4, 2007 Letter to Plaintiffs' Counsel |
| 5. | Plaintiffs' February 25, 2008 Letter to Judge Smith |
| 6. | Letters From P. Millman to M. Korik dated May 8, 2007 and May 23, 2007 |
| 7. | Defendants' Rule 68 Offer of Judgment dated December 21, 2007 |
| 8. | Emails from M. Shelowitz to M. Korik dated November 5, 2007 and November 16, 2007 |
| 9. | Douglas Maxwell Deposition dated January 29, 2008 |
| 10. | Jason Pascal Deposition dated February 21, 2008 |
| 11. | Ellen Bernfeld Deposition dated February 13, 2008 |
| 12. | Anne Bryant Deposition dated February 13, 2008 |