## LAW OFFICES
## PAUL M. MILLMAN
399 KNOLLWOOD RD.
WHITE PLAINS, NEW YORK 10603

(914) 684-6518
FAX: (914) 684-0196

PAUL M. MILLMAN\*
SUSAN E. HERZOG

via facsimile 201-802-9066

**FOR SETTLEMENT PURPOSES ONLY**

May 8, 2007

Michael Korik, Esq.
28 West Grand Avenue
Montvale, New Jersey 07645

Re: Anne Bryant, Ellen Bernfeld and Gloryvision, Ltd
v. Media Right Productions, Index # 07 CIV 3050

Dear Mr. Korik:

This office has been counsel to Media Right Productions, Inc. and is a friend Douglas Maxwell and is writing this letter to attempt a simple resolution of this matter. Mr. Berlent, like your clients, is a struggling artist with limited resources so we are providing all information in an effort to resolve this immediately and to avoid unnecessary legal costs.

As per agreement between Media Right and Gloryvision as well as discussion between the entities, Media Right placed the albums, "Songs for Cats", and "Songs for Dogs" for sale on The Orchard. The upload charge was one hundred fifty dollars ($150) per album, which Media Right Productions paid.

Attached is The Orchard print out for all of Media Right products (with redaction as to all other albums) along with breakdown for the two albums in question. The print outs show total revenues for "Songs For Dogs" from January 1, 2002 through current of $250.95 and for "Songs for Cats" of $131.91. Thus the total revenue was $382.86. After expenses of Media Right the distributable profits were

13745 D FLORA PL.
DELRAY BEACH, FL 33484
(561) 499-8075
*N.Y. AND FLORIDA BAR



$82.86 of which your clients would be entitled to $66.29. Media Right did not realize that earn out had occurred as to the two albums or would have paid the $66.29. Media Right is willing to pay the entire $382.56 and take a loss of $300. to resolve this matter. Media Right will also advise the Orchard to forward all futures sales revenues directly to Gloryvision with no fee to Mediaright. Mediaright will waive its twenty percent fee (20%) for all future sales.

Media Right has no knowledge as to any sales on E-Bay or other sales and if requested will provide an affidavit to that effect. Media Right had right to sell album to Orchard as agent for your clients so there is no copyright infringement or other federal question as to this defendant.

Please look over the materials and call me so we discuss and close this matter in a salutary manner.

Very truly yours,

PAUL M. MILLMAN

FOR SETTLEMENT PURPOSES ONLY

berlent-bryant-korik-1tap26

00002

LAW OFFICES
PAUL M. MILLMAN
399 KNOLLWOOD RD.
WHITE PLAINS, NEW YORK 10603

(914) 684-6518
FAX: (914) 684-0195

PAUL M. MILLMAN•
SUSAN E. HERZOG

via facsimile 201-802-9066

FOR SETTLEMENT PURPOSES ONLY

May 23, 2007

Michael Korik, Esq.
28 West Grand Avenue
Montvale, New Jersey 07645

Re: Anne Bryant, Ellen Bernfeld and Gloryvision, Ltd
v. Media Right Productions, Index # 07 CIV 3050

Dear Michael:

As I advised you today, Media Right has duty to defend The Orchard. In the interests of attempting resolution of this matter in a cost effective manner enclosed is listing agreement and accounting of The Orchard. The accounting shows gross receipts for "Songs for Dogs" of $260.84 and "Songs for Cats" of $135.81. This is consistent with accounting provided previously by Media Right providing internal printout with a discrepancy of $14.

Please advise of any questions. I suspect that we should now be able to put this matter to rest upon payment as per prior letter plus the additional $14. If this is not the case, please explain what is unresolved.

Thank you for your attention to this matter.

Very truly yours,

PAUL M. MILLMAN

cc: Jason Pascal

berlent-bryant-korik-my16

00005

13745 D FLORA PL.
DELRAY BEACH, FL 33484
(561) 499-8075
N.Y. AND FLORIDA BAR

Case 7:07-cv-03050-CLB-LMS   Document 54-2   Filed 06/09/2008   Page 4 of 6

OCT.09.2007 17:17 12122138280   NY126 POSTNET   #0329 P.013
05/22/2007 WED 10:41 FAX 9146840196 PAUL M MILLMAN, ESQ   @009/014

LAW OFFICES
PAUL M. MILLMAN
399 KNOLLWOOD RD.
WHITE PLAINS, NEW YORK 10603

(914) 684-6518
FAX: (914) 684-0196

PAUL M. MILLMAN*
SUSAN E. HERZOG

via facsimile 201-802-9066

FOR SETTLEMENT PURPOSES ONLY

May 23, 2007

Michael Korik, Esq.
28 West Grand Avenue
Montvale, New Jersey 07645

Re: Anne Bryant, Ellen Bernfeld and Gloryvision, Ltd
v. Media Right Productions, Index # 07 CIV 3050

Dear Michael:

As I advised you today, Media Right has duty to defend The Orchard. In the interests of attempting resolution of this matter in a cost effective manner enclosed is listing agreement and accounting of The Orchard. The accounting shows gross receipts for "Songs for Dogs" of $260.84 and "Songs for Cats" of $135.81. This is consistent with accounting provided previously by Media Right providing internal printout with a discrepancy of $14.

Please advise of any questions. I suspect that we should now be able to put this matter to rest upon payment as per prior letter plus the additional $14. If this is not the case, please explain what is unresolved.

Thank you for your attention to this matter.

