41

1      Q     Do you have an employment agreement with

2  Gloryvision?

3      A     Not to my knowledge.

4      Q     Do you have an employment agreement with

5  Mongo Musico?

6      A     Not to my knowledge.

7      Q     Could you describe the activities of

8  Gloryvision?

9          MR. MONAGHAN:  When?  When?

10          MR. SHELOWITZ:  Now.

11          THE DEPONENT:  At the moment Gloryvision is

12      reviewing and considering what our next project

13      will be and how we want to move forward in the

14      future.

15  BY MR. SHELOWITZ:

16      Q     And when was the last project that was

17  undertaken by Gloryvision completed?

18      A     Our last project was Songs for Cats.  And

19  then we -- after we did that we began development of a

20  film script.  And in -- somewhere in 2006 we looked

21  into remarketing our product and we decided to see what

22  was out there on the Internet and looked on-line and

23  typed up our product Songs for Dogs and Songs for Cats

24  and saw it was being sold all over the world --

25      Q     There's no --

42

1      A      -- by Media Right and by The Orchard.

2      Q      There's no question that's been posed.

3             MR. MONAGHAN:  Yes, there is.

4 BY MR. SHELOWITZ:

5      Q      The question was what was the last project by

6 Gloryvision.  The answer was Songs for Cats.  Okay.

7             MR. MONAGHAN:  I thought you asked what she

8      was doing, what Gloryvision was doing.

9             MR. SHELOWITZ:  I think that you're starting

10      to play some games here and I'm really -- I'm

11      disappointed and I think it's unfair to the

12      Defendants.  And I'm sure that if the Judge, you

13      know, were to review the transcript, that she

14      would also be a little bit disappointed.

15             We're trying to get some answers.  You're

16      suing -- your clients are suing my clients.  I'm

17      asking some questions.  I'm not asking for any

18      kind of, you know, speech about the case.

19             MR. MONAGHAN:  Would you please get to the

20      next question?

21             MR. SHELOWITZ:  I'm asking the questions just

22      like we gave you the courtesy to ask six hours of

23      questions to Mr. Maxwell.

24             MR. MONAGHAN:  Would you get to your next

25      question?

43

1        MR. SHELOWITZ:  We expect the same courtesy.

2        MR. MONAGHAN:  Would you get to your next

3    question, please?

4        MR. SHELOWITZ:  And, you know, again --

5        MR. MONAGHAN:  Would you get to your next

6    question?

7        MR. SHELOWITZ:  -- the tone and the types of

8    interruption that I'm seeing and hearing, and

9    coaching, is really not called for and I don't

10   think it's permitted, frankly.

11       MR. MONAGHAN:  Next question.

12 BY MR. SHELOWITZ:

13   Q   Ms. Bernfeld, when was the last time to the

14 best of your knowledge that Gloryvision has received

15 any revenue in connection with any projects undertaken

16 by the company?

17       MR. MONAGHAN:  Object as irrelevant.  I'll

18   let her answer.

19 BY MR. SHELOWITZ:

20   Q   You can answer the question.

21   A   Yes.  We still have sales of Songs for Dogs

22 and Anne usually handles them.  And I know I spoke with

23 somebody the other day who --

24   Q   Again, I will ask you the questions, and

25 you've answered it.

44

1          Now, another question that I have is do you

2   get paid by Gloryvision?

3          MR. MONAGHAN:  When?  When?

4          MR. SHELOWITZ:  I'm asking a question, and if

5   she can answer the question --

6          MR. MONAGHAN:  Then I object to the form.

7   You'll have to specify a time.

8          MR. SHELOWITZ:  And that's what you're

9   entitled to do.  Okay?

10         MR. MONAGHAN:  Specify a time.

11         MR. SHELOWITZ:  If you have an objection,

12  state your objection.

13         MR. MONAGHAN:  I just did.

14         MR. SHELOWITZ:  The witness answered the

15  question.  Again, I'm not giving another warning.

16  The next call is I'm going to stop this deposition

17  and we're going to make it go forward in Florida.

18         (Overlapping speech.)

19         MR. SHELOWITZ:  The Judge said we should give

20  it a try by phone.  I was not happy about it.  And

21  I'm trying to do the best that I can.  But you're

22  not allowing me to ask questions that are relevant

23  and you're objecting inappropriately.

24  BY MR. SHELOWITZ:

25     Q    So I'm asking you a question, does -- do you

1  receive any payment from Gloryvision?

2      A     Not at the moment.

3      Q     And when was the last time you received a

4  payment from Gloryvision?

5      A     You mean a payment from Gloryvision

6  personally like Gloryvision pays me or does -- or

7  Gloryvision receives money?  I'm confused.

8      Q     When was the last time that you, Ellen

9  Bernfeld, received some payment from Gloryvision?

10         MR. MONAGHAN:  Object to the question.

11         THE DEPONENT:  I don't really -- I don't --

12         MR. MONAGHAN:  Irrelevant.

13         THE DEPONENT:  Yeah.  I don't remember

14     actually.

15  BY MR. SHELOWITZ:

16      Q     Have you ever received any payments from

17  Gloryvision?

18      A     I don't remember.  I'm not sure.

19      Q     What was your understanding in connection

20  with -- if any?

