41

1  If you were to look in our product literature, you'd

2  see that another album was coming.  And we also worked

3  with a screenwriter, and we worked with -- did more

4  artistic development of the characters.  So there was

5  ongoing creative work being done.  And then we had

6  another whole series for young kids that we did called

7  The Mirror Kids.  So Gloryvision has, you know, quite a

8  number of things, artistic properties, we're working

9  on.

10      Q    And is Gloryvision involved with the sales of

11  any products outside of the Songs for Dogs and Songs

12  for Cats?

13      A    We're not currently selling anything.

14      Q    And has Gloryvision ever sold anything other

15  than Songs for Dogs and Songs for Cats?

16      A    Yes, The Mirror Kids.  I think we sold The

17  Mirror Kids.  No, we developed a pilot on The Mirror

18  Kids is what we did.

19      Q    And was there any sales or --

20      A    No, we didn't sell that pilot.  We didn't

21  want to sell that pilot.  We just wanted to develop

22  that property.  Gloryvision is a development company.

23      Q    And did you, Ms. Bryant, ever receive any

24  sales revenue in connection with any of the development

25  that Gloryvision had done with regard to anything other

42

1 than Songs for Dogs and Songs for Cats?

2     A     Me personally?

3     Q     You personally.

4     A     Yes, at different times I worked writing

5 songs, jingles.  You know, I've been in the jingle

6 business for a lot of years.  I was in the jingle

7 business for a lot of years using Gloryvision as a

8 company that represented me.  And so there was income

9 to Gloryvision, but I don't remember how much it was.

10 It was different times.  I worked through Gloryvision.

11     Q     And when was the last time that you had such

12 an engagement that Gloryvision was --

13     A     It was prior to 2000, because in 2000 I

14 decided instead to work through my own company.  It's a

15 weird business.

16     Q     Okay.  And did there ever come a time that

17 you met Mr. Russ Palladino?

18     A     Yes.

19     Q     And when did you meet Mr. Russ Palladino?

20     A     1996.

21     Q     And what was the nature of you meeting with

22 Russ Palladino?

23     A     We met with him to have him be a fulfillment

24 company.  I don't know if they call it fulfillment.

25 Duplications.  To do the duplications for our product

43

1  Songs for Cats, and I think some for Songs for Dogs,

2  too.

3      Q    Okay.  And, Ms. Bryant, on those two lawsuits

4  that you mentioned, the one in New York State and

5  federal court, is Mr. Monaghan your counsel on those

6  cases?

7      A    Yes.  I'm lucky, you know.

8      Q    And when was the first time you met

9  Ms. Bryant?

10     A    Well -- you mean Mr. Monaghan?

11     Q    I'm sorry.  Ms. Bernfeld.

12     A    Ms. Bernfeld.  1975, I think it was, '76.

13     Q    And when was the first time that you entered

14  into a business relationship with her?

15     A    Well, when we owned a business together you

16  mean?

17     Q    Did you have any kind of business

18  relationship with her?

19     A    Oh, yes.  Ellen was the best singer in New

20  York.  I hired her on virtually every job I could, you

21  know, for so many years.  And I was a music producer in

22  New York and I hired musicians and singers all the

23  time, so I hired Ellen.  She was on the top of my list.

24  So there was quite a lot of business that was done,

25  contracts and whatnot.

44

1    Q    Now, after you met Mr. Palladino in 1996, did

2 you do any business with him?

3    A    He worked for Europadisk and --

4    Q    Europadisk?

5    A    Yeah.  They made, I don't know how many

6 thousand copies of Songs for Dogs, Songs for Cats.  I'd

7 have to look at the paperwork.  But I think that you

8 may have some of that information.

9    Q    Well, what paperwork would you need to look

10 at in order to refresh your recollection?

11    A    Any kind of order forms that we might have

12 had with them, like, you know, 1,000 copies or 10,000

13 copies or -- you know, something that indicates how

14 many copies you ordered and the price you paid per

15 copy.

16    Q    Where would that be located?

17    A    In the business files in New York.

18    Q    And that's in Stony Point?

19    A    Yes.

20    Q    Okay.  We'd request that information.

21        And were you involved with either signing the

22 agreements or issuing any purchase orders or

23 authorizing Mr. Palladino to manufacture the disks?

24    A    I don't remember.  I mean, that certainly was

25 part of deciding that Europadisk was the right place

45

1  and -- you know.  I mean, there was -- I don't know

2  which one of us actually signed for it.  I remember

3  picking up a large order.  I signed for it probably

4  when I picked it up, but --

5      Q    And when you say you picked it up, where

6  would you have picked it up?

7      A    On Verex Street.  It was downtown Manhattan.

8  Way downtown.

9      Q    And would you have picked it up yourself or

10  would you have done it with someone else?

11      A    They had a loading area.  Manhattan is kind

12  of crazy, you know.  But I had that Ford Explorer at

13  the time and I remember it was kind of filled up to the

14  brim with these boxes, you know, from the loading dock.

15  I don't remember that I was with anyone.  You know, I

16  didn't have to lift it.

17      Q    And after you picked them up, what did you do

18  with those boxes?

19      A    Took them to the office.  We had a loading

20  dock there, too.  There's a -- it's an industrial

21  complex.  They have a good loading dock and elevator

22  and dollies and whatnot.  And we took it to the office

23  and --

24      Q    This is in Garnerville?

25      A    Yes.

46

1    Q    Okay.  And do you recall ever shipping any of

2 those products to Media Right Productions or

3 Mr. Maxwell?

4    A    I remember that we had to send them one of

5 each product initially.

6    Q    Okay.  And do you recall if you followed up

7 by sending any additional copies to him?

8    A    Yeah, I think all together we sent ten copies

9 of each in sales samples, you know.

10    Q    Okay.  And when you say of each, what are you

11 referring to?

12    A    Of Dogs and ten copies of Cats.

13    Q    The CDs?

14    A    The CDs.  I don't remember whether we sent

15 him any cassettes.

16    Q    Okay.  And do you remember a time when you

17 may have been introduced to Mr. Maxwell by

18 Mr. Palladino?

19    A    I never met him until this past December, is

20 the first time I met him.

21    Q    Were you ever involved with any discussions

22 regarding the role that Media Right Productions or

23 Mr. Maxwell would play in connection with Songs for

24 Dogs or Songs for Cats?

25    A    The second phone call between Ellen and

1 Mr. Maxwell, I remember that phone call because I sat

2 there in the dining room where we had the speakerphone

3 and listened to it.  I don't know whether I said hello

4 or not or -- I mean, I wasn't trying to be sneaky, I

5 was just listening to it.  So I remember that second

6 phone call.

7      Q    And did you notify or did Ms. Bernfeld notify

8 Mr. Maxwell that you were listening in to their phone

9 call?

10     A    I would think I would have said hello.  You

11 know, I'm not the kind of person to do something like,

12 you know.  There was no reason not to say hello to him,

13 you know.  We were looking forward to the whole thing.

14     Q    And do you recall the discussion by

15 Mr. Maxwell regarding his discussions with The Orchard

16 and selling his products to The Orchard for

17 distribution?

18          MR. MONAGHAN:  Object to the form of the

19     question as presupposing that this is true.

20 BY MR. SHELOWITZ:

21     Q    You can answer it if you understand it.

22          MR. MONAGHAN:  No, I object to the form.

23     Please rephrase the question.  Was there such a

24     discussion, is that the question?

25 BY MR. SHELOWITZ:

48

1      Q      You can answer my question if you understand

2  it.

3          MR. MONAGHAN:  No, she can't because it's

4  objectionable.  It presupposes facts which are --

5          MR. SHELOWITZ:  Again, you know, the idea is

6  that if she doesn't understand it, she can say so.

7          THE DEPONENT:  I don't understand your

8  question.  Could you rephrase it?

9          MR. SHELOWITZ:  And unless you're going to

10  direct her not to answer, your role is to state

11  your objection, and if she can answer the

12  question, she can answer it.  Not to coach her,

13  not to instruct her, not to direct her not to

14  answer, and not to interfere with my conducting

15  this deposition, and that's what you've been doing

16  from the morning -- from 1:00 when we started.

17          MR. MONAGHAN:  Let me know when it's my turn,

18  please, to speak.

19          MR. SHELOWITZ:  Okay.

20          MR. MONAGHAN:  I am here --

21  BY MR. SHELOWITZ:

22      Q      Do you recall discussing Mr. Maxwell's

23  relationship with The Orchard with Mr. Maxwell and --

24  with Ms. Bernfeld on that second conversation?

25      A      No.

49

1    Q    Did you ever discuss with Ms. Bernfeld a

2 possibility that your music would be sold through third

3 parties in connection with your business with

4 Mr. Maxwell?

5    A    Third parties.  I don't understand what you

6 mean by that.  You mean stores?

7    Q    Anyone other than Mr. Maxwell directly?

8    A    We wanted him to get -- to build our store

9 base.  So that would be third parties, I guess; right?

10 We wanted him to build our store base.  And we were

11 talking, I remember, about CD Baby and Tower Records on

12 line, the on-line sellers who sold CD products,

13 building that up.  We were already with amazon.com and

14 we were with barnesandnoble.com, so we knew that there

15 were others.  I remember discussing that, that he

16 discussed that and Ellen discussed that with him.

17    Q    And what was -- what was your intention from

18 Mr. Maxwell's role in connection with the Songs for

19 Dogs and Songs for Cats?

20    A    He was a product representative to -- and his

21 job was to expand the store base and the different

22 catalogs.  Maybe home shopping networks I think we were

23 talking about with him.

24    Q    And was it your understanding that

25 Mr. Maxwell was authorized by Media Productions to

50

1 represent the Songs for Dogs and Songs for Cats in

2 connection with those activities?

3      A    He was authorized to represent the product,

4 the products, the gift products, the physical products,

5 but he wasn't authorized to fulfill anything himself.

6 Had to come back to us for everything.  He is a sales

7 rep.

8      Q    And what's your understanding of a sales

9 rep's responsibilities?

10     A    Goes out and stimulates sales, can take

11 orders, but we fulfill them.

12     Q    And what is that understanding based on,

13 Ms. Bryant?

14     A    Well, I've been dealing with sales reps my

15 whole career.  That's always the way it works for me.

16 I have had sales reps in the jingle business.  And, for

17 example, they can bring in a client, but they can't

18 bind me to an agreement.  They can -- they get a piece

19 of the action.  They tell me about the job and it's my

20 job to do the job.

21     Q    I'd like to direct your attention,

22 Ms. Bernfeld, to a document which has been marked --

23     A    Bryant.

24     Q    Ms. Bryant, a document which has been marked

25 -- it was Maxwell Exhibit 3, which is a Product

51

1  Representation Agreement.

2      A    Oh, yes.

3          MR. SHELOWITZ:  Counsel, if you can please

4      show that to her.

5          THE DEPONENT:  I see it.  Thank you.  I'm

6      looking at it.

7  BY MR. SHELOWITZ:

8      Q    Okay.  And I'd like to direct your attention

9  to the -- from the top of the agreement.

10         Well, first of all, have you seen this

11 document before?

12     A    Yes.

13     Q    When was the first time you saw that?

14     A    Around 2000, maybe a little before.

15     Q    Did you discuss this -- the contents of this

16 agreement with Ms. Bernfeld prior to her signature of

17 the document?

18     A    Yes.  We also ran it by her dad who was a

19 very fine businessman.

20     Q    And did you recommend any changes to be made

21 to this document prior to its signature?

22     A    I don't know that he made any changes.  I

23 think he wanted -- Ellen wrote a little thing at the

24 end.  That might have been her -- Bernfeld's

25 recommendation.