Very truly yours,

cc: Jason Pascal

PAUL M. MILLMAN

berlent-bryant-korik-my16

3745 D FLORA PL,
DELRAY BEACH, FL 33484
(561) 499-8075
N.Y. AND FLORIDA BAR

00005

Songs for Cat
UPC: 689104837271

| Quarter / Year | Opening Balance | Label Share Net Receipts | | | Other Costs | Reserve Liquidation | Ringtone Publishing | Publishing | Recoupable Fees | Ending Balance Amount Paid |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Physical | Digital | Total | | | | | | |
| 2002 Q2 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2002 Q3 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2002 Q4 | $0.00 | $9.88 | $0.00 | $9.88 | ($0.20) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2003 Q1 | $0.00 | ($8.59) | $0.00 | ($8.59) | ($0.39) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2003 Q2 | $0.00 | $0.00 | $0.00 | ($8.59) | ($0.10) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2003 Q3 | $0.00 | ($5.59) | $0.00 | ($6.59) | ($2.00) | $4.70 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2003 Q4 | $0.00 | $0.00 | $0.00 | $0.00 | ($1.00) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2004 Q1 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2004 Q2 | $0.00 | $0.00 | $6.67 | $6.67 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1.58 |
| 2004 Q3 | $0.00 | $0.00 | $8.97 | $8.97 | ($0.48) | $0.00 | $0.00 | $0.00 | $0.00 | $2.72 |
| 2004 Q4 | $0.00 | $0.00 | $8.78 | $8.78 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2.72 |
| 2005 Q1 | $0.00 | $0.00 | $11.32 | $11.32 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $8.37 |
| 2005 Q2 | $0.00 | $0.00 | $13.21 | $13.21 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $13.07 |
| 2005 Q3 | $0.00 | $0.00 | $12.77 | $12.77 | $0.00 | $1.40 | $0.00 | $0.00 | $0.00 | $19.64 |
| 2005 Q4 | $0.00 | $4.19 | $15.46 | $15.46 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $12.77 |
| 2006 Q1 | $0.00 | $0.00 | $3.96 | $8.19 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $15.86 |
| 2006 Q2 | $0.00 | $0.00 | $15.05 | $15.05 | $0.00 | $1.40 | $0.00 | $0.00 | $0.00 | $24.36 |
| 2006 Q3 | $0.00 | $0.00 | $7.15 | $7.15 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4.30 |
| 2006 Q4 | $0.00 | $0.00 | $13.28 | $13.28 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $8.55 |
| 2007 Q1 | $0.00 | $0.00 | $5.49 | $5.49 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $13.28 |
| | | | $10.54 | $10.54 | | | | | | $5.49 |
| Total | | $5.10 | $132.69 | $137.79 | ($4.26) | $7.50 | $0.00 | $0.00 | $0.00 | $135.91 |

00009

Songs for Cal
UPC 659910463727

| Quarter/Year | Opening Balance | Label Share Net Receipts ||| Other Costs | Reserve Liquidation | Ringtone Publishing | Publishing | Repayable Fees | Ending Balance ||
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Physical | Digital | Total | | | | | | Amount Paid | |
| 2002 Q2 | $0.00 | $0.00 | $0.00 | $0.00 | ($0.29) | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 |
| 2002 Q3 | $0.00 | $9.88 | $0.00 | $9.88 | ($0.39) | $0.00 | $0.00 | $0.00 | $0.00 | | $0.30 |
| 2002 Q4 | $0.00 | ($8.69) | $0.00 | ($8.59) | ($0.10) | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 |
| 2003 Q1 | $0.00 | $0.00 | $0.00 | $0.00 | ($2.00) | $4.70 | $0.00 | $0.00 | $0.00 | | $0.00 |
| 2003 Q2 | $0.00 | ($6.59) | $0.00 | ($6.59) | ($1.00) | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 |
| 2003 Q3 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 |
| 2003 Q4 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $1.56 |
| 2004 Q1 | $0.00 | $0.00 | $6.67 | $6.67 | ($0.46) | $0.00 | $0.00 | $0.00 | $0.00 | | $0.20 |
| 2004 Q2 | $0.00 | $4.19 | $8.97 | $13.17 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $2.72 |
| 2004 Q3 | $0.00 | $0.00 | $8.78 | $8.78 | $0.00 | $1.40 | $0.00 | $0.00 | $0.00 | | $8.37 |
| 2004 Q4 | $0.00 | $0.00 | $11.32 | $11.32 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $0.00 |
| 2005 Q1 | $0.00 | $0.00 | $13.21 | $13.21 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $19.64 |
| 2005 Q2 | $0.00 | $0.00 | $12.77 | $12.77 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $13.17 |
| 2005 Q3 | $0.00 | $0.00 | $15.46 | $15.46 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $12.77 |
| 2005 Q4 | $0.00 | $4.19 | $3.99 | $8.19 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $15.08 |
| 2006 Q1 | $0.00 | $0.00 | $15.05 | $15.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $4.00 |
| 2006 Q2 | $0.00 | $0.00 | $7.15 | $7.15 | $0.00 | $1.40 | $0.00 | $0.00 | $0.00 | | $24.36 |
| 2006 Q3 | $0.00 | $0.00 | $13.28 | $13.28 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $8.55 |
| 2006 Q4 | $0.00 | $0.00 | $5.49 | $5.49 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $13.28 |
| 2007 Q1 | $0.00 | $0.00 | $10.54 | $10.54 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | $5.49 |
| Total | - | $5.10 | $182.69 | $137.78 | ($4.26) | $7.50 | $0.00 | $0.00 | $0.00 | | $135.11 |

00009