21      A      In terms of my -- well, with Gloryvision it's

22  Anne and my -- my understanding is Gloryvision is Anne

23  and my company and we created this production company

24  to create entertainment of properties and products.

25      Q     And were you ever supposed to receive any

46

1 payment for any -- any sales of any properties or

2 products created by Gloryvision?

3    A    Possibly, yes, but Anne and I funded our

4 productions with our own money.

5    Q    With the sales of, for example, Songs for

6 Dogs, did you anticipate you, Ellen Bernfeld

7 anticipate, receiving any money from Gloryvision

8 resulting from the sales of that product?

9    A    Sure.

10    Q    And did you ever receive any money for the

11 sales of that product?

12    A    Yes, I did -- Gloryvision received money for

13 the sales of that product.

14    Q    Did you ever receive any money?

15    A    Did I ever receive any money?  I don't -- I'm

16 not sure.  Because we put the money back into

17 Gloryvision.

18    Q    Did you ever ask -- did you ever ask Anne how

19 much money the company had earned from sales of Songs

20 for Dogs?

21    A    Possibly.

22    Q    Did she ever answer you?

23    A    It was more about -- rather than money, it

24 was more about how much product we sold.

25    Q    So she -- Anne Bernfeld never told you how

47

1 much money Gloryvision earned from the sales of Songs

2 for Dogs?

3      A      I'm not sure.

4      Q      And what about Songs for Cats?

5      A      I'm not sure.

6      Q      Okay.  So is it true that you have no idea

7 how much money, if any, was ever earned by Gloryvision

8 from the sales of Songs for Dogs and Songs for Cats?

9      A      No, that's not true.

10     Q      And why isn't that true?

11     A      Because it's -- because we didn't discuss it

12 in terms of money, we discussed it in terms of

13 products.  So if my product sold about -- if Songs for

14 Dogs sold 10,000 copies and it was -- it was -- the

15 gift box cost, I think it was, 18.95, then you times

16 that by 10,000 and you get how much revenue you made.

17     Q      So --

18     A      So, I mean --

19     Q      What was sold for 18.95?

20     A      The gift box initially was sold for -- I

21 think it was sold for 18.95 initially.

22     Q      And do you know of the Songs for Dogs how

23 many gift boxes you had sold?

24     A      I'm not sure exactly.

25     Q      Is it more than 500?

48

1    A    I think so.

2    Q    Is it more than 1,000?

3    A    I don't know.  I don't know the figure.

4    Q    Do you think it's probably between 500 and

5 1,000 gift boxes that were sold?

6    A    I don't know.

7    Q    Do you know how many you produced?

8    A    I think -- I'm not exactly sure.  I think

9 maybe --

10         MR. MONAGHAN:  Don't speculate.

11         THE DEPONENT:  Yeah.  I don't know.  I'm not

12    exactly sure.

13 BY MR. SHELOWITZ:

14    Q    Did you produce more than ten?

15    A    Oh, yes.

16    Q    And what is -- you know that it's more than

17 ten and you don't really know how much --

18    A    I mean, I'm going to -- how much?

19    Q    How many gift boxes were produced?

20         MR. MONAGHAN:  When you say produced, you

21    mean manufactured?

22         MR. SHELOWITZ:  Yes.

23         THE DEPONENT:  The gift boxes, right,

24    themselves?

25

49

1 BY MR. SHELOWITZ:

2      Q     You talked about 18.95.

3      A     Yes.

4      Q     So what is your understanding of what was

5 included in the items that were sold for 18.95?

6      A     The specific thing that was sold for 18.95 I

7 think was a CD in a gift box with a book that -- a

8 fully illustrated book with a story.

9      Q     Okay.  And how many of those were sold?

10      A     I'm not sure.

11      Q     And so my question to you is were you

12 involved in -- you said that you were involved in the

13 production of everything.

14      A     Yes.

15      Q     And you were involved with the oversight.

16 And how would they be manufactured?  Would you be the

17 person to order -- to call the company that would be

18 the -- the product to be manufactured that was being

19 sold for 18.95 that you just described?

20      A     Either myself or Anne.

21      Q     And did you do it in this case?

22      A     I may have had conversations with them, and I

23 know I did interview companies, and I'm not sure who

24 said -- I'm not sure who gave the go-ahead, me or Anne,

25 on that.

50

1        Q    And you don't remember how many --

2        A    I think maybe 1,000 copies.  You know, it's

3   hard -- it was a long time ago.  So it's -- you know,

4   we're talking about 1994.  So it's -- it's a long time

5   ago.

6        Q    And did you ever order after the initial

7   order of 1,000, did you ever have a second order?

8        A    Of the gift boxes?

9        Q    Yes.

10       A    No, I don't think we ordered -- reordered the

11  gift boxes.  I'm not sure, but I don't think so.

12       Q    And it is correct that you never produced

13  those gift boxes like you did for Songs for Dogs in

14  1994 or Songs for Cats later on?

15       A    That's correct.

16       Q    So going back to the 10,000 unit number that

17  we talked about for the Songs for Cats -- for the Songs

18  for Dogs, excuse me.  So if 1,000 was produced, then

19  you would say 9,000, you know, of those 10,000 were

20  maybe for Songs for Cats; is that correct?