52

1    Q    Okay.  And what were your expectations from

2 this agreement, if any?

3    A    Well, my best hopes would be that Mr. Maxwell

4 was able to expand our store base.  Cats was newer than

5 Dogs.  There were some opportunities that automatically

6 existed there to take the existing store base and start

7 to introduce the second product in, and that he could

8 get us connected possibly with home shopping and more

9 catalogs than we had been.  We were in a couple of

10 really wonderful catalogs, but there were many others.

11 And generally expand our sales, you know.

12        Amazon and Barnes & Noble were good, but

13 everybody was saying that CD Baby was very good.  We

14 were interested in that.  And Tower Records on line.  I

15 think Tower Records is gone now.  But we were hoping he

16 could stimulate more customers for us.

17    Q    All right.  And did you ever notify

18 Mr. Maxwell or Media Productions -- Media Right

19 Productions at any time that the contract was no longer

20 in effect?

21    A    No, it's -- there's a time limit placed in

22 the contract.  It's a term.

23    Q    Did you ever notify him of that?

24    A    Why do I have to notify him of that?  Doesn't

25 it say 36 months unless it's terminated sooner?

1      Q      And whose idea was it to commence this
2 lawsuit, Ms. Bryant?

3      A      It was ours.

4      Q      And who is "ours"?

5      A      Oh, I'm sorry.  Ellen and mine.

6      Q      And why did you decide to commence this
7 lawsuit?

8              MR. MONAGHAN:  Just look in the complaint.

9              MR. SHELOWITZ:  Again, I'm going to object
10      again for that needless interruption.

11              Can you please read back the question,
12      Ms. Court Reporter, for the witness?

13              (The last question was read back by the court
14      reporter.)

15              THE DEPONENT:  Because we owned every single
16      thing about this product and we never authorized
17      anyone to give it away to anyone.  We would have
18      never agreed to on-line distribution of a gift
19      product.  We would have never agreed to have our
20      prices changed by other people, to have our
21      product dismembered into single-song downloads,
22      and to have our copyrights and trademarks
23      infringed by someone.  That's why --
24 BY MR. SHELOWITZ:
25      Q      And --

54

1          MR. MONAGHAN:  Wait.  You're interrupting her

2     answer.

3          THE DEPONENT:  That's why we commenced this

4     lawsuit.

5  BY MR. SHELOWITZ:

6     Q    And if we could go -- in the complaint

7  there's a claim for trademark infringement, you just

8  mentioned that.  Have you ever applied for a federal

9  trademark for anything ever?

10     A    No.

11     Q    And so what is the basis for claiming that

12  there is a trademark?

13     A    We used it in interstate commerce for many,

14  many years.

15     Q    Used what?

16     A    We used the marks, the distinctive marks of

17  Songs for Dogs and Songs for Cats and Gloryvision and

18  our logos and our print and our pictures all to

19  represent this product, which has had many copycats

20  now, but it represented our company and our brand all

21  over the United States and in Canada, even in Europe,

22  and for how many years running now?

23     Q    And so are you saying, Ms. Bryant, that the

24  words to Songs for Cats is a trademark?

25     A    It's a mark.  It's definitely a mark.  And as

55

1 used, as printed, as pictured in combination with these

2 different fonts and graphic designs, I'd say it's a

3 mark.

4       Q    Okay.

5       A    I mean, I've seen Songs for Irish Dogs, but

6 nobody's done Songs for Dogs.

7       Q    Are you saying that someone who has songs for

8 Irish dogs would be infringing your trademark?

9       A    No, I think somebody would -- if we wanted to

10 do something, you know, and they said I've got to find

11 a way to not do what Anne's doing.

12      Q    Okay.  So just help me to understand the

13 trademarks that you claim are being infringed so, you

14 know, we can understand what the basis of your claims

15 are because so far we're not very clear on that.

16           MR. MONAGHAN:  Well, you're apparently not

17      paying much attention.

18 BY MR. SHELOWITZ:

19      Q    Well, why don't you help us, Ms. Bryant, by

20 telling us since you're the Plaintiff in this case what

21 precise trademarks you claim are being infringed and

22 how.

23      A    All right.  Just a minute.

24      Q    And we'll take them one by one so the court

25 reporter can get it down.

56

1       A    As I write it in my book, the names,

2  likenesses and marks of the characters Big Daddy, Queen

3  Maxine, Queen Maxine & The Mutts, Wheels -- I'm

4  answering you -- Sneakers, Eartha, Chi-Chi and Waylon,

5  The Bone Lady, Little Mommie and Big Mommie are the

6  exclusive property of Gloryvision.

7       Q    Listen to me.  Okay?  We have to --

8       A    All rights reserved there.

9            (Overlapping speech.)

10      Q    So that the court reporter can take it down

11 and so I can understand what your claim is.  And I

12 don't -- let's start with Songs for Cats.  And if you

13 can tell me again -- you've never applied for a federal

14 trademark, so that means -- is it correct that there

15 are no federal trademark registrations for anything

16 that you own through yourself or Gloryvision?

17      A    I claim it from use.

18      Q    Okay.  So there's no federally registered

19 trademarks.

20           And if you can tell me what individually,

21 again, what marks you claim are being infringed and

22 how.  And do it slowly so that we can understand, so

23 the court reporter can take it down, so that I can

24 understand what it is, we would appreciate it.

25      A    Okay.  As written on the face page of the

57

1  Songs for Dogs book and elsewhere in our products, it

2  says the names, likenesses and marks of the characters

3  Big Daddy, Queen Maxine, Queen Maxine & The Mutts, The

4  Puppy Parents, Wheels, Sneakers, Eartha, Chi-Chi,

5  Waylon, The Bone Lady, Little Mommie and Big Mommie are

6  the exclusive property of Gloryvision, Limited, all

7  rights therein are reserved.

8           P&C copyrights, it's Phono Record and --

9  copyright 1994 and 1995.  Anne Bryant and Ellen

10 Bernfeld, all rights reserved.  Copyright 1995.

11 Gloryvision, all rights reserved.

12     Q    Okay.  Again, I'm asking for the trademarks

13 that you're asserting are being infringed.

14     A    Well, I gave you the mark.

15     Q    So are you saying that anyone who uses the

16 name Big Daddy is infringing your trademark?

17     A    Well, look at the very top where it says

18 Songs for Dogs TM.

19     Q    I'm asking you do you believe that if anyone

20 else uses the words Big Daddy, that they're infringing

21 your trademark?

22     A    Within the context of my product.  In

23 connection with my songs that Big Daddy sings, you bet.

24     Q    Okay.  So anyone using the words Queen Maxine

25 related to a song you would say is infringing your

58

1 trademark?

2    A    Related to a song that is that song that

3 Queen Maxine sings, you bet.

4    Q    Okay.  And with regard for a copyright

5 infringement claim, can you describe what the basis of

6 that claim is?

7    A    All right.  Mr. Maxwell took a copy.  He had

8 CD copies.  And as you probably know, or may know, any

9 CD is a digital copy.  So he took copies of our product

10 that we supplied to him as a sample and uploaded,

11 copied them by uploading them to Orchard, a master

12 server and distributor of digital content.  And

13 therein, that act, he committed copyright infringement.

14 And it was serious copyright infringement because it

15 went to a master hub server, The Orchard, that got it

16 out to digital stores all over the world.

17    Q    Now, if the result of what you just described

18 resulted in royalty revenue for you, would you still

19 believe that that was copyright infringement?

20    A    I would have been furious.

21    Q    You would have been furious if you were

22 earning royalties as --

23    A    You bet.  I don't want to be -- I don't need

24 The Orchard, I don't want The Orchard, I don't want a

25 gift product on The Orchard sold in single songs.  I

59

1  don't want somebody repricing my product.  I don't want

2  anybody using little snippets and things from my

3  product and then diluting it.  It's a gift product,

4  first of all, and if I wanted to sell it on the

5  Internet, I could sell it through my own site.  But I

6  don't want to sell it through the Internet because who

7  wants a gift like that?  It's a gift that's --

8      Q    We actually looked on your site and we saw

9  that it was -- it is being sold on your site.

10     A    It is not being sold on my site as a

11 download.

12     Q    I would show you because there are sample

13 songs, and I even have that, and if I was in Florida, I

14 would show it to you right now.

15     A    You don't have to show me.  I did those

16 20-second and 14-second samples.  I --

17     Q    Those are actually available on the Internet.

18     A    They are not through my -- I have never put

19 those things through my site.  And when we were told

20 that it helps to have short snippets so people could

21 hear what the song was about, I don't think any of them

22 were longer than 15 seconds because I did the snippets

23 myself.  I'm an engineer, too.

24     Q    So it is available on the Internet by you by

25 your site?

1    A    You cannot get a song from my site.

2    Q    Can you get a snippet?

3    A    Yes, you can get like a half a chorus.

4 Enough to hear what it sounds like.  Oh, that sounds

5 cute, let's buy the album.  That's what you can get

6 from me.

7    Q    Okay.  And other than what you've just

8 described in the -- what you allege to be the copying

9 and uploading of music to The Orchard, are there any

10 other bases that you have for your copyright

11 infringement claim?

12    A    I think I said clearly, I just want to make

13 sure that you understand, you broke apart a product

14 that's an entertainment property.  You did damage.  He

15 did damage to my property.

16    Q    And what was the damage?

17    A    Well, I mean, what does the song mean

18 that's -- Follow The Bone Lady, unless it's in context

19 to Songs for Dogs.  I mean, it means something within

20 the context of this whole story.  But having

21 single-song downloads of a product that's part of an

22 entertainment property and meant to be that way, and

23 also meant to be a gift product that comes with a

24 beautiful book and excellent packaging, it's a gift to

25 people, to a dog lover.  I don't want it to be sold

1 like that, and even these days when finally you can

2 get, you know, some artwork with it.  I don't consider

3 that a gift.

4      Q    And so in your complaint you list -- you

5 claim $1,000,000 worth of damages.  And can you tell me

6 what the basis of that $1,000,000 claim is?

7      A    Yes.  I have no way of knowing how many

8 people have shared this with other people who are

9 potential customers to me.  And I can tell you some of

10 my background on this.  Before I --

11      Q    I'd like to ask you questions and you can

12 answer my questions.

13      A    I'm trying to give you an answer,

14 Mr. Shelowitz.  1990, according to the U.S. Census,

15 there were 34,000,000 American homes with more than two

16 dogs, that's three dogs or more, that we labeled dog

17 lovers.

18      Q    If you'll let me ask you the questions.

19 Right now --

20      A    It's a big market.

21      Q    -- we're talking about a claim for

22 $1,000,000, and you testified earlier that for the last

23 seven years you've had under $500, if that much, in

24 sales.  And so the question that I asked to you is what

25 the basis for the $1,000,000 is?

62

1    A    Well, we don't know how many of our sales

2 might have come to us had they not been being

3 distributed through The Orchard to anybody who shares

4 them with 40 friends.  You know, that's a story on

5 downloading, too, Mr. Shelowitz.  One in 40 downloads

6 is legal.

7         I have no idea how many people have this and

8 gave it to someone else and burned it and wrapped it

9 and e-mailed it and did everything else to it.  But I

10 have also no idea for sure how many of those sales, you

11 multiply by 40, I have no reason to believe anything

12 Mr. Maxwell or even The Orchard says to me, so --

13    Q    So when you say that, you know, you've got

14 $1,000,000 worth of damages based on -- really you

15 don't -- you're telling us right now that you have no

16 idea whether anyone's made any money on it and you

17 certainly have not?

18    A    Well, maybe it's because you were selling it

19 all over the world and I was the only one who didn't

20 know about it.