21       A    I'm confused with the question.  Could you

22  repeat it, please?

23       Q    We were talking earlier about what the total

24  sales have been, and I was asking you, you know, how

25  much money the company made from the sales of Songs for

51

1  Cats and you said you had no idea.

2       A    Right.

3       Q    And so you then described the fact that you

4  were getting numbers from Anne and units sold; is that

5  correct?

6       A    Yes.

7       Q    And so my question to you was -- I'm trying

8  to understand what -- you said that 10,000 is the

9  number --

10      A    Yeah.

11      Q    -- that you believe was sold for Songs for

12 Dogs.

13      A    Yes, approximately that.  Yes.

14      Q    Okay.  And so, again, I'm trying to

15 understand what amounts you may have earned from those

16 sales.  You talked about 18.95.

17           Now, you've produced 1,000, you don't know if

18 you've sold 1,000.  Do you have any of those gift box

19 and book sets left over anywhere?

20      A    Yeah, we have some of them, and they've

21 actually become collectors' items on the --

22      Q    And do you know how many you have?

23      A    No, I don't.

24      Q    And who would know that?

25      A    Anne possibly would know that.

52

1   Q   Do you have a warehouse where you store --

2   A   We have a storage area where we have them.

3   Q   And where is that located?

4   A   In our office.  Outside our office in

5 Garnerville.

6   Q   Is that the one in Garnerville Holding

7 Company?

8   A   Yes.

9   Q   And with regard to the Songs for Cats, do you

10 know how many units were sold?

11   A   I'm not sure how many units were sold.

12   Q   Do you think it was more than 1,000?

13   A   Very possibly.

14   Q   Do you think it was more than 2,000?

15   A   Very possibly.

16   Q   Was it more than 3,000?

17   A   Very possibly.

18   Q   Was it less than 5,000?

19   A   I don't know.

20   Q   Was it more than 4,000?

21   A   I'm not sure.

22   Q   So would you say that the best of your

23 recollection as you sit here today that that number was

24 probably between 3,000 to 4,000 of Songs for Cats sold?

25   A   Possibly.  Possibly more.  I just don't know

53

1  -- I just don't think it sold quite as much as Songs

2  for Dogs because we did not -- we weren't able to get

3  the marketing that we got with Songs for Dogs when we

4  did --

5       Q    Did you ever ask Anne how many units of Songs

6  for Cats you had sold?

7       A    I may have.

8       Q    And did she ever answer you?

9       A    She may have.

10      Q    And --

11      A    I mean, it was -- it was in the thousands.  I

12 just don't know exactly what it was.

13      Q    And would you remember if it was -- if it

14 was, you know, between 3,000 and 4,000 units?  You're

15 under oath and it's --

16      A    I don't really remember.  That's it.  I don't

17 remember.  So that's my honest answer, is I don't

18 remember how many units -- I don't remember.  I

19 remember the Songs for Dogs figure, I don't remember

20 the Songs for Cats figure.

21      Q    When was the first time that you met Anne

22 Bryant?

23      A    I met Anne Bryant in the 1970s in a recording

24 studio in Manhattan.

25      Q    Have you done any joint work with Ms. Bryant?

54

1    A    Yes.

2    Q    And can you describe that for us?

3    A    Oh, I first met her on -- she was doing

4 arranging for a very successful songwriter, Jennie

5 Redington, who owned her own company, Twin Star Music

6 in Manhattan, a jingle company, and she was arranging

7 her album and I was singing on her album.  That's when

8 I first met Anne.

9    Q    And when did you first go into business

10 together?

11    A    We first went into business together when we

12 formed Gloryvision.  But I knew Anne before that

13 because Anne -- that's when I first met Anne, I told

14 you, with Jennie Redington.

15         Then Anne went on to have her own company and

16 she hired me as a singer.  And she wrote The

17 Transformers and wrote The Jem show.  And I sang one of

18 the leading roles, Pizzazz, in the Jem show and did a

19 lot of work with her when she had her own company.  And

20 then we started collaborating during that period on a

21 band that I had.  I had already had a hit dance record

22 in New York City.

23    Q    Okay.

24    A    And then Anne and I started --

25    Q    The question was when did you first go into

55

1  business together, just to --

2       A    I thought you said collaborating.

3       Q    No.   When did you first go into business

4  together?

5       A    When we formed Gloryvision it was

6  surrounding -- in the early '90s we did a children's

7  production called the Adventures of the Mirror Kids,

8  and that was when we formed Gloryvision.

9       Q    Okay.

10      A    Or the late '80s or early '90s.

11      Q    Before 1994 when you started to sell Songs

12  for Dogs that we had discussed earlier, had Gloryvision

13  sold any other recordings?

14      A    No.

15      Q    So is it true that Songs for Dogs was the

16  first product?

17      A    No, actually, it's not true.  We did a very

18  complex and extensive production on a piece called the

19  Adventures of the Mirror Kids, and we had a cassette

20  and a book manufactured with that.  And actually that's

21  in Westwood, New Jersey.  That's where we originally

22  started manufacturing Songs for Dogs and Songs for

23  Cats.

24           And then we were beginning to market this as

25  an audio product for kids.  And it was a very inventive

56

1 piece and we had some difficulty with marketing it in

2 the sense -- and so we said we're going to hold off on

3 that.  We completed it, we're going to hold off on that

4 for a little bit.  And then we did Songs for Dogs after

5 that product.