21    Q    Well, if I were to tell you that the -- that

22 Media Right Productions received about $382 from sales

23 on The Orchard, you know, what would you think that

24 your damages would be in that case?

25         MR. MONAGHAN:  Object to the form of the

63

1      question.

2  BY MR. SHELOWITZ:

3      Q    You can answer the question.

4           MR. MONAGHAN:  You don't have any basis for

5      telling us that.

6           MR. SHELOWITZ:  Again, you're coaching the

7      witness and you violated, you know, the Federal

8      Rules like throughout the day today.

9           MR. MONAGHAN:  Take it up with the Judge.  I

10      don't believe you're correct on that.

11           MR. SHELOWITZ:  You can object to the form.

12      You cannot instruct her not to answer the

13      question.  It's very simple.  You've been doing

14      this long enough that you know the rules.  Okay?

15      Every time you do that you're delaying the

16      deposition.  You're coaching her, clearly.  And

17      this record will go to the Judge.  Okay?  I'm

18      asking her a question.

19           And, court reporter, if you can please read

20      it back.

21           You can object to the form and you let her

22      answer the question.  I don't have to teach you

23      the rules.  I don't want to.

24           MR. MONAGHAN:  You don't, and you don't know

25      the rules.

1        MR. SHELOWITZ:  Okay.

2        MR. MONAGHAN:  And let me just tell you this:

3   When you ask a question that presupposes something

4   as true, it's objectionable as to form.  I'm not

5   going to let the witness answer a question --

6        MR. SHELOWITZ:  No, you're wrong.  You object

7   to form.  If she can answer it, she answers it and

8   your objection is reserved.  Very simple.  Okay?

9        If you could read the question back, Miss.

10        (The last question was read back by the court

11   reporter.)

12        MR. MONAGHAN:  Yeah, same objection.  Same

13   instruction.  Go ahead, call the Judge if you

14   wish.

15        MR. SHELOWITZ:  What's the instruction?

16        MR. MONAGHAN:  The instruction is not to

17   answer that kind of a question which presupposes

18   something as true, which we have no idea is true.

19        MR. SHELOWITZ:  And so you are instructing

20   her not to answer --

21        MR. MONAGHAN:  Yes, I --

22        MR. SHELOWITZ:  -- not on the basis of

23   privilege, it's on the basis of an objection to

24   the form?

25        MR. MONAGHAN:  I am instructing her not to

65

1        answer because the question is -- presupposes

2        facts which have not been established and --

3  BY MR. SHELOWITZ:

4        Q    Okay.  And if I were to tell you again,

5  Ms. Bryant, that Media Right Productions received $382

6  in royalties as a result of sales of Songs for Dogs and

7  Songs for Cats music, what would you believe that your

8  damages were?

9        MR. MONAGHAN:  Same objection.  Same

10       instruction.

11 BY MR. SHELOWITZ:

12       Q    Do you believe you would be entitled to more

13 than $382?

14       MR. MONAGHAN:  Same objection.  Same

15       instruction.

16 BY MR. SHELOWITZ:

17       Q    You can answer the question.

18       MR. MONAGHAN:  No, she can't.  I've

19       instructed her not to answer.  You can pursue this

20       all you wish.  We'll take it up with the Court

21       any --

22       MR. SHELOWITZ:  I am.  Don't worry, I am.

23       MR. MONAGHAN:  Well, I'll tell you what, I'll

24       tell you what, Mr. Shelowitz, I guarantee you that

25       when this record is shown to the Court, the pages

66

1      upon pages of your explanations, your objections

2      to my objections will be far in excess of any

3      objections that I made on the record.

4          MR. SHELOWITZ:  Listen, one thing is clear,

5      when you instruct your witness not to answer a

6      question based on objection to the form of the

7      question, that's just, you know, plainly not

8      permitted.

9          MR. MONAGHAN:  Okay.  Do you have another

10     question?

11         MR. SHELOWITZ:  Okay.  Fine.

12 BY MR. SHELOWITZ:

13     Q    Ms. Bryant, when you first -- strike that.

14         When was the first time that you thought that

15 you may have a basis for some kind of a claim against

16 Media Right Productions?

17     A    By accident we came upon their name, and I

18 think a copyright, and a label credit for our product

19 on amazon.com in 2006.  I think it was the summer of

20 2006.

21     Q    And did you ever consider simply calling

22 Mr. Maxwell and trying to understand what the story

23 was, if anything?

24     A    No.

25     Q    Did you ever write a letter to him?

1    A    No.

2    Q    And what was it exactly that you saw on the

3 Internet that --

4    A    I saw Songs for Dogs, Media Right

5 Productions.  Copyright Media Right Productions, I

6 believe.  It's different on different ones.  Some say

7 copyright Orchard.  That one said copyright Media

8 Right.  And it said Label:  Media Right Productions.

9 Artist:  Media Right Productions.  Listen to the songs.

10 And then you click on that and there's all our song

11 titles.  And you click on them, you hear the whole

12 song.

13         And I thought, well, this is not what I want.

14 I mean, this is not something I would authorize.  Who

15 is this, Media Right Productions?  Wait a minute.  And

16 then it went from there, kind of looking around and

17 hunting and pecking and finding out that it was in

18 other places as well.

19    Q    And when you saw that, you never directly

20 contacted either Mr. Maxwell and Media Right

21 Productions?

22         MR. MONAGHAN:  Objection to the form, but

23    I'll let her answer.  Asked and answered.

24         THE DEPONENT:  I would not make a phone call

25    to a person who would do such a thing.

68

1  BY MR. SHELOWITZ:

2      Q    So you assumed that he was somehow involved

3  with that?

4      A    Well, at that very moment the next thing I

5  did is I looked up Songs for Cats and I saw the same

6  thing with all our songs.  By the way, we never

7  received a penny from Internet streaming for anything.

8  So, you know, I played each song.  Each one came

9  through.  The same thing.

10     Q    And, Ms. Bryant, are you a member of any

11  performing right societies?

12     A    BMI.

13     Q    Any others?

14     A    You can only be in one.

15     Q    Have you ever been in any others?

16     A    No.

17     Q    Have you ever been a member of ASCAP?

18     A    No.

19     Q    And have you ever received any royalties from

20  BMI in connection with the songs on Songs for Cats or

21  the songs from Songs for Dogs?

22     A    Yes, from radio play of those songs in the

23  '90s.  Every one of them was on -- had good radio play

24  during the time that Ellen was doing the interviews.

25  About 150 interviews that she did, you know, as part of

69

1 breaking the product on the market.

2     Q    And when you say in the '90s, do you know

3 more specifically when she was doing those interviews

4 and when those were?

5     A    Between -- yeah, I would say between 1994 and

6 1997, eight.  1997 or eight.

7     Q    And do you recall the amount of those

8 royalties?

9     A    No.

10     Q    Do you know if it was more than $500?

11     A    Yes, I think it was more than $500.

12     Q    Would you say it was more than $1,000?

13     A    I would just be guessing.  It was probably

14 around that.

15     Q    Around $1,000?

16     A    Yeah.

17     Q    And would you have any records of any such

18 royalty payments from BMI regarding the Songs for Dogs,

19 Songs for Cats?

20     A    I've got to get deep into some boxes to try

21 to see if we have that, you know.  We shredded -- we

22 shredded a lot of excess papers from my older

23 companies, you know, from the '80s.  And I even had

24 papers from the '70s that I shredded.  So I don't have

25 everything, but --

70

```
 1      Q      Did anyone tell you to shred those documents?

 2      A      My basement was telling me to shred them.

 3 There was like too much stuff.

 4             MR. SHELOWITZ:  I think now is a good time to

 5      take a ten-minute break.

 6             THE DEPONENT:  Okay.

 7             MR. SHELOWITZ:  And I'll dial back in in ten

 8      minutes.

 9             (Break.)

10 BY MR. SHELOWITZ:

11      Q      Who is paying the legal expenses in

12 connection with this lawsuit?

13             MR. MONAGHAN:  I don't think that's a proper

14      question, so -- it's attorney-client and I

15      instruct her not to answer.

16             MR. SHELOWITZ:  What's attorney-client about

17      expenses?

18             MR. MONAGHAN:  The financial relationship

19      between the Plaintiffs and myself and my law firm

20      is a matter of privilege.

21             MR. SHELOWITZ:  I don't agree to that.  I

22      mean, if -- either you're not paying or somebody's

23      paying or nobody's paying.  I mean, I don't think

24      there's anything privileged about that.

25             MR. MONAGHAN:  Okay.  Well, you'll have to
```

71

1    convince the Judge of that.

2        MR. SHELOWITZ:  Excuse me?

3        MR. MONAGHAN:  You'll have to convince the

4    Judge of that at some point if you pursue the

5    line, because I'm telling Ms. Bryant that I don't

6    want her to answer questions about how the

7    litigation is financed.

8        I mean, I've been doing this for 36 years.  I

9    don't remember ever being -- ever asking anybody

10   else on the other side how the case was financed.

11   I don't think it's relevant.

12       MR. SHELOWITZ:  I'm just asking who's paying

13   the bills.

14       MR. MONAGHAN:  I know you're just asking, but

15   you're just asking an irrelevant and privileged

16   question.  So let's not debate it, let's move to

17   the next question.  You can take it up with the

18   Court.

19 BY MR. SHELOWITZ:

20   Q    Is this case a contingency matter?

21       MR. MONAGHAN:  Same objection.  Same

22   instruction.

23       MR. SHELOWITZ:  Okay.  Well, on that note we

24   have no further questions, although, again, we

25   reserve the right to call Ms. Bryant back based on

72

1    further discovery, which it's apparent that

2    discovery as to document production is incomplete.

3    And we're going to make the same request that we

4    made in Ms. Bernfeld's, that, Ms. Bryant, please

5    respond to the document production request that we

6    had served upon your counsel.

7        Thank you for your time.

8        MR. MONAGHAN:  Okay.  Before we go I want to

9    put a statement on the record.  Bear in mind that

10   the Lanham Act has a provision for statutory

11   damages because it recognizes the difficulty

12   sometimes in proving actual damages so that --

13   much of the documentation you have requested

14   relates to the actual damage component of the case

15   when, in fact, it may be that the Plaintiffs will

16   elect statutory damages.  So we will take your

17   request under advisement, provide as much

18   information as we can and -- which is required

19   under the rules.

20       Now, the next question I have for you,

21   Mr. Shelowitz, is when are we going to have the

22   deposition of the client, The Orchard, your client

23   The Orchard?

24       MR. SHELOWITZ:  We've already confirmed it.

25   Michael confirmed it before the Judge in Court --

73

1          MR. MONAGHAN:  Okay.

2          MR. SHELOWITZ:  -- as the 21st.  And he stood

3     up and he said to the Judge we hereby confirm

4     we're taking The Orchard's deposition on

5     February 21st.

6          MR. MONAGHAN:  Okay.  That's fine.  Thank you

7     very much.  And please don't interpret anything

8     here as acknowledging that you have a right to a

9     further deposition.  But we can take that up later

10    after we seek in good faith to produce whatever

11    additional documents may be relevant to the case.

12         MR. SHELOWITZ:  Thank you.  And responsive to

13    the request.

14         MR. MONAGHAN:  And responsive to the request

15    to the extent that the request requires a

16    response.  But we're going to do our best even to

17    go overboard to give you as much as we can given

18    the fact that this is a matter that is many years

19    old by now, so --

20         MR. SHELOWITZ:  Than you very much.

21         MR. MONAGHAN:  Thank you.

22         THE COURT REPORTER:  Mr. Shelowitz, do you

23    want to order these transcripts today?

24         MR. SHELOWITZ:  Yes.

25         THEREUPON, the deposition of ANNE BRYANT, taken

74

1  at the instance of the Defendants, was concluded at

2  5:30 p.m.