6      Q    And just again, that -- what did you call

7 that first piece that you had just -- Adventurers?

8      A    It's called the Adventures of the Mirror

9 Kids.

10      Q    And --

11      A    It was a radio show for children.

12      Q    And was there any form of media or records or

13 anything else that was sold by Gloryvision --

14      A    No.

15      Q    -- regarding that?

16      A    No, other than -- no.

17      Q    So with regard to the first kind of sale that

18 was made by Gloryvision, is it correct that it was

19 Songs for Dogs?

20      A    Yes.

21      Q    And following that was Songs for Cats; is

22 that correct?

23      A    Yes.

24      Q    And is it also true that there have been no

25 other products sold by Gloryvision other than Songs for

57

1 Dogs and Songs for Cats?

2     A     At the moment, yes.

3     Q     Did you and Ms. Bryant ever enter into a

4 written contract with each other?

5     A     Whatever the -- whatever the corporate papers

6 of Gloryvision are, that's our contract together, the

7 50 percent owners.

8          MR. SHELOWITZ:  I'd request that that be

9          produced.  We had asked for that in the

10         production.  We would like to have the -- if it's

11         bylaws, operating agreements, certificate of

12         incorporation.  Those corporate documents.

13         MR. MONAGHAN:  I understand your request.

14 BY MR. SHELOWITZ:

15    Q     Were there any other agreements that you and

16 Ms. Bryant have entered into?

17    A     No.

18    Q     With regard for -- with regard to the

19 production of Songs for Dogs, do you recall who was

20 involved with the project from the beginning until the

21 end until the CDs and cassettes were made?

22    A     Which part of the project?

23    Q     From the -- writing the songs to producing

24 them and selling them.  Were there any people other

25 than you and Anne Bryant involved?

58

1    A    Well, we hired an engineer, a mastering

2 facility and a mastering engineer, and we hired vocal

3 talent from the best studio singers in New York City to

4 sing on the albums.

5    Q    And who is the vocal talent that you're

6 referring to?

7    A    Myself and the other cast of characters that

8 sang on the records.

9    Q    And who are those people?

10    A    Russell Valasquez, Jennie Redington, Leslie

11 Miller, Julie Eigenberg.

12    Q    After Russell Valasquez who was the other

13 person?

14    A    Leslie Miller, Julie Eigenberg, Mike Harvey.

15    Q    Mike Hardy?

16    A    Mike Harvey.  Harvey.  Mike Harvey.

17        Al Dana, Tom Dawes, who is now deceased.

18    Q    And these are all on Songs for Dogs, each of

19 these performers?

20    A    Yes, this is a combination of -- I'm kind of

21 referring to Songs for Dogs and Songs for Cats.  We

22 used a similar cast on both albums.

23        Let me see if I left anybody out.  And my

24 brother, Tom Bernfeld, also sang on the albums.

25    Q    Tom Bernfeld?

59

1    A    Uh-huh.

2    Q    And is there anywhere that we can see any

3 kind of attribution of any of these singers in any of

4 your materials anywhere?

5    A    They're given credit on the albums' booklets

6 and in the book, and on the -- on the CD, not on the

7 back of the CD, but in the booklets.  And on the gift

8 box it was -- I think the credit was on the back of the

9 box.  So, yes.

10    Q    And this was in -- were any of the people

11 that you just named not involved on both of the CDs?

12 You named Ellen Bernfeld.  Well, that's you.  Russell

13 Valasquez, okay, was he involved with Songs for Cats

14 songs?

15    A    He was on Songs for Cats.  I don't think he

16 was on Songs for Dogs.

17    Q    And do you recall which songs he was involved

18 with?

19    A    Yeah.  He sang the lead on the Scat Cat.

20 That was a --

21    Q    Okay.  Anything else?

22    A    No.  He did -- that was Tap Tap, Jr., the

23 Scat Cat.  He did a Sammy Davis kind of thing --

24 version of The Scat Cat.

25    Q    Okay.  And Leslie Miller, was she on Cats and

60

1  Dogs?

2      A    Leslie Miller was on Cats and Dogs.

3      Q    And what did she sing?

4      A    She sang Tomorrow's Another Day on Dogs.  She

5  sang the lead on that.  She sang on Cats in the

6  background on a number of tunes; Watchin' Purry Mason.

7  She sang on Curious X9, the backgrounds on that.  She

8  sang on Allergic To You.

9      Q    And did you pay these singers to perform on

10  the Songs for Dogs and Songs for Cats songs?

11     A    Anne handled all of that, so --

12     Q    So you don't know if any of these --

13     A    Yes.  Oh, no, we did pay people, absolutely.

14     Q    And the question is have you paid all of

15  them?

16     A    I'm not sure whether we paid all of them.

17  Anne would know the answer to that.

18     Q    And did you ever pay any of these people --

19  well, strike that.

20          When you paid them, what was the model of

21  payment, if you recall?

22     A    I'm not really sure because Anne handled the

23  payment aspect of the company, paying the performers.

24     Q    Did you pay them, you know, per hour of work?

25     A    That was Anne's department.  Because Anne

61

1  owned a very successful production company, so she

2  handled the payment of the performers.