3

4  Note:  The original of the foregoing deposition will be

5  held by Mr. Shelowitz.  A copy will be provided to

6  Mr. Monaghan by Mr. Shelowitz.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

75

1    DEPONENT'S ERRATA SHEET AND SIGNATURE INSTRUCTIONS

2         The original of the Errata Sheet has been

3 delivered to Attorney Shelowitz, Counsel for Defendants.

4         When the Errata Sheet has been completed by the

5 Deponent and signed, a copy thereof should be delivered

6 to each party of record and the ORIGINAL delivered to

7 Attorney Shelowitz, Counsel for Defendants, to whom the

8 original deposition transcript was delivered.

9

10                INSTRUCTIONS TO DEPONENT

11         After reading this volume of your deposition,

12 indicate any corrections or changes to your testimony and

13 the reasons therefor on the Errata Sheet supplied to you

14 and sign it.  DO NOT make marks or notations on the

15 transcript volume itself.

16

17

18

19

20

21

22

23

24

25

76

```
 1  ATTACH TO THE DEPOSITION OF ANNE BRYANT
    CASE:  BRYANT, BERNFELD vs. EUROPADISK, et al.
 2  CASE NO.:  07-CV3050(CLB)

 3                     ERRATA SHEET

 4        I, ANNE BRYANT, have read the foregoing

 5  deposition given by me on Wednesday, February 13, 2008,

 6  in Sarasota, Florida, and the following corrections, if

 7  any, should be made in the transcript:

 8  PAGE#     LINE#           CORRECTION AND REASON THEREFOR

 9

10

11

12

13

14

15

16

17        Under penalties of perjury, I declare that I

18  have read the foregoing document and that the facts

19  stated in it are true.

20        SIGNED at _____, Florida, this _____

21  day of _____, 20 __.

22

23                              _____

24                              ANNE BRYANT

25
```

CERTIFICATE OF REPORTER OATH

STATE OF FLORIDA

COUNTY OF SARASOTA

     I, the undersigned authority, hereby certify that the witness named herein personally appeared before me and was duly sworn.

     WITNESS my hand and official seal this

FEB 1 3 2008

_____.

_____
Leihla Collins, RPR
NOTARY PUBLIC - STATE OF FLORIDA
MY COMMISSION NO. DD 565946
EXPIRES:  July 11, 2010
SCLAFANI WILLIAMS COURT REPORTERS, INC.

LEIHLA COLLINS
NOTARY PUBLIC - STATE OF FLORIDA
COMMISSION # DD565946
EXPIRES 7/11/2010
BONDED THRU 1-888-NOTARY1

1             REPORTER'S DEPOSITION CERTIFICATE

2   STATE OF FLORIDA

3   COUNTY OF SARASOTA

4        I, Leihla Collins, Registered Professional Reporter,

5   and Notary Public in and for the State of Florida at large,

6   hereby certify that the witness appeared before me for the

7   taking of the foregoing deposition, and that I was authorized

8   to and did stenographically and electronically report the

9   deposition, and that the transcript is a true and

10  complete record of my stenographic notes and recordings

11  thereof.

12       I FURTHER CERTIFY that I am neither an

13  attorney, nor counsel for the parties to this cause, nor

14  a relative or employee of any attorney or party

15  connected with this litigation, nor am I financially

16  interested in the outcome of this action.

17       DATED THIS ___FEB 1 3 2008___ at Sarasota,

18  Sarasota County, Florida.

19

20       _____
         Leihla Collins, RPR
21       SCLAFANI WILLIAMS COURT REPORTERS, INC.

22

23

24

25

**A**

AB 31:19,21,22 33:15 38:7
  38:25
able 5:6 13:15 52:4
Academy 21:2
access 12:5
accident 66:17
accountings 12:16
acknowledging 73:8
act 58:13 72:10
action 50:19 78:17
actively 15:14 22:13
activities 40:19 50:2
activity 40:20
actual 23:16 72:12,14
add 15:6
additional 46:7 73:11
address 6:5,7 7:1,5,13
addressing 5:2
advisement 28:16 72:17
ago 21:1
agree 20:17,20 70:21
agreed 53:18,19
agreement 3:17 22:12 28:18
  28:21,24 29:2 40:24 50:18
  51:1,9,16 52:2
agreements 44:22
ahead 34:23,24 36:25 38:2
  64:13
al 31:18 76:1
album 41:2 60:5
allege 60:8
allow 5:1 31:24
allowed 34:19,19 35:3,13,14
  35:15,16 36:16
Amazon 52:12
amazon.com 49:13 66:19
American 61:15
amount 14:23 22:5 69:7
and/or 12:16
animals 16:22
Anne 1:3,11 3:3 4:2,12 6:2
  33:17 57:9 73:25 76:1,4
  76:23
Anne's 55:11
answer 4:16 5:7 15:3,8 17:8
  20:1 34:13,19 36:4,22
  47:21 48:1,10,11,12,14
  54:2 61:12,13 63:3,12,22
  64:5,7,17,20 65:1,17,19
  66:5 67:23 70:15 71:6
answered 67:23
answering 5:12 56:4
answers 4:24 35:8,21,22,24
  64:7
anticipating 24:10
anybody 27:14 59:2 62:3
  71:9
anyone's 62:16
apart 60:13
apologize 14:17
apparent 72:1
apparently 17:12 55:16

appeal 32:19 37:9,10,21,22
appealing 37:23
APPEARANCES 2:1
appeared 77:5 78:7
applied 54:8 56:13
appreciate 56:24
approximately 7:6 24:7
area 45:11
Art 21:4
Artist 67:9
artistic 41:4,8
arts 8:12 21:12,12
artwork 61:2
ASCAP 68:17
asked 9:22 10:18 11:3 35:20
  61:24 67:23
asking 4:14 11:23 34:15
  35:5,25 36:1,2,8,10 39:4,5
  57:12,19 63:18 71:9,12,14
  71:15
asserting 57:13
assigned 9:10
Associates 2:7
assumed 68:2
ATTACH 76:1
attention 11:5 12:10 50:21
  51:8 55:17
attorney 75:3,7 78:14,15
attorney-client 70:14,16
audible 4:24
authority 77:4
authorize 67:14
authorized 49:25 50:3,5
  53:16 78:8
authorizing 44:23
automatically 52:5
available 36:18 59:17,24
Avenue 7:17 9:3
average 24:8,25
awful 26:5

**B**

Baby 49:11 52:13
back 6:18 8:14 11:3 16:15
  18:9 20:3 21:10,19 27:15
  50:6 53:11,13 63:20 64:9
  64:10 70:7 71:25
background 5:20 20:22
  35:14 61:10
backwards 15:11
bad 14:7
ball 22:15
Barnes 52:12
barnesandnoble.com 49:14
base 22:16 49:9,10,21 52:4,6
based 50:12 62:14 66:6
  71:25
basement 9:15 70:2
bases 40:25 60:10
basic 21:17
basically 25:15
basis 29:24 30:1,6 38:19
  39:6 40:14 54:11 55:14

58:5 61:6,25 63:4 64:22
  64:23 66:15
battle 30:24
Bear 72:9
beautiful 60:24
behalf 1:12 9:19
belief 4:17
believe 40:1 57:19 58:19
  62:11 63:10 65:7,12 67:6
bell 19:10
Bendel's 23:4
Berkeley 21:4
Bernfeld 1:3 3:16 5:22 6:9
  6:24 11:8 14:25 17:18
  19:2 22:18 27:8,12 28:22
  28:25 43:11,12 47:7 48:24
  49:1 50:22 51:16 57:10
  76:1
Bernfeld's 11:7 51:24 72:4
best 4:16 19:23 20:18 25:2,4
  43:19 52:3 73:16
bet 57:23 58:3,23
better 15:3
big 56:2,5 57:3,5,16,20,23
  61:20
bills 71:13
bind 50:18
birth 6:3
bit 24:10
BMI 30:20 33:9 68:12,20
  69:18
Bogey 6:6,10
Bone 56:5 57:5 60:18
book 18:16 56:1 57:1 60:24
books 12:15,19 14:13 25:22
bought 7:10
box 13:9,10,14 22:21,22
  24:17,19
boxes 8:25 9:5,21 10:4,5,7
  12:24 13:13 19:17,19 23:2
  23:23,24 25:16,22 45:14
  45:18 69:20
brand 54:20
breach 40:15
break 22:8,13 70:5,9
breaking 26:6 69:1
brim 45:14
bring 36:23 50:17
broadcast 30:20 31:7 33:9
  39:18
broke 60:13
broken 22:16
Brooklyn 21:2
Bryant 1:3,11 3:3 4:2,7,12
  5:4 6:2 11:5 14:12 20:21
  21:19 26:9 29:25 31:17
  32:11 33:17,23 36:20,21
  37:3,13 38:7,16,22,24
  41:23 43:3,9 50:13,23,24
  53:2 54:23 55:19 57:9
  65:5 66:13 68:10 71:5,25
  72:4 73:25 76:1,1,4,23
build 49:8,10

building 9:6 49:13
built 20:5
burned 62:8
business 8:3,5,11,15,24 21:6
  40:10 42:6,7,15 43:14,15
  43:17,24 44:2,17 49:3
  50:16
businessman 51:19
buy 60:5
buying 23:18

**C**

C 4:1
cabinets 8:25 9:1
call 16:8 19:8 38:2 42:24
  46:25 47:1,6,9 64:13
  67:24 71:25
called 3:4 4:2 29:23 32:11
  33:15 37:3 41:6
calling 66:21
Canada 54:21
canceled 12:15
captioned 4:12
career 50:15
carrying 22:14
case 1:5 4:11,16 30:15 31:10
  31:11,16,25 32:6,9,20
  33:21 34:7 37:2,8,25 38:4
  38:12 39:24 40:16 55:20
  62:24 71:10,20 72:14
  73:11 76:1,2
cases 35:9 36:3,9,14 39:15
  39:16,20,21,23 43:6
cassette 10:8 23:23 24:12,13
  24:16,17,18
cassettes 14:13 23:23 25:18
  25:19,22 46:15
cat 24:14
catalog 23:2
catalogs 23:10,12 49:22 52:9
  52:10
Cats 9:12 10:2,24 12:19 13:7
  14:14 16:17,23,25 17:19
  18:15 19:25 21:21,23,24
  22:23 28:14 40:20 41:12,15
  42:1 43:1 44:6 46:12,24
  49:19 50:1 52:4 54:17,24
  56:12 65:7 68:5,20 69:19
cause 78:14
CD 10:2 19:18 23:23 24:19
  49:11,12 52:13 58:8,9
CDs 12:19 14:13 18:15
  23:23 24:1 25:20 46:13,14
Census 61:14
certain 13:10
certainly 25:2 44:24 62:17
CERTIFICATE 3:8,9 77:1
  78:1
certify 77:4 78:6,13
chairman 26:11
change 25:24
changed 53:20
changes 51:20,22 75:12