3       Q    So you don't know anything about how these

4  people were compensated for their role on --

5       A    They were compensated probably -- I mean,

6  from my knowledge as a studio singer for, you know, a

7  session, et cetera, a session, which is probably --

8  it's, you know, a session rate.

9       Q    So you would pay them for a session rate?

10      A    Yeah.

11      Q    Okay.  And then with regard to any sales of

12 the records or the songs on -- any of the songs on

13 Songs for Dogs and any of the songs on Songs for Cats,

14 did you ever share any of the revenue from that with

15 any of these people?

16      A    I'm not sure.  I don't really know.  Not to

17 my knowledge.

18      Q    Do you recall how much studio time it took to

19 record Songs for Cats?

20      A    No.

21      Q    Do you recall approximately how long?

22      A    No.  It was a very involved production.  It

23 took a long time.  It was a tremendous amount of work.

24      Q    Like a week?

25      A    Oh, no, much more than a week.  It took -- it

62

1  was -- we were in production probably for months.  You

2  know, a couple of months.

3       Q    Like about two months?

4       A    Maybe more.

5       Q    Three months?

6       A    Maybe more than three months.

7       Q    You wouldn't recall exactly how long it would

8  take you to produce this?

9       A    It was a period of months.  I mean, I would

10 say -- I don't know if it was more than -- you're

11 talking about -- you're talking about the actual

12 production of when you went in to record it or --

13 because it's --

14          (Overlapping speech.)

15      Q    You would go one day on, you know, some

16 songs, you would sing them, they would be finished, and

17 then you would bring the next singers in?

18      A    I would say it took us, I'm not exactly sure,

19 a couple months.  But that's not including the writing

20 and the prep work before that.

21      Q    I'm not talking about the writing, I'm

22 talking about the --

23      A    The actual studio.

24          (Overlapping speech.)

25      Q    Hiring some engineers to do the work.  So the

63

1 question is how long did you have the engineers working

2 in the studio with the performers?

3     A    Oh, I would say maybe a couple of months.

4     Q    Every day?

5     A    It wasn't necessarily every day for a couple

6 of months.

7     Q    That's what I'm trying to understand,

8 Ms. Bernfeld, is, you know --

9     A    Well, maybe it took us, maybe, a month or

10 two.  I mean, if you were going to distill it down,

11 maybe -- to look at it every day, it's hard to know

12 exactly.  But maybe -- maybe a month, maybe a month and

13 a half, maybe two months.

14         You're talking about recording and mixing and

15 mastering; right?

16     Q    No, I'm talking about having the performers

17 that you just listed for us in the studio.  How much

18 time did it take you with those recorders in the studio

19 to sing?  I mean, how many takes would you do?  Five

20 takes of each song?

21     A    Oh, I thought you were talking about how long

22 it took for the -- you're not asking me how long it

23 took for the production of the album?

24     Q    No, I'm talking about how long were the

25 performers that you just listed for us in the studio?

64

1       A       Okay.  Well --

2       Q       With Cats.

3       A       With Cats.  Maybe -- maybe with the -- maybe

4 a month if I were going to distill it and try to break

5 it down, a day-to-day thing.  It's hard to -- because,

6 you know, we would record with one performer and --

7       Q       Studio time?

8       A       Excuse me?

9       Q       A month of studio time?

10      A       Possibly.  Sure.  I mean, possibly.  Yeah.

11      Q       Do you have any kind of receipts or any proof

12 of any -- of the payments that were made to any of

13 these people so you can identify how long it was?

14      A       I'm not sure whether we have that

15 information.  Anne would know more about that.

16      Q       And which studio did you record in?

17      A       We recorded at Gloryvision studio.

18      Q       In Garnerville?

19      A       Yeah.  We recorded -- yes.

20      Q       And that was for Songs for Dogs and Songs for

21 Cats?

22      A       Yeah.  Songs for Dogs -- see, we have a

23 studio in Garnerville.  We also had a studio at -- in

24 Stony Point as well, and so they were recorded in both

25 places.  It was a professional studio.

65

1      Q      Now, going back to this Garnerville location,

2  do you own the rooms that you have there or do you

3  lease them?

4      A      They're leased.

5      Q      And what is the length of the term of that

6  lease?

7      A      It's a renewable yearly lease, yearly to

8  two-year lease.  We've rented it for two years at a

9  time and a year and --

10     Q      When was the first time you started to use

11 that Garnerville studio?

12     A      Oh, I think in 1994.

13     Q      And you've used it continuously until today?

14     A      Yes.

15     Q      And is there sound equipment in that studio?

16     A      Yes.

17     Q      And whose sound equipment is that?

18     A      That is Gloryvision's and some of Anne

19 Bryant's equipment as well.

20     Q      And how often do you visit the Garnerville

21 studio each year?