characters 41:4 56:2 57:2
charity 15:19,22 16:19
check 23:14
checks 12:15
Chi-Chi 56:4 57:4
chorus 60:3
City 7:3
claim 54:7 55:13,21 56:11
  56:17,21 58:5,6 60:11
  61:5,6,21 66:15
claiming 54:11
claims 5:21 12:9 55:14
classical 20:24 21:12,13
clear 14:3 18:1 31:5 32:24
  35:24 38:15 55:15 66:4
clearly 60:12 63:16
click 67:10,11
client 50:17 72:22,22
close 30:24
coach 48:12
coaching 63:6,16
Collaberg 6:15 7:1,11 9:8
Collins 1:23 77:10 78:4,20
combination 55:1
combined 22:7
come 32:9 42:16 50:6 62:2
comes 60:23
coming 8:20 41:2
commence 53:1,6
commenced 30:25 32:12,22
  34:4 36:3,15 37:4 40:12
  54:3
commerce 54:13
Commission 77:11
committed 58:13
communications 12:13
companies 33:8 69:23
company 5:23 7:18 10:7
  12:24 26:20 41:22 42:8,14
  42:24 54:20
compensation 15:24
competently 5:13
complaint 5:22 29:4 39:5
  53:8 54:6 61:4
complete 15:5 78:11
completed 75:4
complex 45:21
component 72:14
composer 20:23,23
composition 20:24 21:12
computer 8:9,14,15
computers 8:5 13:20 14:4,7
  14:7
concluded 74:1
conducting 48:14
confirm 73:3
confirmed 72:24,25
confused 35:7
connected 52:8 78:15
connection 9:17 10:1 28:12
  41:24 46:23 49:3,18 50:2
  57:23 68:20 70:12
consider 61:2 66:21

considered 13:24
consignment 23:6,8,11
constantly 30:18
contacted 67:20
content 58:12
contents 51:15
context 57:22 60:18,20
contingency 71:20
continue 34:20
continued 40:25
contract 40:15 52:19,22
contracts 43:25
control 13:25
conversation 48:24
convince 71:1,3
COOL 1:7
copied 58:11
copies 15:7 20:16 22:1 23:21
  44:6,12,13,14 46:7,8,12
  58:8,9
copy 44:15 58:7,9 74:5 75:5
copycats 54:19
copying 60:8
copyright 57:9,10 58:4,13
  58:14,19 60:10 66:18 67:5
  67:7,7
copyrights 53:22 57:8
correct 33:3,4 37:4 38:7
  56:14 63:10
CORRECTION 76:8
corrections 75:12 76:6
cost 10:25 19:22
costs 19:22
counsel 2:2,6 10:17 12:8
  13:19,19 37:13 43:5 51:3
  72:6 75:3,7 78:14
country 25:9
COUNTY 77:3 78:3
couple 8:10,16 9:20 52:9
course 18:2
court 1:1,16 4:20 5:1 29:15
  29:19,20 30:3 31:11,13
  32:16,18 33:2,2,11,12,14
  33:21 36:24 37:21 38:24
  43:5 53:12,13 55:24 56:10
  56:23 63:19 64:10 65:20
  65:25 71:18 72:25 73:22
Co-own 6:25
crazy 45:12
created 14:15,16
creating 13:11
creation 13:5
creative 41:5
credit 66:18
current 6:5 37:7 40:7
currently 7:12 41:13
custody 13:25
customer 12:15
customers 25:8 52:16 61:9
cute 60:5

D

D 3:1 4:1

dad 51:18
Daddy 56:2 57:3,16,20,23
damage 60:14,15,16 72:14
damages 61:5 62:14,24 65:8
  72:11,12,16
dark 23:22
date 1:14 6:3 12:4
Dated 78:18
day 23:25 63:8 76:21 77:8
  78:18
days 23:22 61:1
DD565946 77:11
deal 19:21
dealing 50:14
debate 71:16
December 46:19
decide 53:6
decided 42:14
deciding 44:25
decision 37:8,21
declare 76:17
deep 69:20
defendant 29:17 31:20
Defendants 1:9,12 2:6 3:4
  4:3,11 9:19 11:8 74:1 75:3
  75:7
defendant's 33:24
define 19:6
definitely 54:25
delaying 63:15
delivered 75:3,5,6,8
delivery 24:2
department 37:11
departments 37:19
Deponent 10:21 31:19,22
  32:21 33:19 34:1 37:18
  38:9 39:10 48:7 51:5
  53:15 54:3 67:24 70:6
  75:5,10
DEPONENT'S 75:1
deposition 1:11 3:9 11:7
  13:18 39:22,25 48:15
  63:16 72:22 73:4,9,25
  74:4 75:8,11 76:1,5 78:1,8
  78:10
depositions 3:14
describe 58:5
described 12:20 58:17 60:8
describing 33:6
designed 10:7 13:12
designs 55:2
develop 40:25 41:21
developed 41:17
development 41:4,22,24
dial 70:7
difference 38:15
different 9:20 24:3,5,20 26:2
  31:1,5,12,13 39:15,15
  42:4,10 49:21 55:2 67:6,6
difficulty 72:11
digital 58:9,12,16
diluting 59:3
dining 47:2

direct 3:5 4:5 11:5 12:10
  34:12 48:10,13 50:21 51:8
directly 49:7 67:19
disability 5:11,15
disciplined 8:17
discovery 4:15 72:1,2
discuss 39:2 49:1 51:15
discussed 49:16,16
discussing 48:22 49:15
discussion 47:14,24
discussions 46:21 47:15
disks 44:23
dismembered 53:21
distinctive 54:16
distributed 62:3
distribution 47:17 53:18
distributions 26:25
distributor 58:12
distributors 23:7
District 1:1,1 29:21 31:14
  38:25
division 21:13
dock 45:14,20,21
doctorate 21:17
document 9:18 11:6,17,24
  12:2,3 50:22,24 51:11,17
  51:21 72:2,5 76:18
documentation 15:5 72:13
documents 3:16 9:4,10
  10:16,18,19,21,24 11:9
  12:5,8,13 13:20,24 70:1
  73:11
dog 24:14 60:25 61:16
dogs 9:12 10:24 12:18 13:6
  14:16,17,22 15:13 16:2,11
  16:14,16,23 17:20 18:15
  19:25 21:20,23 22:2,21
  28:13 40:19 41:11,15 42:1
  43:1 44:6 46:12,24 49:19
  50:1 52:5 54:17 55:5,6,8
  57:1,18 60:19 61:16,16
  65:6 67:4 68:21 69:18
doing 35:17 48:15 55:11
  63:13 68:24 69:3 71:8
dollar 26:4
dollars 25:11
dollies 45:22
donated 16:19
DOUGLAS 1:7
download 59:11
downloading 62:5
downloads 53:21 60:21 62:5
downtown 45:7,8
dozen 19:9,14,16
drives 8:13 13:21
Droids 31:19,21,22 33:16
  38:7,25
duly 4:3 77:6
duplications 42:25,25

E

E 3:1 4:1,1
earlier 20:12 39:17 61:22

early 10:14 18:25 21:11
  40:11
earning 58:22
Eartha 56:4 57:4
Eastman 21:5,7
educational 20:21
effect 52:20
eight 69:6,6
either 13:20 17:15,19 19:25
  39:23 44:21 67:20 70:22
elect 72:16
electronically 78:9
elevator 45:21
Ellen 1:3 26:18 43:19,23
  46:25 49:16 51:23 53:5
  57:9 68:24
EMI 33:7
employee 78:15
engagement 42:12
engineer 59:23
entered 43:13
ENTERPRISES 1:8
entertainment 60:14,22
entire 13:5
entitled 65:12
equal 26:18
Errata 3:7 75:1,2,4,13 76:3
ESQUIRE 2:3,7
established 65:2
estimate 16:10 19:23 21:25
et 31:18 76:1
Europadisk 1:6 4:12 44:3,4
  44:25 76:1
Europe 54:21
everybody 52:13
exactly 67:2
EXAMINATION 3:5 4:5
example 50:17
excellent 60:24
excess 66:2 69:22
exclusive 56:6 57:6
excuse 21:23 71:2
Exhibit 11:8 50:25
Exhibits 3:13,14
existed 11:24 52:6
existing 32:6 52:6
expand 25:14 49:21 52:4,11
Expanding 22:16
expectations 52:1
expenses 9:25 13:4 70:11,17
expensive 19:19
Expires 77:12
explanations 66:1
Explorer 45:12
extent 73:15
extra 4:20
e-mailed 62:9

F

face 56:25
fact 72:15 73:18
facts 5:21 11:1 48:4 65:2
  76:18

faith 73:10
fall 14:14
familiarize 11:16
famous 39:24
far 20:3 30:20,21 55:15 66:2
February 1:14 73:5 76:5
federal 13:25 29:15,20 31:13
  33:2,11 37:24 38:4,24
  43:5 54:8 56:13,15 63:7
federally 56:18
fellowship 21:13,15
felt 8:21 25:12 26:7
Fifty 26:21,23
fighting 30:23
figure 25:7,11 26:4
file 8:25 9:1 13:8
filed 29:4 39:5
files 8:15 9:10,14,17 10:10
  15:6 44:17
filled 45:13
finally 61:1
financed 71:7,10
financial 70:18
financially 78:16
find 13:15 27:15 55:10
finding 67:17
fine 4:23 21:12,12 32:7
  51:19 66:11 73:6
finish 4:18
firm 70:19
first 4:3 6:8 11:8 14:15 22:2
  22:22 31:20 32:14,17 43:8
  43:13 46:20 51:10,13 59:4
  66:13,14
five 17:9 21:1 27:18,21
Floor 2:8
Florida 1:17 6:6 8:1,4,7
  59:13 76:6,20 77:2,11
  78:2,6
focused 31:7
Follow 60:18
followed 46:6
following 76:6
follows 4:4
fonts 55:2
Ford 40:10 45:12
foregoing 74:4 76:4,18 78:7
forgot 40:8
form 47:18,22 62:25 63:11
  63:21 64:4,7,24 66:6
  67:22
former 40:9
forms 24:1 44:11
forth 30:1,6 38:19
forties 21:11
forward 47:13
found 10:11
four 24:20
France 31:22
friend 6:20
friends 62:4
front 11:13 22:8
fulfill 50:5,11

fulfillment 42:23,24
full 5:25 6:14 25:22
fully 5:7,12 24:16
furious 58:20,21
further 22:15 31:24 34:13
  71:24 72:1 73:9 78:13

G

G 4:1
Garnerville 7:17,18 13:22
  45:24
general 30:2,7 39:8
generally 19:17 52:11
getting 26:6 30:24
gift 10:7 13:13 19:17,19
  22:21,22 23:2,4,23,24
  24:17,19 25:16,22 50:4
  53:18 58:25 59:3,7,7
  60:23,24 61:3
gifted 16:19
give 20:1 22:5,6 36:10 39:8
  53:17 61:13 73:17
given 39:22 73:17 76:5
giving 35:7
Gloryvision 1:3 5:23 7:16,23
  8:24 11:24 14:20 17:18
  23:16 26:10,15,17 27:1,12
  27:18,23,25 28:19 40:18
  40:21,22,23 41:7,10,14,22
  41:25 42:7,9,10,12 54:17
  56:6,16 57:6,11
go 5:19 6:18 8:8 15:5 16:15
  21:10,24 34:23,23 36:25
  38:2 54:6 63:17 64:13
  72:8 73:17
gobs 12:25
Goes 50:10
going 4:14 5:2,18,19,20 10:3
  11:5 21:19 22:4 23:2
  31:24 32:3 34:21,22 35:10
  36:4,20 48:9 53:9 64:5
  72:3,21 73:16
good 15:10 19:21 22:24
  45:21 52:12,13 68:23 70:4
  73:10
Gosh 25:10
gotten 8:17 30:22
graphic 55:2
groundwork 21:17
group 26:2
guarantee 65:24
guess 10:14 15:9 22:24 49:9
guessing 10:14 22:25 23:1
  69:13
guesstimate 21:25