22     A      Anne visits it much more often than I do.

23     Q      How often do you --

24     A      I maybe visit it once, twice a week.

25     Q      Every week?

66

```
 1      A     When I'm in the New York area.

 2      Q     And when are you in the New York area?

 3      A     From the end of May until the end of October.

 4      Q     And how long have you been following that

 5 schedule that you just described?

 6      A     For the last two years.

 7      Q     With regard to each song on Songs for Cats,

 8 can you tell me what songs you wrote?

 9      A     The Songs for Cats?

10      Q     Yes.

11      A     Yeah.  I wrote Allergic To You.  I wrote

12 Curious X9.  I wrote Watchin' Purry Mason.  What else

13 did I write?  Let me see.  I'm going blank.

14            There we go.  I wrote Sweetie The Gourmet.

15 Anne wrote the bridge on Sweetie The Gourmet.  I wrote

16 Curious --

17      Q     What did you write, though?  Allergic?

18      A     Yeah, I wrote Allergic, I wrote Curious X9.

19 I wrote the words to Oh, My Little Sushi.  I wrote Scat

20 Cat, I wrote I Pray for the World, I wrote Catarina,

21 The Ballerina, I wrote Where Will I Sleep Tonight, and

22 I wrote I'm Purrfect.

23            I wrote more of Songs for Cats than Anne did

24 because Anne's -- she had -- her mother had -- she was

25 -- she had met her mother and her mother had passed
```

67

1 away right around that time, so --

2     Q     And on Songs for Dogs which songs did you

3 write?

4     A     On Songs for Dogs I wrote with -- on my own

5 totally?

6     Q     Yes.

7     A     I wrote Could You Be An Angel, Follow The

8 Bone Lady.  I wrote a lot of them with Anne, so -- see,

9 we wrote -- a lot of that album we wrote together.

10          I wrote the words for The Very First Dog.  I

11 wrote the words for Doggie Salsa.  I wrote Follow The

12 Bone Lady.  But I may have collaborated on the bridge

13 on that with Anne.

14          I wrote Could You Be An Angel.  Anne and I

15 collaborated on If I Only Had A Thumb.  And we also

16 collaborated on I Stole The Christmas Pie.  And I can't

17 remember if I wrote the -- that was a collaboration, I

18 think, The "No" Song, because that was -- and Anne

19 wrote -- Anne wrote Please Don't Forget My Birthday.

20 And I can't remember -- I've Been Cryin' All Night

21 Since You're Gone, I can't remember if I wrote --

22 collaborated with that or Anne wrote that.

23     Q     Okay.  You're familiar with the lawsuit.

24 Obviously you're named as a Plaintiff --

25     A     Uh-huh.

68

1    Q    -- against Media Right Productions, Doug

2  Maxwell and The Orchard.

3    A    Uh-huh.  Yes.

4    Q    Whose idea was it to file this lawsuit, if

5  you know?

6        MR. MONAGHAN:  Object to that.  That's

7    attorney-client.  You're getting into

8    attorney-client areas.

9        MR. SHELOWITZ:  I'm not getting into

10   attorney-client privilege.  Lawyers don't decide

11   to file lawsuits, people do.  I'm just asking her

12   if she knows who -- whose idea it was to file this

13   lawsuit.

14       MR. MONAGHAN:  I still maintain the

15   objection.

16       THE DEPONENT:  When -- in 2006 when we --

17   when Anne and I were talking about marketing Songs

18   for Dogs and Songs for Cats again and we went and

19   -- to the Internet to see, you know, if anything

20   was around like that, you know, if anybody had,

21   you know, run with our idea, what the marketplace

22   was like with that kind of an idea, we went into

23   -- typed in Songs for Dogs and Songs for Cats and

24   found it all over the Internet with Media Right's

25   name on it and The Orchard's name on it.  We found

69

```
 1       it being sold.  We found our price reduced.  We
 2       found it being given away for free on servers all
 3       around the world.
 4  BY MR. SHELOWITZ:
 5       Q    Now, when you --
 6       A    Can I please finish?  Can I please finish?
 7       Q    You're not answering my question.
 8       A    Well, no, when we saw that, we were outraged.
 9  And Anne and I were like, what happened?  And it was
10  both of our ideas.
11       Q    Okay.
12       A    Then we met with Mr. Monaghan and --
13            MR. MONAGHAN:  You don't have to talk about
14       that.
15  BY MR. SHELOWITZ:
16       Q    You don't need to talk about your discussion
17  with --
18       A    It was both of our ideas.  It was --
19       Q    And with regard to seeing songs being
20  downloaded for free, can you just elaborate on that,
21  please?  Did you --
22       A    We -- yeah, I will.
23       Q    Did you see songs being downloaded for free?
24       A    Yeah.  We saw our product being dismembered
25  and broken up and our songs being sold separately.
```

70

1    Q    But, again, my question was -- you said that

2 you saw songs being downloaded for free, and my

3 question is did you see songs being downloaded for

4 free?

5    A    Yes, I did.

6    Q    Complete songs?

7    A    Yes.

8    Q    Or samples?

9    A    Complete songs.

10    Q    Okay.  And which -- where did you identify

11 that they were complete songs of yours?

12    A    I don't know if -- E-Music or Rhapsody.  A

13 number of these different -- it would -- you know how

14 the Internet works where you go from one thing to

15 another thing to another thing, you're kind of surfing

16 along, and then you get to a place where here is your

17 song for free, and you can download it for free.

18    Q    And --

19    A    And our whole album was there for free.

20    Q    And are you aware that people can purchase

21 your music from you, in fact, and upload it onto some

22 of the servers that you're referring to right now?