H

half 24:16 27:8,8 60:3
hand 77:7
happened 16:9 19:12 20:6,7
  20:8
happening 14:5
happy 4:22 36:17

hard 13:21 22:7
head 15:3 16:12 24:9
hear 5:9 17:22 26:22 30:5
  38:14 59:21 60:4 67:11
held 26:12,14 74:5
hello 47:3,10,12
help 25:4 35:10 55:12,19
helps 59:20
Henri 23:4
High 21:3
high-end 23:4
hip 24:14
hired 43:20,22,23
holding 7:18 13:21
home 6:5 49:22 52:8
homeless 16:22
homes 61:15
honestly 5:7,12
hope 9:23
hopefully 15:4
hopes 52:3
hoping 52:15
horror 24:2
house 6:11,18,19,23 7:10 9:8
  9:15
hub 58:15
hunting 67:17

I

idea 22:17 48:5 53:1 62:7,10
  62:16 64:18
illustrated 24:12
including 12:14 13:23
income 42:8
incomplete 72:2
incurred 9:25 13:5
indicate 75:12
indicates 44:13
individually 56:20
industrial 45:20
information 4:15 5:20 8:22
  9:9,13 15:1 36:11,12,13
  44:8,20 72:18
infringed 53:23 55:13,21
  56:21 57:13
infringement 54:7 58:5,13
  58:14,19 60:11
infringing 55:8 57:16,20,25
initially 46:5
inquire 32:2
instance 74:1
instruct 36:22 48:13 63:12
  66:5 70:15
instructed 65:19
instructing 64:19,25
instruction 64:13,15,16
  65:10,15 71:22
instructions 3:6 5:3 75:1,10
intention 49:17
interested 52:14 78:16
interfere 48:14
Internet 59:5,6,17,24 67:3
  68:7

interpret 73:7
interrupting 35:25 54:1
interruption 53:10
interstate 54:13
interviews 68:24,25 69:3
introduce 52:7
introduced 46:17
invoices 12:14,22,23 13:8,10
  15:6
involved 29:5,8,14 31:2 40:3
  40:5,21 41:10 44:21 46:21
  68:2
Irish 55:5,8
irrelevant 71:15
issuing 44:22

J

J 1:8 2:3
jingle 42:5,6 50:16
jingles 42:5
jive 22:22
job 43:20 49:21 50:19,20,20
Judge 34:21,23,24 38:1,12
  38:5 63:9,17 64:13 71:1,4
  72:25 73:3
J-card 24:12

K

keep 8:23 23:22 35:24
keeping 8:17
kept 7:9 9:13 21:14
Key 6:6 7:25 8:4,7
kids 41:6,7,16,17,18
kind 8:9,22 10:7 11:15 14:5
  19:9 20:4 23:10 25:1,12
  28:18 29:2 43:17 44:11
  45:11,13 47:11 64:17
  66:15 67:16
Kinder 40:10
kinds 23:24 24:3
knew 49:14
know 4:21 8:12 9:8 10:3
  11:17,20 12:23,25,25,25
  13:1,2,3,15 14:14,24 15:9
  15:15 16:15,19 17:14,17
  18:7,12 19:6,22,25 20:8,9
  20:16 21:22 22:15,21
  23:12,14 24:1,5,7,7,8,14
  24:15,21,22 25:12,12 26:4
  27:13,14,16 30:21 31:23
  37:18 41:7 42:5,24 43:7
  43:21 44:5,12,13 45:1,1
  45:12,14,15 46:9 47:3,11
  47:12,13 48:5,17 51:22
  52:11 55:10,14 58:8,8
  61:2 62:1,4,13,20,23 63:7
  63:14,24 66:7 68:8,25
  69:2,10,21,23 71:14
knowing 61:7
knowledge 4:17 25:2,4

L

label 66:18 67:8

labeled 61:16
Lady 56:5 57:5 60:18
Lamb 2:3
Lane 6:6,10
Lanham 72:10
laptop 8:10
large 45:3 78:6
laugh 34:22
law 70:19
lawsuit 9:17 11:2 12:9 29:6
  29:13,24 30:10,14,25 31:6
  38:22,23 39:7 40:8,9,12
  40:14 53:2,7 54:4 70:12
lawsuits 29:6,8 33:1 40:2,6
  43:3
layover 20:4
ledgers 12:16
legal 62:6 70:11
Leihla 1:23 77:10 78:4,20
letter 66:25
letting 35:7,19
lieu 30:19
lift 45:16
likenesses 56:2 57:2
likewise 19:5
limit 52:21
limited 12:14 57:6
line 36:5 49:12 52:14 71:5
  76:8
list 43:23 61:4
listen 34:8,9 35:11 56:7 66:4
  67:9
listened 47:3
listening 47:5,8
literature 41:1
litigation 29:1 31:24 35:15
  35:16,17 39:2 71:7 78:16
litigations 34:14,16
little 19:20 24:10 51:14,23
  56:5 57:5 59:2
live 6:16 7:4,11
lived 6:7,17 7:10
living 6:8,19
loading 45:11,14,19,21
located 7:15,17 9:1 12:6
  13:20 28:6 44:16
location 7:20 13:22
logos 54:18
long 6:7,16 7:4,19 18:22
  26:12 63:14
Longboat 6:6 7:25 8:4,7
longer 22:3 52:19 59:22
look 9:16 27:15 28:5 36:6
  38:18 41:1 44:7,9 53:8
  57:17
looked 9:21 10:9 59:8 68:5
looking 10:4 11:22 12:4 13:8
  28:5 47:13 51:6 67:16
looks 6:21
lot 8:15 19:22 25:8 26:5 42:6
  42:7 43:24 69:22

love 25:3
lover 60:25
lovers 24:14,14 61:17
lucky 43:7

M

Mac 8:10
Magistrate 36:5
maintain 8:3
Manhattan 45:7,11
manufacture 44:23
manufacturing 10:1
Marchisio 2:3
mark 54:25,25 55:3 57:14
marked 3:14 11:6,7 50:22
  50:24
market 18:18 22:16 61:20
  69:1
marketed 22:2,3
marketing 15:14,17 17:3,5,7
  18:10,10,20,21 19:2,3
  22:13
marketplace 22:14
markets 26:7
marks 54:16,16 56:2,21 57:2
  75:14
master 21:11 58:11,15
matter 35:17 36:7,15 38:11
  38:22 40:7 70:20 71:20
  73:18
Maxine 56:3,3 57:3,3,24
  58:3
Maxwell 1:7 3:17 17:12
  18:10,20,21 22:12,14
  40:24,24 46:3,17,23 47:1
  47:8,15 48:23 49:4,7,25
  50:25 52:3,18 58:7 62:12
  66:22 67:20
Maxwell's 48:22 49:18
mean 27:5 43:10,16 44:24
  45:1 47:4 49:6,6 55:5
  60:17,17,19 67:14 70:22
  70:23 71:8
means 15:23 56:14 60:19
meant 60:22,23
media 1:6,7 9:11 10:25
  23:24,25 46:2,22 49:25
  52:18,18 62:22 65:5 66:16
  67:4,5,7,8,9,15,20
meet 42:19
meeting 42:21
member 68:10,17
mental 5:11
mentioned 32:15 33:1 37:24
  38:4 40:6 43:4 54:8
met 42:17,23 43:8 44:1
  46:19,20
meter 21:15
MFA 21:16
Michael 72:25
mind 23:22 72:9
mine 53:5
minimal 18:17 19:6,7 20:12

20:14
minute 55:23 67:15
minutes 11:16 70:8
Mirror 41:7,16,17,17
mislabeled 10:5
Mitch 34:6 38:5
Mitchell 2:7 4:9
Mixaplistic 23:3
mold 10:6
molds 13:11,12
moment 68:4
Mommie 56:5,5 57:5,5
Monaghan 2:3,3,3 10:19
  11:11,13 28:10,15 30:1,6
  30:11 31:17,20,23 32:3,6
  32:8,19 33:18,25 34:6,8,9
  34:12,17,23 35:3,10,11,12
  35:20 36:6,12,17,25 37:11
  37:14,17 38:1,5,8,18,23
  39:1,8 43:5,10 47:18,22
  48:3,17,20 53:8 54:1
  55:16 62:25 63:4,9,24
  64:2,12,16,21,25 65:9,14
  65:18,23 66:9 67:22 70:13
  70:18,25 71:3,4,21 72:8
  73:1,6,14,21 74:6
money 16:21 26:6,8 62:16
months 52:25
morning 48:16
move 5:20 37:14 38:17
  71:16
multiply 62:11
music 8:12 21:2,4,4,5,6
  30:17,21 31:13 33:9 39:11
  43:21 49:2 60:9 65:7
musicians 43:22
Mutts 56:3 57:3

N

N 3:1 4:1
name 4:9 5:25 12:24 31:15
  33:24 35:6,15 57:16 66:17
named 77:5
names 36:3,14 56:1 57:2
nature 42:21
need 44:9 58:23
needed 8:22
needless 53:10
neither 78:13
networks 49:22
never 26:7 46:19 53:16,18
  53:19 56:13 59:18 67:19
  68:6
New 1:1 2:4,8 6:15 7:3,17
  9:2 13:23 14:8 28:7 29:20
  29:22 31:11,14 32:16,17
  43:4,19,22 44:17
newer 52:4
nice 21:16
Noble 52:12
nobody's 55:6 70:23
Notary 77:11 78:5
notations 75:14

note 71:23 74:4
notes 78:11
notice 9:18
notify 47:7,7 52:17,23,24
November 12:5
number 13:13 22:19 24:6,7
24:13 25:25 41:8
numbers 14:25 23:18,19
NY 2:4,8

O

O 4:1
OATH 3:8 77:1
object 36:22 39:1 47:18,22
53:9 62:25 63:11,21 64:6
objecting 35:25
objection 48:11 64:8,12,23
65:9,14 66:6 67:22 71:21
objectionable 48:4 64:4
objections 66:1,2,3
occasion 9:16
October 11:4
office 7:12,15,16,19,25 9:5
13:22 45:19,22
offices 7:22
official 77:7
Oh 9:4 34:3 43:19 51:2 53:5
60:4
okay 5:18,24 7:12 11:5,19
12:7,11 13:17 14:2,10,11
15:23 16:14,23,25 17:11
17:24 18:2,19,21,24 19:5
19:13 20:17,21 21:19 22:9
23:9 24:11 25:15,24 26:9
26:24 28:8 29:5 30:13
31:9 32:5,7,11,24 33:5,10
33:15,23 34:3,4,12 36:9
36:11,20 37:2,6,24 39:14
39:16,22 42:16 43:3 44:20
46:1,6,10,16 48:19 51:8
52:1 55:4,12 56:7,18,25
57:12,24 58:4 60:7 63:14
63:17 64:1,8 65:4 66:9,11
70:6,25 71:23 72:8 73:1,6
old 15:7 27:16 73:19
older 69:22
oldest 9:7
ones 4:24 67:6
ongoing 29:15 31:23,25 41:5
on-line 49:12 53:18
opportunities 52:5
Orchard 1:7 17:12 47:15,16
48:23 58:11,15,24,24,25
60:9 62:3,12,23 67:7
72:22,23
Orchard's 73:4
order 5:1 19:9 44:10,11 45:3
73:23
ordered 19:14 44:14
ordering 25:8
orders 20:4 24:13 44:22
50:11
original 74:4 75:2,6,8

outcome 78:17
outright 23:7
outside 41:11
overboard 73:17
owed 33:7
Overlapping 34:11,25 56:9
owned 43:15 53:15
owner 26:17,18
ownership 26:19