23    A    I was not aware or did I ever -- I didn't

24 ever authorize anybody to ever put my music up on the

25 Internet digitally.

71

1      Q    The question is do you know that it's

2 possible for anyone to go buy a CD of yours from you

3 and upload it on, you know, various varying servers on

4 the Internet?

5           MR. MONAGHAN:  Object to the form of the

6      question.  There's no foundation for that.

7 BY MR. SHELOWITZ:

8      Q    Okay.  You can answer it.

9           MR. MONAGHAN:  No, she can't answer that

10     question.  I object to -- I instruct her not to

11     answer that question.

12 BY MR. SHELOWITZ:

13     Q    You said you were in the music business since

14 you were six years old, I believe.  So my question is

15 are you aware that people can --

16     A    No, I didn't say six years old, I said I've

17 been in the music business since I was 16 years old.

18     Q    I apologize.

19     A    Actually 12.

20     Q    I apologize for that.

21          So in all of your years in the music industry

22 are you aware that people can buy music from you, pay

23 you the money and then upload your music on the

24 Internet and share it with others?

25     A    I mean, are you talking about servers like

72

1 Napster that were shut down by the government, or

2 whoever shut them down?

3      Q      Well, there are several -- more than several

4 that people can --

5      A      Oh, you mean the -- are you talking about the

6 illegal file sharing of copywritten material?

7      Q      All I'm talking about is whether you know

8 that people can buy your music and upload it on the

9 Internet and share it.

10      A      Share it illegally?

11      Q      However the -- I don't know whether it's

12 legal or illegal, but --

13      A      I know that people can buy your music and

14 share it illegally.

15      Q      Okay.

16      A      I never authorized anybody to ever put my

17 music up for sale digitally on the Internet.  I never

18 authored Mr. Maxwell, I never authorized The Orchard to

19 ever sell my music digitally on the Internet and/or

20 give it to any servers for free.

21      Q      Ms. Bernfeld, there's no question --

22      A      Okay.

23      Q      -- being posed right now.

24      A      Okay.

25      Q      Are your albums available for sale by you to

73

1  the public?

2      A    Yes.

3      Q    And how can somebody purchase those albums,

4  either the Songs for Dogs or Songs for Cats?

5      A    They e-mail us or they call us.

6      Q    And do you have any other channels that you

7  currently sell Songs for Dogs and Songs for Cats?

8      A    Not that I'm aware.

9      Q    Did there come a time when you met with

10  someone named Russ Palladino?

11     A    Yes.

12     Q    And when was that?

13     A    That was in 1996 when we had finished Songs

14  for Cats.

15     Q    And what was the context in which you met

16  Mr. Palladino?

17     A    I met him in relation to replicating Songs

18  for Cats and Songs for Dogs.

19     Q    And can you elaborate on what you mean by

20  that?

21     A    He was working at Europadisk as a sales rep

22  at the time, and I had been using a cassette

23  manufacturer and CD manufacturer in Westwood, New

24  Jersey prior to that and somebody had recommended

25  Europadisk.  So I called Russ and spoke with him over

74

1 the phone and spoke to him about prices and decided to

2 use Europadisk for the manufacturing of Songs for Cats

3 and Songs for Dogs.

4         So I initially talked -- spoke with him over

5 the phone and decided to -- I think at that time I

6 decided to use Europadisk and then went down and met

7 with him.

8     Q     You went down and met with him?

9     A     Yes, I did.

10    Q     And do you recall the nature of the

11 relationship between Europadisk and yourself in

12 connection with the Songs for Cats?

13    A     They were going to be the manufacturer of the

14 Songs for Cats CD.  And they also manufactured the

15 illustrated booklet with our story in it.  And they did

16 the same for Songs for Dogs as well.

17    Q     And do you recall whether you had any

18 agreement with Europadisk at the time, any written

19 agreement?

20    A     I don't recall any written agreement, you

21 know, any -- there was no contract.  There was a -- not

22 that I recall.  Just an agreement to manufacture

23 whatever we had decided.

24    Q     And how many -- how many CDs did you ask

25 Europadisk to manufacture for you?

75

1      A     I don't remember.

2      Q     Was it more than five?

3      A     Oh, yes.

4      Q     Do you remember how much?  You say you don't

5 remember, so --

6      A     I don't remember the exact number.  I mean, I

7 don't know if it was 1,000 -- I don't know if it was

8 1,000 or -- I don't remember.

9      Q     You don't remember at all?  You have no

10 recollection?  You recall this discussion pretty --

11      A     Yeah, I don't remember the quantities, the

12 exact quantities.  I can't remember 1,000, 2,000, more,

13 less.  I don't remember that, those -- the figures.

14      Q     Do you have an approximate recollection of

15 how much you --

16      A     Maybe.  I don't remember.  Maybe it was

17 1,000, maybe it was 2,000.  I don't remember.

18      Q     Of each or both?

19      MR. MONAGHAN:  If she doesn't remember, she

20      doesn't remember.

21      THE DEPONENT:  I don't remember.  It was a

22      long time ago.

23 BY MR. SHELOWITZ:

24      Q     I know, but you just said that it was maybe

25 1,000, maybe 2,000.  So if you remember that, I'm

76

1  trying to understand whether it's 1,000 to 2,000 of

2  Cats and 1,000 to 2,000 of Dogs or 1,000 to 2,000 all

3  together?