P

P 4:1
packaging 60:24
page 3:3 12:10 56:25 76:8
pages 65:25 66:1
paid 15:20 25:9,12 30:16,19
39:12 44:14
pain 40:9
Palladino 1:8 42:17,19,22
44:1,23 46:18
papers 69:22,24
paperwork 44:7,9
paragraph 12:12,20
Parents 57:4
part 6:21 8:21 24:22 26:1
32:6 44:25 60:21 68:25
Particularly 8:16
parties 31:13 49:3,5,9 78:14
partner 40:10
parts 31:5 39:18
party 28:24 32:9 75:6 78:15
PATRICK 2:3
pay 15:22
paying 55:17 70:11,22,23,23
71:12
payment 23:17,20
payments 69:18
PDFs 8:17
pecking 67:17
Pen 2:8
penalties 76:17
pending 32:20,21 34:13,15
39:2
penny 68:7
people 53:20 59:20 60:25
61:8,8 62:7
percent 19:18 26:21,23,24
percentage 26:19
performing 68:11
perjury 76:17
permitted 66:8
person 47:11 67:25
personal 22:4
personally 17:17 42:2,3 77:5
pet 23:5
phone 34:21 46:25 47:1,6,8
67:24
phonetic 23:3
Phono 57:8
physical 5:15 13:11 50:4
picked 45:4,5,6,9,17
picking 45:3
pictured 55:1

pictures 54:18
piece 15:8 50:18
pieces 24:22 30:17
pile 24:21
pilot 41:17,20,21
place 1:16 44:25
placed 52:21
places 7:11 23:5 67:18
plain 24:18
plainly 66:7
plaintiff 29:17,18 30:14
31:15 36:9 39:5 55:20
Plaintiffs 1:4 2:2 70:19
72:15
play 46:23 68:22,23
played 68:8
Plaza 2:8
pleadings 30:2,7 38:18
please 4:18,21 5:25 11:11
13:18 39:9 47:23 48:18
51:3 53:11 63:19 72:4
73:7
point 6:15 7:2 9:20 13:23
44:18 71:4
points 9:20
poised 25:13
pop 8:13
position 26:10,12,14
possession 13:25
possibility 49:2
possible 11:24
possibly 52:8
potential 61:9
precise 55:21
preexisting 19:9
presupposes 48:4 64:3,17
65:1
presupposing 47:19
pretty 19:21 22:24
prevent 5:12,16
previous 3:14
pre-entering 22:11
price 19:17 24:8 44:14
prices 24:5,20 53:20
print 54:18
printed 55:1
prior 7:1 11:7 27:21 42:13
51:16,21
privilege 64:23 70:20
privileged 36:1 70:24 71:15
probably 19:10 20:18 22:18
22:20 45:3 58:8 69:13
procedural 37:7
produce 13:19 28:8 73:10
produced 12:7
producer 43:21
product 3:17 13:11 22:13
25:13 41:1 42:25 46:5
49:20 50:3,25 52:7 53:16
53:19,21 54:19 57:22 58:9
58:25 59:1,3,5 60:13,21
60:23 66:18 69:1
production 9:18 10:1,25

11:9 72:2,5
Productions 1:7 10:25 31:18
33:18,19,25 36:21 37:3
46:2,22 49:25 52:18,19
62:22 65:5 66:16 67:5,5,8
67:9,15,21
products 15:13 19:4 22:1
23:17 24:3,20 40:22 41:11
46:2 47:16 49:12 50:4,4,4
57:1
Professional 1:24 78:4
profit 26:7 27:5,11
profits 27:1,18,22,25 28:13
promoting 26:6
proper 70:13
properties 40:23 41:8
property 41:22 56:6 57:6
60:14,15,22
provide 36:17 72:17
provided 74:5
proving 72:12
provision 72:10
public 34:18 36:7 77:11 78:5
publicity 25:8
publishing 30:22 31:13
39:11
Puppy 57:4
purchase 44:22
purchases 23:7
pursue 65:19 71:4
put 13:9 24:21 26:4 59:18
72:9
P&C 57:8
p.m 1:15,15 74:2

Q

Queen 56:2,3 57:3,3,24 58:3
question 4:18,21 12:1 15:17
18:13 34:20 37:12 47:19
47:23,24 48:1,8,12 53:11
53:13 61:24 63:1,3,13,18
63:22 64:3,5,9,10,17 65:1
65:17 66:6,7,10 70:14
71:16,17 72:20
questions 4:14 5:19 31:25
34:13 35:14 61:11,12,18
71:6,24
quite 21:10 24:13 41:7 43:24

R

R 4:1
radio 68:22,23
Railroad 7:16 9:3
ran 51:18
read 53:11,13 63:19 64:9,10
76:4,18
reading 75:11
really 8:16 10:13 13:14 14:4
15:15 18:7 20:1 22:7,25
23:11 25:14 26:4 27:4
30:4 35:1 52:10 62:14
reason 5:6,10 32:2 47:12
62:11 76:8

6

reasons 75:13
recall 10:10 21:21 40:14
  46:1,6 47:14 48:22 69:7
receive 16:20 27:22 41:23
received 15:20,24 23:17,20
  25:5 27:17 62:22 65:5
  68:7,19
recognizes 72:11
recollection 19:14 20:19
  22:23 44:10
recommend 51:20
recommendation 51:25
record 6:1 34:18 36:7,23
  57:8 63:17 65:25 66:3
  72:9 75:6 78:11
recordings 12:14 13:6 14:13
  15:13 40:19 78:11
records 8:3,5,24 9:10,24
  10:25 12:20 13:4 14:6
  22:8 25:3 27:16 28:2,4,6,9
  49:11 52:14,15 69:17
referred 13:21
referring 46:11
refresh 44:10
regard 9:9 12:18 14:12 24:6
  26:24 40:18 41:25 58:4
regarding 9:25 13:4 40:19
  46:22 47:15 69:18
registered 1:24 56:18 78:4
registrations 56:15
related 4:15 5:21 8:24 9:11
  10:24 11:1 12:9 18:14
  28:13 57:25 58:2
relates 72:14
relating 12:13
relationship 43:14,18 48:23
  70:18
relative 78:15
relevant 4:15 13:19 28:12
  71:11 73:11
relocated 6:12
remember 12:3,23 16:6,8
  18:9 19:20 20:3 23:11
  27:4,24 28:1 40:9,15 42:9
  44:24 45:2,13,15 46:4,14
  46:16 47:1,5 49:11,15
  71:9
rendered 37:8
rep 50:7
rephrase 4:22 47:23 48:8
report 78:9
Reported 1:23
reporter 1:24 3:8 4:20 5:1
  53:12,14 55:25 56:10,23
  63:19 64:11 73:22 77:1
  78:5
Reporters 1:16
REPORTER'S 3:9 78:1
represent 4:11 50:1,3 54:19
Representation 51:1
representative 49:20
represented 42:8 54:20
representing 24:21

repricing 59:1
reps 50:14,16
rep's 50:9
request 3:16 11:9,10 12:10
  13:17 44:20 72:3,5,17
  73:13,14,15
requested 72:13
requesting 12:8
required 4:25 72:18
requires 73:15
reserve 71:25
reserved 56:8 57:7,10,11
  64:8
reside 6:9,13 7:2
resided 6:14
resolved 40:16
respond 9:17 28:16 72:5
responding 4:19
response 4:25 73:16
responsibilities 50:9
responsive 13:24 73:12,14
result 58:17 65:16
resulted 58:18
retail 25:9
retain 12:20
returns 15:7 23:13
revenue 15:24 16:4 18:14
  19:15 25:5 41:24 58:18
revenues 14:20
review 13:18
reviewed 11:18
right 1:6 6:19 9:11 10:25
  17:10 20:10,11,16 24:24
  25:23 32:8 36:5 44:25
  46:2,22 49:9 52:17,18
  55:23 58:7 59:14 61:19
  62:15,22 65:5 66:16 67:4
  67:5,8,8,9,15,20 68:11
  71:25 73:8
rights 56:8 57:7,10,11
rings 19:10
Road 6:15 7:11 9:8
Rochester 21:8,9
role 46:22 48:10 49:18
room 47:2
rough 21:25
royalties 30:16,19,20,21,22
  31:8 33:7 39:11,18 58:22
  65:6 68:19 69:8
royalty 58:18 69:18
RPR 77:10 78:20
rules 14:1 63:8,14,23,25
  72:19
running 12:15 54:22
Russ 42:17,19,22
RUSSELL 1:8

**S**

S 4:1
sale 12:13,18 18:14 24:8
sales 14:19 15:12,16,18,24
  16:10,13,18 17:1,8,13,19
  18:4,8,13 19:24 20:13,18

21:20,22 23:16,16 25:5
  27:2 28:13 41:10,10,24
  46:9 50:6,8,10,14,16
  52:11 61:24 62:1,10,22
  65:6
sample 58:10 59:12
samples 46:9 59:16
Sarasota 1:17 76:6 77:3 78:3
sat 47:1
satisfy 23:25
saw 10:6,6,7,12 13:13 51:13
  59:8 67:2,4,19 68:5
saying 52:13 54:23 55:7
  57:15
says 12:12 57:2,17 62:12
school 21:3,3,4,5,7,10
Sclafani 1:16
screenwriter 41:3
seal 77:7
second 1:16 32:15 37:11
  46:25 47:5 48:24 52:7
seconds 59:2
secretary 26:11
see 7:9 12:12 13:10 15:7
  25:3 41:2 51:5 69:21
seeing 12:3 13:9
seek 73:10
seeking 14:6
seen 12:2,22,24 51:10 55:5
sell 23:13 41:20,21 59:4,5,6
sellers 49:12
selling 16:7 41:13 47:16
  62:18
send 23:13,14 46:4
sending 46:7
sent 46:8,14
separate 39:20,21
separated 22:12
September 6:4
series 41:6
serious 58:14
served 5:22 12:8 72:6
server 58:12,15
set 30:1,6 38:19
settled 40:17
seven 61:23
shapes 23:24 26:3
share 6:11 27:6,17,22
shared 27:11 61:8
shares 62:3
Sheet 3:7 75:1,2,4,13 76:3
Shelowitz 2:7,7 3:5 4:6,9
  10:23 11:10,14 18:7 20:2
  28:11,17 30:4,9,12 32:1,5
  32:7,10,23 33:20 34:2,8,9
  34:15,18 35:1,5,11,13,22
  36:8,13,19 37:1,12,16,20
  38:3,6,10,20,24 39:4,13
  47:20,25 48:5,9,19,21
  51:3,7 53:9,24 54:5 55:18
  61:14 62:5 63:2,6,11 64:1
  64:6,15,19,22 65:3,11,16
  65:22,24 66:4,11,12 68:1

70:4,7,10,16,21 71:2,12
  71:19,23 72:21,24 73:2,12
  73:20,22,24 74:5,6 75:3,7
shipped 23:17,19,19
shipping 46:1
shi-shi 23:4
shopping 49:22 52:8
short 59:20
show 11:11 24:2 51:4 59:12
  59:14,15
shown 65:25
shred 70:1,2
shredded 69:21,22,24
side 37:22 71:10
sign 75:14
Signals 23:2
signature 3:6 51:16,21 75:1
signed 40:24 45:2,3 75:5
  76:20
significance 26:25
signing 44:21
simple 63:13 64:8
simply 66:21
singer 43:19
singers 43:22
single 13:1,3 25:8 53:15
  58:25
single-song 53:21 60:21
sings 57:23 58:3
site 59:5,8,9,10,19,25 60:1
sizes 23:24 26:3
slew 10:6
slowly 56:22
smart 25:10
Sneakers 56:4 57:4
sneaky 47:4
snippet 60:2
snippets 59:2,20,22
societies 68:11
sold 17:2 19:16 22:2 24:16
  24:23 25:16 41:14,16 49:2
  49:12 58:25 59:9,10 60:25
somebody 15:20 16:7 55:9
  59:1
somebody's 70:22
song 57:25 58:2,2 59:21 60:1
  60:17 67:10,12 68:8
songs 9:12,12 10:2,24 12:18
  12:19 13:6,6 14:14 15:12
  16:2,11,14 17:19,19 18:15
  18:15 19:25,25 21:20,20
  21:20,23,23 22:21 28:13
  28:14 40:19,20 41:11,11
  41:15,15 42:1,1,5 43:1,1
  44:6,6 46:23,24 49:18,19
  50:1,1 54:17,17,24 55:5,6
  55:7 56:12 57:1,18,23
  58:25 59:13 60:19 65:6,7
  67:4,9 68:5,6,20,20,21,21
  68:22 69:18,19
sooner 52:25
sorry 5:9 26:22 30:4 33:13
  43:11 53:5