4        A     I really don't remember.

5        Q     Do you have any records?

6        A     We have records.  Anne, you know, kept track

7  of that side of the business more, so she would know --

8  she may be more knowledgeable about those figures and

9  also the records.

10       Q     Now, you just remembered quite vividly that

11 you met Russ Palladino.  You called him, you visited

12 him, you were involved with the order.  And now you're

13 saying that Anne would know more of the information.

14 So I'm confused, because it seems like whenever --

15             (Overlapping speech.)

16       Q     So we'd like to know for the record, because

17 this is a key part of this case that you brought

18 against my clients, and I would like to know who has

19 the basis for the lawsuit.  And if you're the one who

20 entered into these discussions, why would Anne know the

21 numbers?

22       A     Well, I was a phone person.  I did all the

23 interviews.  I did a lot of the talking.  And that's

24 why -- I spoke with people more.  Anne is more -- she

25 -- and I'm a singer and Anne is more of the writer.

77

1  She's a composer, arranger.  She writes notes and she's

2  more of a paper person.  And so she kept more of an

3  organization with papers.  She kept more of the records

4  and looks at paper more and I'm more of a talker.  So

5  that's why I'm saying that that was her area more than

6  mine.

7       Q     Okay.  Although you were the one who did the

8  deal with Russ Palladino and Europadisk?

9       A     I initially spoke with Russ Palladino and

10  also met Russ Palladino.

11       Q     And I thought you --

12       A     Excuse me?

13       Q     -- CDs from Russ Palladino?

14       A     Could you repeat yourself?  I couldn't hear

15  the question.

16       Q     Did you order manufacturing of the CDs from

17  Russ Palladino?

18       A     Yeah, I ordered the CDs.  But I talk with

19  Anne about everything.  I never do something without

20  discussing it with Anne.  So it's not like I functioned

21  as a solo person in this business and like I do all

22  this ordering and Anne doesn't know about it.

23       Q     You told Russell, you know, please

24  manufacture X number, he told you the prices, you knew

25  the price, and you made the decision; is that right?

78

1    A    After I discussed it with Anne.  In other

2 words, I don't make decisions --

3    Q    Did Anne ever call Russ Palladino and tell

4 him how many units to order, to manufacture?

5    A    I'm not sure.

6    Q    Why would she in that case if you were the

7 one --

8    A    I probably spoke with Russ.  But Anne and I

9 made a decision on -- that's what I'm saying, that Anne

10 would know.  You asked me initially how come I'm

11 deferring to Anne.  Because -- I'm deferring to her

12 because we discussed everything.  And if I don't

13 remember exactly what it was, she may remember.

14    Q    And --

15    A    It's not like I'm trying to --

16    Q    -- how did you pay for the manufacturing of

17 these CDs from Europadisk?

18    A    Yeah.  We financed the production and the

19 manufacturing and all the artwork we had done.

20    Q    Did you pay by check or by cash?

21    A    Oh, no, we paid by check.

22    Q    And who is the person who is signing the

23 checks for Gloryvision?

24    A    We both signed the check.

25    Q    And so would that be correct in that you also

79

1  signed this check?

2       A     Yes, most likely.

3       Q     And do you have an invoice that you received

4  in connection with the production of these CDs?

5       A     Uh-huh.

6       Q     And where is that located?

7       A     That's in our Gloryvision files.

8       Q     Because we requested a whole slew of

9  documents and we don't have anything like that.  We

10 haven't received any checks.  We haven't received

11 anything.

12          MR. MONAGHAN:  I don't agree with that, but

13      I'm not going to -- I'm letting you go as far as

14      you wish here, Mr. Shelowitz, so that we can

15      complete this deposition.

16          MR. SHELOWITZ:  If you'd like, we've been

17      going for a while, if you want to take, you know,

18      a ten-minute break, I think now would be a good

19      time for that.

20          (Break.)

21          MR. SHELOWITZ:  Okay.  Back on the record.

22      Could you read back the last question, please?

23          (The last question was read back by the court

24      reporter.)

25          MR. SHELOWITZ:  Okay.  I'm just going to

80

1    repeat our -- or reiterate our request for the

2    production of documents.

3        Again, Ms. Bernfeld, we submitted an

4    extensive request for the production of documents

5    to your counsel, which I'm going to show you now.

6    We'll mark it as Bernfeld Exhibit A.  And for the

7    court reporter, because of the last-minute nature

8    of this, we're going to just work with one copy.

9    Mr. Monaghan has a copy of the request for the

10   production of documents, and he's going to give it

11   to you for marking purposes, although let me just

12   -- was this marked in the -- let me just see.  It

13   may have been marked already.

14       MR. MONAGHAN:  No.

15       MR. SHELOWITZ:  Yeah.  Okay.  So we'll mark

16   it as Bernfeld Exhibit A if that's okay, if

17   there's no objection.

18       MR. MONAGHAN:  Sure.  Are you talking about

19   the request or the response?

20       MR. SHELOWITZ:  The request.  Do you have

21   that?

22       MR. MONAGHAN:  That I'm looking for.  I

23   thought you asked -- earlier I thought you asked

24   me about the response.

25       Are you talking about Defendants' First