V

v 31:17
varying 24:20
Verex 45:7
versions 25:17,20,21
versus 4:12 32:11 33:23
  36:21 37:3 38:7,16,24
violated 63:7
virtually 43:20
volume 75:11,15
vs 1:5 76:1

W

Wait 54:1 67:15
walk 8:22
want 14:2 20:9 32:8 35:1
  41:21 58:23,24,24 59:1,1
  59:6 60:12,25 63:23 67:13
  71:6 72:8 73:23
wanted 23:5 41:21 49:8,10
  51:23 55:9 59:4
wants 59:7
wasn't 10:18 11:3 12:6
  38:15 47:4 50:5
waterproof 9:8,14 10:10
way 16:15 31:12 45:8 50:15
  55:11 60:22 61:7 68:6
Waylon 56:4 57:5
Wednesday 1:14 76:5
weird 42:15
went 13:14 21:3,6 58:15
  67:16
weren't 16:7 17:3,5,7,23,25
  18:9
West 2:4 7:3
we'll 21:24 28:10,15 36:17
  36:23 55:24 65:20
we're 5:2,18,19,20 15:14
  18:2,13 23:15 25:13,13
  27:3,16 30:24 37:23 41:8
  41:13 55:15 61:21 72:3
  73:4,16
We've 72:24
whatnot 13:13 43:25 45:22
whatsoever 28:24
Wheels 56:3 57:4
wholesale 19:16,18
Williams 1:16
winter 6:21
wish 64:14 65:20
witness 4:2 11:12,13 39:1
  53:12 63:7 64:5 66:5 77:5
  77:7 78:6
wonderful 52:10
words 54:24 57:20,24
work 4:19,20 21:17 22:7
  41:5 42:14
worked 40:23 41:2,3 42:4,10
  44:3
working 41:8
works 13:6 50:15
world 58:16 62:19
worry 65:22

sounds 60:4,4
Southern 1:1 29:21 31:14
  38:25
space 9:6
speak 48:18
speakerphone 47:2
special 13:12
specifically 69:3
speech 34:11,25 56:9
spell 23:3 33:23
spent 26:5
split 40:10
stacks 13:2
start 5:19 8:19 15:11 52:6
  56:12
started 6:8 8:20 18:23 21:1
  31:2,2,4 48:16
state 5:25 31:11 33:2,5,12
  33:14,21 37:2 39:24 43:4
  48:10 77:2,11 78:2,5
stated 76:19
statement 72:9
States 1:1 54:21
status 37:7
statutory 72:10,16
stays 6:20
stenographic 78:11
stenographically 1:23 78:9
stimulate 52:16
stimulates 50:10
Stony 6:15 7:1 13:23 44:18
stood 73:2
storage 9:5,6,7,8
store 19:8,9,13 22:16 40:25
  49:8,10,21 52:4,6
stores 10:6 20:4 23:4,10
  49:6 58:16
story 60:20 62:4 66:22
strategy 36:2
streaming 68:7
Street 1:16 2:4 7:3 45:7
strike 66:13
stuff 70:3
subject 35:16 36:15 38:11
  38:21
substance 35:6
suit 29:15
Suite 1:16
suits 31:1
summer 10:15 66:19
summertime 6:18
Sunbow 31:17 33:18,19,25
  34:3,3 36:21 37:3 38:16
SUNY 21:13
supplied 9:22 58:10 75:13
supplier 10:8
supply 9:23
support 28:2
supposed 18:10
Supreme 31:11 32:16,17
  33:14
sure 8:6 9:23 10:15 18:7
  19:11 31:5 60:13 62:10

sworn 4:3 77:6
synch 30:21
S-U-N-B-O-W 34:1

T

take 11:16 28:10,15 32:25
  50:10 52:6 55:24 56:10,23
  63:9 65:20 70:5 71:17
  72:16 73:9
taken 1:12,14 39:25 73:25
takes 31:11
talk 23:9
talked 21:21
talking 10:19,21 14:8 17:14
  18:2 22:11 27:16 30:9
  49:11,23 61:21
tapes 10:2 12:19 18:15
taught 21:14
tax 15:7
teach 63:22
techy 24:15
telephone 7:19
tell 14:19,23 15:2 20:22 25:1
  26:9 30:13 38:11,21 50:19
  56:13,20 61:5,9 62:21
  64:2 65:4,23,24 70:1
telling 55:20 62:15 63:5 70:2
  71:5
ten 7:6,6 46:8,12 70:7
ten-minute 70:5
term 52:22
terminated 52:25
terms 13:8 25:11 26:25
testified 4:3 22:18 61:22
testimony 36:10 39:17,23
  75:12
Thank 37:6 51:5 72:7 73:6
  73:12,21
therefor 75:13 76:8
thereof 75:5 78:12
thing 15:10 17:5 26:2 47:13
  51:23 53:16 66:4 67:25
  68:4,6,9
things 9:7 10:5,8,12 11:1
  13:9,13 14:4 27:3 41:8
  59:2,19
think 7:9 9:22 10:4 15:4
  17:2 23:8,10,12,21 24:25
  25:10,11 29:12 41:16 43:1
  43:12 44:7 46:8 47:10
  49:22 51:23 52:15 55:9
  59:21 60:12 62:23 66:18
  66:19 69:11 70:4,13,23
  71:11
third 49:2,5,9
thought 31:19 66:14 67:13
thousand 44:6
three 14:5 21:14 61:16
three-year-old 14:3
time 1:15 6:14 9:10 10:9
  17:16 20:5 22:5,6 32:25
  42:11,16 43:8,13,23 45:13
  46:16,20 51:13 52:19,21

63:15 66:14 68:24 70:4
  72:7
times 42:4,10
titles 31:12 67:11
TM 57:18
today 5:7,13 23:25 27:19
  63:8 73:23
told 10:12 15:22 23:21 39:10
  59:19
top 15:3 16:12 43:23 51:9
  57:17
total 14:19 22:7,10 25:4
Tower 49:11 52:14,15
trademark 54:7,9,12,24 55:8
  56:14,15 57:16,21 58:1
trademarks 53:22 55:13,21
  56:19 57:12
tragedies 22:4
train 20:25
trained 20:23
transactions 12:15
transcribe 5:1
transcript 75:8,15 76:7
  78:10
transcripts 73:23
true 19:1 47:19 64:4,18,18
  76:8 78:10
try 15:6,8 22:8 24:25 27:15
  32:24 69:20
trying 18:13 22:13 23:15
  24:9 25:6 35:8,18 37:14
  47:4 61:13 66:22
turn 10:16 48:17
two 22:1 29:10 31:1,5 33:1
  39:16,18,20,21 40:3,6
  43:3 61:15
type 22:22

U

ultimately 21:5
undergrad 21:6
underlying 11:1
underneath 9:7,15
undersigned 77:4
understand 4:21 5:3 14:14
  18:12,13 23:15 35:8,18,23
  38:17 47:21 48:1,6,7 49:5
  55:12,14 56:11,22,24
  60:13 66:22
understanding 30:3,8,14
  38:21 39:6,9 49:24 50:8
  50:12
unit 22:19
United 1:1 54:21
units 19:14,16 22:9 25:5,15
University 21:9
unnecessary 32:25
uploaded 58:10
uploading 58:11 60:9
use 56:17
uses 57:15,20
U.S 61:14

worst 6:21
worth 61:5 62:14
wouldn't 12:4
wrapped 62:8
wrinkle 25:6
write 40:25 56:1 66:25
writing 42:4
written 28:18,21 56:25
wrong 11:25 13:10 64:6
wrote 30:17 51:23

_____ X _____

X 3:1

_____ Y _____

yeah 6:25 10:22 11:22 14:18
   20:15,20 21:9 25:21 28:4
   30:13 39:10 44:5 46:8
   64:12 69:5,16
year 15:12 31:3 32:12 34:4
years 7:6,6 8:16 14:5 21:1,3
   21:14 27:18,21 30:17,18
   30:23,23 42:6,7 43:21
   54:14,22 61:23 71:8 73:18
yellow 12:23
York 1:1 2:4,8 6:15 7:3,17
   9:2 13:23 14:9 28:7 29:20
   29:22 31:11,15 32:16,17
   43:4,20,22 44:17
young 41:6

_____ $ _____

$1,000 69:12,15
$1,000,000 61:5,6,22,25
   62:14
$15 19:18
$382 62:22 65:5,13
$500 20:13,19 61:23 69:10
   69:11
$750 20:16

_____ 0 _____

04 3:5
07-CV3050(CLB) 1:5 76:2
07/11/2010 77:12

_____ 1 _____

1,000 22:20 23:1 25:16
   44:12
1,000,000 21:1
1:00 48:16
10,000 22:1,9,19 23:21 24:7
   24:22 25:5,15,24 26:2
   44:12
10.00 19:20
100 20:16
10001 2:8
10019 2:4
11 2:8 3:16
11.00 19:20
13 1:14 76:5
14-second 59:16
14.00 25:21

14.95 24:19 25:19
15 59:22
15.00 24:17
15.95 25:21
150 2:4 68:25
16.95 24:18
18.95 19:21 24:19 25:16
1800 1:16
1950 6:4
1975 43:12
1977 7:7
1980 7:9
1987 6:17
1990 61:14
1992 26:13
1994 7:9,21 14:15,20 21:22
   57:9 69:5
1995 7:21 57:9,10
1996 42:20 44:1
1997 69:6,6
1999 9:11 21:22

_____ 2 _____

20 30:18 76:21
20-second 59:16
2000 18:17,23,25 19:3 20:6
   20:8 25:14 31:4 32:21
   34:5 37:5,6 42:13,13
   51:14
2001 18:6,8 19:5,24 20:5,7
   20:17 21:21
2002 18:4,8,16 20:18 27:19
   27:22 31:2 40:1
2003 17:11,20 21:18 40:1
2004 6:8,12 8:21 9:11 17:6,9
2005 16:14 17:4
2006 16:4,9,11,25 17:2
   66:19,20
2007 15:12,15,25 16:16,18
   21:21 32:13 37:4
2008 1:14 76:5 77:8 78:18
21 6:14
21st 73:2,5
24 12:12,21

_____ 3 _____

3 3:17 50:25
3rd 6:4
3:50 1:15
34,000,000 61:15
34228 6:6
34236 1:17
36 52:25 71:8

_____ 4 _____

40 62:4,5,11
41 7:3

_____ 5 _____

5th 2:8 12:5
5:30 1:15 74:2
50 19:18 26:24
50/50 27:3

51 3:17
55 7:16 9:3
55th 2:4

_____ 7 _____

7.50 19:19 20:16
70s 69:24
73rd 7:3
75 3:6
76 3:7 43:12
77 3:8
78 3:9

_____ 8 _____

80s 69:23
875 1:16

_____ 9 _____

9 12:10
9.95 24:13,18 25:17
90s 40:11 68:23 69:2
94 14:16 22:9
97 27:21
99 22:9
990 6:6,9

L A W Y E R ' S   N O T E S

| Page | Line | |
|------|------|--|
|      |      |  |

NATIONWIDE: 1-800-255-5040

CORBY GROUP   NJ: